STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
JASON S. YOO (State Bar No. 261114)
2029 Century Park East, Suite 1600
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com


Attorneys for Defendant
  CITIBANK, N.A


# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| INDAR JEET KAUR, an individual; ASHWINDAR KAUR, an individual, <br><br>                    Plaintiffs, <br><br>     vs. <br><br> CITIBANK, N.A., a national banking association; MICHAEL OSUNA, an individual; and DOES 1 through 100, inclusive; <br><br>                    Defendants. | Case No. 1:13-CV-01610-AWI-SKO <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF DEFENDANT CITIBANK, N.A. FOR JUDGMENT ON THE PLEADINGS** <br><br> Date:       May 12, 2014 <br> Time:      1:30 p.m. <br> Ctrm.:     2 <br><br> [Notice of Motion and Motion Filed and [Proposed] Order Lodged Concurrently] |

REQUEST FOR JUDICIAL NOTICE
Case No. 13-cv-01610-AWI-SKO

LA 51726794

Defendant Citibank, N.A. ("Citibank") hereby requests that the Court take judicial notice of the following documents pursuant to Federal Rule of Evidence 201 in connection with Citibank's concurrently-filed Motion for Judgment on the Pleadings:

1. The Docket in the matter entitled <u>In re Indar Jeet Kaur</u>, U.S.B.C., Eastern District of California, Case No. 11-33839, a true and correct copy of which is attached hereto as Exhibit A.

2. The Voluntary Petition filed on June 2, 2011 in <u>In re Indar Jeet Kaur</u>, a true and correct copy of which is attached hereto as Exhibit B.

3. The Statistical Summary Schedules and Summary of Schedules filed on June 25, 2011 in <u>In re Indar Jeet Kaur</u>, a true and correct copy of which is attached hereto as Exhibit C.

4. The Amended Summary of Schedules filed on July 6, 2011 in <u>In re Indar Jeet Kaur</u>, a true and correct copy of which is attached hereto as Exhibit D.

5. The Civil Minute Order filed on September 20, 2011 in <u>In re Indar Jeet Kaur</u>, a true and correct copy of which is attached hereto as Exhibit E.

6. The Docket in the matter entitled <u>In re Ashwindar Kaur</u>, U.S.B.C., Eastern District of California, Case No. 11-46148, a true and correct copy of which is attached hereto as Exhibit F.

7. The Voluntary Petition and Schedules filed on November 2, 2011 in <u>In re Ashwindar Kaur</u>, a true and correct copy of which is attached hereto as Exhibit G.

8. The Amended Summary of Schedules filed on November 16, 2011 in <u>In re Ashwindar Kaur</u>, a true and correct copy of which is attached hereto as Exhibit H.

9. The Civil Minute Order filed on February 14, 2012 in <u>In re Ashwindar Kaur</u>, a true and correct copy of which is attached hereto as Exhibit I.

10. The Judgment filed on December 13, 2012 in <u>In re Ashwindar Kaur</u>, a true and correct copy of which is attached hereto as Exhibit J.

The above exhibits are properly the subject of judicial notice and do not convert the instant motion to a motion for summary judgment as they are "matters of public record." <u>Lee v. City of Los Angeles</u>, 250 F.3d 668, 689 (9th Cir. 2001) (quoting <u>Mack v. South Bay Beer Distrib.</u>, 798 F.2d 1279, 1282 (9th Cir. 1986)); <u>see also</u> <u>Zarate v. Amtrust Bank</u>, No. 2:13-cv-0659 KJM KJN

REQUEST FOR JUDICIAL NOTICE
Case No. 13-cv-01610-AWI-SKO

LA 51726794

PS, 2013 WL 5934316, at *3 (E.D. Cal. Nov. 1, 2013) (granting request for judicial notice filed in conjunction with motion for judgment on the pleadings because the exhibits consisted of public court records and, as such, constituted "sources whose accuracy cannot reasonably be questioned.").

Dated: March 13, 2014

STROOCK & STROOCK & LAVAN LLP  
JULIA B. STRICKLAND  
JASON S. YOO

By: _____*/s/ Julia B. Strickland*_____  
Julia B. Strickland

Attorneys for Defendant  
CITIBANK, N.A.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2014, a copy of the foregoing **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF DEFENDANT CITIBANK, N.A. FOR JUDGMENT ON THE PLEADINGS** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Julia B. Strickland*
Julia B. Strickland