# EXHIBIT A

# U.S. Bankruptcy Court [LIVE-CM 5.1]
## Eastern District of California (Sacramento)
### Bankruptcy Petition #: 11-33839

|  |  |
|---|---|
| *Assigned to:* Hon. Ronald H. Sargis | *Date filed:* 06/02/2011 |
| Chapter 11 | *Date terminated:* 10/17/2011 |
| Voluntary | *Debtor dismissed:* 09/20/2011 |
| Asset | *341 meeting:* 08/05/2011 |
|  | *Deadline for objecting to discharge:* 09/06/2011 |

*Debtor disposition:* Dismissed for Other Reason

| **Debtor** | represented by **Linda D. Deos** |
|---|---|
| **Indar Jeet Kaur** | 770 L Street, Ste. 950 |
| PO Box 581 | Sacramento, CA 95814 |
| Acampo, CA 95220 | 916-442-4442 |
| SAN JOAQUIN-CA | |
| SSN / ITIN: xxx-xx-5966 | |

**U.S. Trustee**
**Office of the U.S. Trustee**
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

| Filing Date | # | Docket Text |
|---|---|---|
| 06/02/2011 | | Case participants added via Case Upload. (Entered: 06/02/2011) |
| 06/02/2011 | 1 | Chapter 11 Voluntary Petition. Missing Document(s): Summary of Schedules; Statistical Summary; Schedule A - Real Property; Schedule B - Personal Property; Schedule C - Exempt Property; Schedule D - Secured Creditors; Schedule E - Unsecured Priority Creditor; Schedule F - Unsecured Nonpriority Creditor; Schedule G - Executory Contracts; Schedule H - Codebtors; Schedule I - Current Income; Schedule J - Current Expend.; Statement of Financial Affairs; Means Test - Form 22B; List - 20 Largest Unsecured Creditors; Attorney's Disclosure Stmt.; Document(s) due by 06/16/2011. (Entered: 06/02/2011) |
| 06/02/2011 | 2 | Notice of Incomplete Filing and Notice of Intent to Dismiss Case If Documents Are Not Timely Filed. (cmcs) (Entered: 06/02/2011) |
| 06/02/2011 | 3 | Master Address List (auto) (Entered: 06/02/2011) |
| 06/02/2011 | 4 | Statement of Social Security Number(s) (cmcs) (Entered: 06/02/2011) |

| | | |
|---|---|---|
| 06/02/2011 | | Chapter 11 Voluntary Petition (Filing Fee Paid: $1,039.00, Receipt Number: 2-11-19316) (auto) (Entered: 06/02/2011) |
| 06/02/2011 | 5 | Notice of Appearance and Request for Notice Filed by Creditor First Southern National Bank (cmcs) (Entered: 06/02/2011) |
| 06/02/2011 | 6 | Notice of Non-Consent to Use of Cash Collateral and Demand for Segregation and Accounting of Cash Collateral (cmcs) (Entered: 06/02/2011) |
| 06/02/2011 | 7 | Certificate/Proof of Service of 6 Notice (cmcs) (Entered: 06/02/2011) |
| 06/02/2011 | 8 | Motion/Application to Employ Linda Deos as Attorney(s) [LD-1] Filed by Debtor Indar Jeet Kaur (cmcs) (Entered: 06/03/2011) |
| 06/02/2011 | 9 | Declaration of Linda Deos in support of 8 Motion/Application to Employ Linda Deos as Attorney(s) [LD-1] (cmcs) (Entered: 06/03/2011) |
| 06/02/2011 | 10 | Exhibit(s) to 9 Declaration [LD-1] (cmcs) (Entered: 06/03/2011) |
| 06/02/2011 | 11 | Certificate/Proof of Service of Proposed Order, 8 Motion/Application to Employ Linda Deos as Attorney(s) [LD-1], 9 Declaration, 10 Exhibit(s) (cmcs) (Entered: 06/03/2011) |
| 06/02/2011 | 16 | Order Scheduling Deadlines for Filing Preliminary Status Report,Preliminary Status Conference Re: 1 Voluntary Petition; Status Conference to be held on 7/13/2011 at 02:30 PM at Sacramento Courtroom 33, Department E (cmcs) (Entered: 06/06/2011) |
| 06/06/2011 | 12 | Copy of Notice of Incomplete Filing and Notice of Intent to Dismiss Case if Documents Are Not Timely Filed as transmitted to BNC for service. (cmcs) (Entered: 06/06/2011) |
| 06/06/2011 | 13 | Request by U.S. Trustee to Send 341 Notice; Meeting of Creditors to be held on 7/8/2011 at 02:30 PM at Office of the UST (7-500). Last day to oppose discharge: 9/6/2011. Proofs of Claim due by 10/6/2011. (cmcs) (Entered: 06/06/2011) |
| 06/06/2011 | 14 | Notice of Meeting of Creditors as Transmitted to BNC (cmcs) (Entered: 06/06/2011) |
| 06/06/2011 | 15 | Notice of Requirement to Complete Course in Financial Management as Transmitted to BNC for Service (cmcs) (Entered: 06/06/2011) |
| 06/06/2011 | 17 | Certificate of Credit Counseling as to Debtor (smis) (Entered: 06/07/2011) |
| | 18 | Certificate of Mailing of Notice of Requirement to File a Statement of |

| | | |
|---|---|---|
| 06/06/2011 | | Completion of Course in Personal Financial Management as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 06/08/2011) |
| 06/06/2011 | 19 | Certificate of Mailing of Notice of Meeting of Creditors as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 06/08/2011) |
| 06/06/2011 | 20 | Certificate of Mailing of Notice of Incomplete Filing and Notice of Intent to Dismiss Case if Documents Are Not Timely Filed as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 06/08/2011) |
| 06/09/2011 | 21 | Amended Notice Non-Consent to Use of Cash Collateral and Demand for Segregation and Accounting of Cash Collateral Re: 6 Notice (jdas) (Entered: 06/10/2011) |
| 06/09/2011 | 22 | Certificate/Proof of Service of 16 Order Scheduling Deadlines (jdas) (Entered: 06/10/2011) |
| 06/09/2011 | 23 | Certificate/Proof of Service of 21 Notice (jdas) (Entered: 06/10/2011) |
| 06/10/2011 | 24 | Opposition/Objection and Request for Hearing Filed by Creditor First Southern National Bank Re: 8 Motion/Application to Employ Linda Deos as Attorney(s) [LD-1] (jdas) Modified on 6/13/2011 (jdas). (Entered: 06/13/2011) |
| 06/10/2011 | 25 | Certificate/Proof of Service of 24 Opposition/Objection [LD-1] (jdas) (Entered: 06/13/2011) |
| 06/14/2011 | 26 | Preliminary Status Report Filed by Debtor Indar Jeet Kaur (jdas) (Entered: 06/15/2011) |
| 06/14/2011 | 27 | Certificate/Proof of Service of 26 Status Report (jdas) (Entered: 06/15/2011) |
| 06/16/2011 | 28 | Motion/Application to Extend Deadline to File Schedules or Provide Required Information [LD-3] Filed by Debtor Indar Jeet Kaur (jdas) (Entered: 06/17/2011) |
| 06/16/2011 | 29 | Declaration of Linda Deos Re: 28 Motion/Application to Extend Deadline to File Schedules or Provide Required Information [LD-3] (jdas) (Entered: 06/17/2011) |
| 06/16/2011 | 30 | Certificate/Proof of Service of Proposed Order, 28 Motion/Application to Extend Deadline to File Schedules or Provide Required Information [LD-3], 29 Declaration (jdas) (Entered: 06/17/2011) |
| 06/17/2011 | 31 | Disclosure of Attorney Compensation (shbs) (Entered: 06/20/2011) |
| | 32 | Motion/Application to Extend Deadline to File Schedules or Provide Required Information [LD-4] Filed by Debtor Indar Jeet Kaur (jlns) |

| | | |
|---|---|---|
| 06/20/2011 | | (Entered: 06/21/2011) |
| 06/20/2011 | 33 | Declaration of Linda Deos Re: 32 Motion/Application to Extend Deadline to File Schedules or Provide Required Information [LD-4] (jlns) (Entered: 06/21/2011) |
| 06/20/2011 | 34 | Certificate/Proof of Service of 32 Motion/Application to Extend Deadline to File Schedules or Provide Required Information [LD-4], 33 Declaration (jlns) (Entered: 06/21/2011) |
| 06/22/2011 | 35 | Order Granting 32 Motion To Extend Deadline to File Schedules or Provide Required Information; Documents due: June 24, 2011 [LD-4] Re: Summary of schedules; Statistical Summary; Schedule A - Real Property; Schedule B - Personal Property; Schedule C - Exempt Property; Schedule D - Secured Creditors; Schedule E - Unsecured Priority Creditor; Schedule F - Unsecured Nonpriority Creditors; Schedule G - Exec. Contracts & Unexpired Leases; Schedule H - Codebtors; Schedule I - Current Income of Individual; Schedule J - Current Expenditures; Statement of Financial Affairs; Means Test - Form 22B; 20 Largest Unsecured Creditors; (jdas) (Entered: 06/23/2011) |
| 06/22/2011 | 36 | Amended Statement of Social Security Number(s) (jdas) (Entered: 06/23/2011) |
| 06/23/2011 | 37 | Notice of Appearance and Request for Notice Filed by Creditor H and A Partners, L.P. (shbs) (Entered: 06/24/2011) |
| 06/25/2011 | 38 | Statistical Summary Schedules A - J and Summary of Schedules (Form B6) Statement of Financial Affairs Disclosure of Attorney Compensation (Filing Fee Not Paid or Not Required) (abas) (Entered: 06/27/2011) |
| 06/25/2011 | 38 | Chapter 11 Statement of Current Monthly Income - Form 22B Re: 1 Voluntary Petition, 2 Notice of Incomplete Filing (jlns) (Entered: 06/28/2011) |
| 06/27/2011 | | AMENDMENT Fee Paid ($26.00, Receipt Number: 2-11-22180) (auto) (Entered: 06/27/2011) |
| 06/27/2011 | 39 | List of 20 Largest Unsecured Creditors (jlns) (Entered: 06/28/2011) |
| 06/27/2011 | 40 | Certificate/Proof of Service of 1 Voluntary Petition, 14 Notice of Meeting of Creditors (jlns) (Entered: 06/28/2011) |
| 06/27/2011 | 41 | Amended Master Address List (Fee Paid $26) (jlns) (Entered: 06/28/2011) |
| | 42 | Amended Verification and Master Address List (jlns) (Entered: |

| 06/27/2011 | | 06/28/2011) |
|---|---|---|
| 06/28/2011 | | Filing Fee Due RE: Motion (jlns) (auto) (Entered: 06/28/2011) |
| 06/28/2011 | 43 | Motion for Relief from Automatic Stay [RCB-1] Filed by Creditor First Southern National Bank (Fee Paid $0.00) (jlns) (Entered: 06/28/2011) |
| 06/28/2011 | 44 | Notice of Hearing Re: 43 Motion for Relief from Automatic Stay [RCB-1] to be held on 7/28/2011 at 09:30 AM at Sacramento Courtroom 33, Department E. (jlns) (Entered: 06/28/2011) |
| 06/28/2011 | 45 | Memorandum of Points and Authorities in support of 43 Motion for Relief from Automatic Stay [RCB-1] (jlns) (Entered: 06/28/2011) |
| 06/28/2011 | 46 | Declaration of Shay Pendygraft in support of 43 Motion for Relief from Automatic Stay [RCB-1] (jlns) (Entered: 06/28/2011) |
| 06/28/2011 | 47 | Movant's Information Sheet (Section 362) Re: 43 Motion for Relief from Automatic Stay [RCB-1] (jlns) (Entered: 06/28/2011) |
| 06/28/2011 | 48 | Exhibit(s) to 46 Declaration [RCB-1] (jlns) (Entered: 06/28/2011) |
| 06/28/2011 | 49 | Exhibit(s) to 46 Declaration [RCB-1] (jlns) (Entered: 06/28/2011) |
| 06/28/2011 | 50 | Exhibit(s) to 46 Declaration [RCB-1] (jlns) (Entered: 06/28/2011) |
| 06/28/2011 | 51 | Exhibit(s) to 46 Declaration [RCB-1] (jlns) (Entered: 06/28/2011) |
| 06/28/2011 | 52 | Exhibit(s) to 46 Declaration [RCB-1] (jlns) (Entered: 06/28/2011) |
| 06/28/2011 | 53 | Exhibit(s) to 46 Declaration [RCB-1] (jlns) (Entered: 06/28/2011) |
| 06/28/2011 | 54 | Exhibit(s) to 46 Declaration [RCB-1] (jlns) (Entered: 06/28/2011) |
| 06/28/2011 | 55 | Exhibit(s) to 46 Declaration [RCB-1] (jlns) (Entered: 06/28/2011) |
| 06/28/2011 | 56 | Exhibit(s) to 46 Declaration [RCB-1] (jlns) (Entered: 06/28/2011) |
| 06/28/2011 | 57 | Certificate/Proof of Service of 43 Motion for Relief from Automatic Stay [RCB-1], 44 Notice of Hearing, 45 Memorandum of Points and Authorities, 46 Declaration, 47 Movant's Information Sheet (Section 362), 48 Exhibit(s), 49 Exhibit(s), 50 Exhibit(s), 51 Exhibit(s), 52 Exhibit(s), 53 Exhibit(s), 54 Exhibit(s), 55 Exhibit(s), 56 Exhibit(s) (jlns) (Entered: 06/28/2011) |
| 06/28/2011 | | Account Receivable Fee Paid ($150.00, Receipt Number: 2-11-22387) (auto) (Entered: 06/28/2011) |

| 06/29/2011 | 58 | Request for Special Notice Filed by Creditor Federal National Mortgage Association (jdas) (Entered: 06/29/2011) |
|---|---|---|
| 06/29/2011 | 59 | Motion/Application to Value Collateral of H and A Partners, LP [LD-5] Filed by Debtor Indar Jeet Kaur (jdas) (Entered: 06/30/2011) |
| 06/29/2011 | 60 | Notice of Hearing Re: 59 Motion/Application to Value Collateral of H and A Partners, LP [LD-5] to be held on 8/11/2011 at 10:30 AM at Sacramento Courtroom 33, Department E. (jdas) (Entered: 06/30/2011) |
| 06/29/2011 | 61 | Declaration of Indar Jeet Kaur in support of 59 Motion/Application to Value Collateral of H and A Partners, LP [LD-5] (jdas) (Entered: 06/30/2011) |
| 06/29/2011 | 62 | Declaration of Michael W. Johnson in support of 59 Motion/Application to Value Collateral of H and A Partners, LP [LD-5] (jdas) (Entered: 06/30/2011) |
| 06/29/2011 | 63 | Exhibit(s) in support of 62 Declaration [LD-5] (jdas) (Entered: 06/30/2011) |
| 06/29/2011 | 64 | Certificate/Proof of Service of 59 Motion/Application to Value Collateral of H and A Partners, LP [LD-5], 60 Notice of Hearing, 61 Declaration, 62 Declaration, 63 Exhibit(s) (jdas) (Entered: 06/30/2011) |
| 06/30/2011 | 65 | Notice of Non-Consent to Use of Cash Collateral by Secured Creditor Federal National Mortgage Association (shbs) (Entered: 07/01/2011) |
| 06/30/2011 | 66 | Certificate/Proof of Service of 65 Notice (shbs) (Entered: 07/01/2011) |
| 07/05/2011 | 67 | Order Granting 8 Motion/Application to Employ [LD-1] (smis) (Entered: 07/06/2011) |
| 07/06/2011 | 68 | Amended Master Address List (Fee Paid $26) (smis) (Entered: 07/07/2011) |
| 07/06/2011 | 69 | Amended Summary of Schedules Statistical Summary Schedule A Schedule B Schedule D Schedule F Schedule H (Filing Fee Not Paid or Not Required) (smis) (Entered: 07/07/2011) |
| 07/06/2011 | 70 | Amended List of 20 Largest Unsecured Creditors (smis) (Entered: 07/07/2011) |
| 07/06/2011 | 71 | Amended Verification and Master Address List (smis) (Entered: 07/07/2011) |
| 07/06/2011 | 72 | Amended/Modified Re: 1 Voluntary Petition (smis) (Entered: 07/07/2011) |

| | | |
|---|---|---|
| 07/06/2011 | 73 | Certificate/Proof of Service of 68 Amended Verification and Master Address List, 69 Summary/Schedule(s)/Statement of Financial Affairs/Disclosure, 70 20 Largest Unsecured Creditors, 71 Amended Verification and Master Address List, 72 Amended/Modified Voluntary Petition (smis) (Entered: 07/07/2011) |
| 07/07/2011 | | AMENDMENT Fee Paid ($26.00, Receipt Number: 2-11-23382) (auto) (Entered: 07/07/2011) |
| 07/07/2011 | 74 | Certificate/Proof of Service of 14 Notice of Meeting of Creditors (abas) (Entered: 07/07/2011) |
| 07/08/2011 | 75 | Report of Trustee at 341 Meeting. Continued Meeting of Creditors to be held on 8/5/2011 at 12:00 PM at Office of the UST (7-500). (smis) (Entered: 07/11/2011) |
| 07/12/2011 | 76 | Motion/Application to Use Cash Collateral [LD-7] Filed by Debtor Indar Jeet Kaur (smis) (Entered: 07/13/2011) |
| 07/12/2011 | 77 | Notice of Hearing Re: 76 Motion/Application to Use Cash Collateral [LD-7] to be held on 7/28/2011 at 10:30 AM at Sacramento Courtroom 33, Department E. (smis) (Entered: 07/13/2011) |
| 07/12/2011 | 78 | Declaration of Amar Mathfallu in support of 76 Motion/Application to Use Cash Collateral [LD-7] (smis) (Entered: 07/13/2011) |
| 07/12/2011 | 79 | Declaration of Michael W. Johnson in support of 76 Motion/Application to Use Cash Collateral [LD-7] (smis) (Entered: 07/13/2011) |
| 07/12/2011 | 80 | Declaration of Indar Jeet Kaur in support of 76 Motion/Application to Use Cash Collateral [LD-7] (smis) (Entered: 07/13/2011) |
| 07/12/2011 | 81 | Support Document Re: 76 Motion/Application to Use Cash Collateral [LD-7] Filed by Debtor Indar Jeet Kaur (smis) (Entered: 07/13/2011) |
| 07/12/2011 | 82 | Support Document Re: 76 Motion/Application to Use Cash Collateral [LD-7] Filed by Debtor Indar Jeet Kaur (smis) (Entered: 07/13/2011) |
| 07/12/2011 | 83 | Support Document Re: 76 Motion/Application to Use Cash Collateral [LD-7] Filed by Debtor Indar Jeet Kaur (smis) (Entered: 07/13/2011) |
| 07/12/2011 | 84 | Motion/Application to Use Cash Collateral [LD-6] Filed by Debtor Indar Jeet Kaur (smis) (Entered: 07/13/2011) |
| 07/12/2011 | 85 | Notice of Hearing Re: 84 Motion/Application to Use Cash Collateral [LD-6] to be held on 7/28/2011 at 10:30 AM at Sacramento Courtroom 33, Department E. (smis) (Entered: 07/13/2011) |

| 07/12/2011 | 86 | Declaration of Amar Mathfallu in support of 84 Motion/Application to Use Cash Collateral [LD-6] (smis) (Entered: 07/13/2011) |
| 07/12/2011 | 87 | Declaration of Michael W. Johnson in support of 84 Motion/Application to Use Cash Collateral [LD-6] (smis) (Entered: 07/13/2011) |
| 07/12/2011 | 88 | Declaration of Indar Jeet Kaur in support of 84 Motion/Application to Use Cash Collateral [LD-6] (smis) (Entered: 07/13/2011) |
| 07/12/2011 | 89 | Exhibit(s) in support of 87 Declaration [LD-6] (smis) (Entered: 07/13/2011) |
| 07/12/2011 | 90 | Support Document Re: 84 Motion/Application to Use Cash Collateral [LD-6] Filed by Debtor Indar Jeet Kaur (smis) (Entered: 07/13/2011) |
| 07/12/2011 | 91 | Exhibit(s) in support of 88 Declaration [LD-6] (smis) Modified on 7/13/2011 (smis). (Entered: 07/13/2011) |
| 07/12/2011 | 92 | Support Document Re: 84 Motion/Application to Use Cash Collateral [LD-6] Filed by Debtor Indar Jeet Kaur (smis) (Entered: 07/13/2011) |
| 07/12/2011 | 93 | Exhibit(s) in support of 88 Declaration [LD-6] (smis) (Entered: 07/13/2011) |
| 07/12/2011 | 94 | Support Document Re: 84 Motion/Application to Use Cash Collateral [LD-6] Filed by Debtor Indar Jeet Kaur (smis) (Entered: 07/13/2011) |
| 07/12/2011 | 95 | Exhibit(s) in support of 88 Declaration [LD-6] (smis) (Entered: 07/13/2011) |
| 07/12/2011 | 96 | Support Document Re: 84 Motion/Application to Use Cash Collateral [LD-6] Filed by Debtor Indar Jeet Kaur (smis) (Entered: 07/13/2011) |
| 07/12/2011 | 97 | Exhibit(s) in support of 88 Declaration [LD-6] (smis) (Entered: 07/13/2011) |
| 07/12/2011 | 98 | Support Document Re: 84 Motion/Application to Use Cash Collateral [LD-6] Filed by Debtor Indar Jeet Kaur (smis) (Entered: 07/13/2011) |
| 07/13/2011 | 99 | Certificate/Proof of Service of 84 Motion/Application to Use Cash Collateral [LD-6], 85 Notice of Hearing, 86 Declaration, 87 Declaration, 88 Declaration, 89 Exhibit(s), 91 Exhibit(s), 93 Exhibit(s), 95 Exhibit(s), 97 Exhibit(s) (smis) (Entered: 07/13/2011) |
| 07/13/2011 | 100 | Certificate/Proof of Service of 76 Motion/Application to Use Cash Collateral [LD-7], 77 Notice of Hearing, 78 Declaration, 79 Declaration, 80 Declaration, 81 Support Document, 82 Support Document, 83 Support Document (smis) (Entered: 07/13/2011) |

| | | |
|---|---|---|
| 07/13/2011 | 101 | Certificate/Proof of Service of 75 Trustee's 341 Meeting Continued (smis) (Entered: 07/13/2011) |
| 07/13/2011 | 109 | Civil Minutes -- Status Conference continued Re: 1 Voluntary Petition; Status Conference now to be held on 7/28/2011 at 09:30 AM at Sacramento Courtroom 33, Department E (jlas) (Entered: 07/21/2011) |
| 07/14/2011 | 102 | Opposition/Objection Filed by Debtor Indar Jeet Kaur Re: 43 Motion for Relief from Automatic Stay [RCB-1] (smis) (Entered: 07/14/2011) |
| 07/14/2011 | 103 | Declaration of Linda Deos in support of 102 Opposition/Objection [RCB-1] (smis) (Entered: 07/14/2011) |
| 07/14/2011 | 104 | Declaration of Michael W. Johnson in support of 102 Opposition/Objection [RCB-1] (smis) (Entered: 07/14/2011) |
| 07/14/2011 | 105 | Support Document Re: 102 Opposition/Objection Filed by Debtor Indar Jeet Kaur (smis) (Entered: 07/14/2011) |
| 07/14/2011 | 106 | Support Document Re: 102 Opposition/Objection Filed by Debtor Indar Jeet Kaur (smis) (Entered: 07/14/2011) |
| 07/14/2011 | 107 | Certificate/Proof of Service of 102 Opposition/Objection, 103 Declaration, 104 Declaration, 105 Support Document, 106 Support Document [RCB-1] (smis) (Entered: 07/14/2011) |
| 07/15/2011 | 108 | Request for Special Notice Filed by Creditor GE MONEY BANK (smis) (Entered: 07/15/2011) |
| 07/21/2011 | 111 | Opposition/Objection [RCB-1] Filed by Creditor First Southern National Bank Re: 103 Declaration (smis) (Entered: 07/22/2011) |
| 07/21/2011 | 112 | Response/Reply Filed by Creditor First Southern National Bank Re: 43 Motion for Relief from Automatic Stay [RCB-1] (smis) (Entered: 07/22/2011) |
| 07/21/2011 | 113 | Declaration of Eric S. Pezold in support of 112 Response/Reply [RCB-1] (smis) (Entered: 07/22/2011) |
| 07/21/2011 | 114 | Memorandum of Points and Authorities in support of 43 Motion for Relief from Automatic Stay [RCB-1] (smis) (Entered: 07/22/2011) |
| 07/21/2011 | 115 | Exhibit(s) to 113 Declaration [RCB-1] (smis) (Entered: 07/22/2011) |
| 07/21/2011 | 116 | Certificate/Proof of Service of 111 Opposition/Objection [RCB-1] (smis) (Entered: 07/22/2011) |
| 07/21/2011 | 117 | Certificate/Proof of Service of 112 Response/Reply [RCB-1] (smis) (Entered: 07/22/2011) |

| 07/21/2011 | 118 | Certificate/Proof of Service of 114 Memorandum of Points and Authorities [RCB-1] (smis) (Entered: 07/22/2011) |
| 07/21/2011 | 119 | Certificate/Proof of Service of 113 Declaration [RCB-1] (smis) (Entered: 07/22/2011) |
| 07/21/2011 | 120 | Certificate/Proof of Service of 115 Exhibit(s) [RCB-1] (smis) (Entered: 07/22/2011) |
| 07/21/2011 | 121 | Opposition/Objection [LD-7] Filed by Creditor Federal National Mortgage Association Re: 78 Declaration (smis) (Entered: 07/22/2011) |
| 07/21/2011 | 122 | Opposition/Objection Filed by Creditor Federal National Mortgage Association Re: 76 Motion/Application to Use Cash Collateral [LD-7] (smis) (Entered: 07/22/2011) |
| 07/21/2011 | 123 | Declaration of Daniel H. Slate in support of 122 Opposition/Objection [LD-7] (smis) (Entered: 07/22/2011) |
| 07/21/2011 | 124 | Certificate/Proof of Service of 121 Opposition/Objection, 122 Opposition/Objection, 123 Declaration (smis) (Entered: 07/22/2011) |
| 07/22/2011 | 125 | Amended 114 Memorandum of Points and Authorities [RCB-1] Filed by Creditor First Southern National Bank (smis) (Entered: 07/22/2011) |
| 07/22/2011 | 126 | Certificate/Proof of Service of 125 Amended Document [RCB-1] (smis) (Entered: 07/22/2011) |
| 07/22/2011 | 127 | Notice of Errata Re: 114 Memorandum of Points and Authorities [RCB-1] (smis) (Entered: 07/22/2011) |
| 07/22/2011 | 128 | Certificate/Proof of Service of 127 Notice [RCB-1] (smis) (Entered: 07/22/2011) |
| 07/22/2011 | 129 | Certificate/Proof of Service of 127 Notice [RCB-1] (smis) (Entered: 07/22/2011) |
| 07/22/2011 | 130 | Notice of Errata Re: 111 Opposition/Objection [RCB-1] (smis) (Entered: 07/22/2011) |
| 07/22/2011 | 131 | Amended 111 Opposition/Objection [RCB-1] Filed by Creditor First Southern National Bank (smis) (Entered: 07/22/2011) |
| 07/22/2011 | 132 | Certificate/Proof of Service of 130 Notice, 131 Amended Document [RCB-1] (smis) (Entered: 07/22/2011) |
| 07/22/2011 | 133 | Opposition/Objection Filed by Creditor First Southern National Bank Re: 84 Motion/Application to Use Cash Collateral [LD-6] (smis) (Entered: 07/25/2011) |

| | | |
|---|---|---|
| 07/22/2011 | 134 | Certificate/Proof of Service of 133 Opposition/Objection [LD-6] (smis) (Entered: 07/25/2011) |
| 07/22/2011 | 135 | Memorandum of Points and Authorities in support of 133 Opposition/Objection [LD-6] (smis) (Entered: 07/25/2011) |
| 07/22/2011 | 136 | Certificate/Proof of Service of 135 Memorandum of Points and Authorities [LD-6] (smis) (Entered: 07/25/2011) |
| 07/25/2011 | 110 | Civil Minute Order/Order to Set/Continue/Reschedule Hearing Re: 1 Voluntary Petition ; Status Conference to be held on 7/28/2011 at 10:30 AM at Sacramento Courtroom 33, Department E (smis) (Entered: 07/25/2011) |
| 07/25/2011 | 110 | Civil Minute Order/Order to Set/Continue/Reschedule Hearing Re: 43 Motion for Relief from Automatic Stay [RCB-1] ; Hearing to be held on 7/28/2011 at 10:30 AM at Sacramento Courtroom 33, Department E. (smis) (Entered: 07/25/2011) |
| 07/26/2011 | 137 | Certificate/Proof of Service of Proposed Order Re: 84 Motion/Application to Use Cash Collateral [LD-6] (shbs) (Entered: 07/26/2011) |
| 07/26/2011 | 138 | Certificate/Proof of Service of Proposed Order Re: 76 Motion/Application to Use Cash Collateral [LD-7] (shbs) (Entered: 07/26/2011) |
| 07/28/2011 | 139 | Support Document/Statement of Position Re: 59 Motion/Application to Value Collateral of H and A Partners, LP [LD-5] Filed by Creditor First Southern National Bank (smis) (Entered: 07/28/2011) |
| 07/28/2011 | 140 | Certificate/Proof of Service of 139 Support Document [LD-5] (smis) (Entered: 07/28/2011) |
| 07/28/2011 | 141 | Notice of Continued Hearing Re: 43 Motion for Relief from Automatic Stay [RCB-1] to be held on 8/10/2011 at 03:30 PM at Modesto Courtroom, Department E. (smis) (Entered: 07/28/2011) |
| 07/28/2011 | 142 | Certificate/Proof of Service of 43 Motion for Relief from Automatic Stay [RCB-1], 45 Memorandum of Points and Authorities, 46 Declaration, 47 Movant's Information Sheet (Section 362), 48 Exhibit (s), 49 Exhibit(s), 50 Exhibit(s), 51 Exhibit(s), 52 Exhibit(s), 53 Exhibit (s), 54 Exhibit(s), 55 Exhibit(s), 56 Exhibit(s), 141 Notice of Continued Hearing (smis) (Entered: 07/28/2011) |
| 07/28/2011 | 143 | Civil Minutes -- Hearing Re: 84 Motion/Application to Use Cash Collateral [LD-6] continued; Hearing to be held on 9/1/2011 at 10:30 AM at Sacramento Courtroom 33, Department E. (jlas) (Entered: 08/01/2011) |

| 07/28/2011 | 145 | Civil Minutes -- Hearing Held/Concluded Re: 76 Motion/Application to Use Cash Collateral [LD-7] GRANTED (jlas) (Entered: 08/01/2011) |
| --- | --- | --- |
| 07/28/2011 | 147 | Civil Minutes -- Status Conference continued Re: 1 Voluntary Petition; Status Conference now to be held on 9/1/2011 at 10:30 AM at Sacramento Courtroom 33, Department E (jlas) (Entered: 08/01/2011) |
| 07/28/2011 | 148 | Civil Minutes -- Hearing Re: 43 Motion for Relief from Automatic Stay [RCB-1] continued; Hearing to be held on 8/10/2011 at 03:30 PM at Modesto Courtroom, Department E. (jlas) (Entered: 08/01/2011) |
| 07/28/2011 | 164 | Amended Civil Minutes -- Hearing Re: 76 Motion/Application to Use Cash Collateral [LD-7] continued; Hearing to be held on 9/1/2011 at 10:30 AM at Sacramento Courtroom 33, Department E. (jlas) (Entered: 08/11/2011) |
| 08/01/2011 | 144 | Civil Minute Order Granting 84 Motion/Application To Use Cash Collateral [LD-6] (mgrs) (Entered: 08/02/2011) |
| 08/01/2011 | 146 | Civil Minute Order Granting 76 Motion/Application To Use Cash Collateral [LD-7] (mgrs) (Entered: 08/02/2011) |
| 08/01/2011 | 149 | Civil Minute Order/Order to Set/Continue/Reschedule Hearing Re: 43 Motion for Relief from Automatic Stay [RCB-1] ; Hearing to be held on 8/10/2011 at 03:30 PM at Modesto Courtroom, Department E. (mgrs) (Entered: 08/02/2011) |
| 08/02/2011 | 153 | Amended Civil Minutes -- Hearing Re: 76 Motion/Application to Use Cash Collateral [LD-7] continued; Hearing to be held on 9/1/2011 at 10:30 AM at Sacramento Courtroom 33, Department E. (jlas) (Entered: 08/08/2011) |
| 08/04/2011 | 150 | Amended Notice of Hearing Re: 43 Motion for Relief from Automatic Stay [RCB-1] to be held on 8/10/2011 at 03:30 PM at Modesto Courtroom, Department E. (smis) (Entered: 08/04/2011) |
| 08/04/2011 | 151 | Certificate/Proof of Service of 150 Amended Notice of Hearing [RCB-1] (smis) (Entered: 08/04/2011) |
| 08/05/2011 | 152 | Trustee's Interim Report (smis) (Entered: 08/05/2011) |
| 08/09/2011 | 154 | Motion/Application by Linda D. Deos to Withdraw as Attorney [LD-8] (smis) (Entered: 08/09/2011) |
| 08/09/2011 | 155 | Notice of Hearing Re: 154 Motion/Application by Linda D. Deos to Withdraw as Attorney [LD-8] to be held on 9/15/2011 at 10:30 AM at Sacramento Courtroom 33, Department E. (smis) (Entered: 08/09/2011) |

| | | |
|---|---|---|
| 08/09/2011 | 156 | Declaration of Linda Deos in support of 154 Motion/Application by Linda D. Deos to Withdraw as Attorney [LD-8] (smis) (Entered: 08/09/2011) |
| 08/09/2011 | 157 | Declaration of Kay Hutchinson in support of 43 Motion for Relief from Automatic Stay [RCB-1] (smis) (Entered: 08/10/2011) |
| 08/09/2011 | 158 | Exhibit(s) to 157 Declaration [RCB-1] (smis) (Entered: 08/10/2011) |
| 08/09/2011 | 159 | Debtor-In-Possession Monthly Operating Report for Filing Period June and July 2011 (smis) (Entered: 08/10/2011) |
| 08/10/2011 | 160 | Certificate/Proof of Service of 157 Declaration [RCB-1] (smis) (Entered: 08/10/2011) |
| 08/10/2011 | 161 | Certificate/Proof of Service of 158 Exhibit(s) [RCB-1] (smis) (Entered: 08/10/2011) |
| 08/10/2011 | 162 | Certificate/Proof of Service of 154 Motion/Application by Linda D. Deos to Withdraw as Attorney [LD-8], 155 Notice of Hearing, 156 Declaration (smis) (Entered: 08/10/2011) |
| 08/10/2011 | 165 | Civil Minutes -- Hearing Re: 43 Motion for Relief from Automatic Stay [RCB-1] continued; Hearing to be held on 9/15/2011 at 10:30 AM at Sacramento Courtroom 33, Department E. (cwam) (Entered: 08/12/2011) |
| 08/11/2011 | 163 | Civil Minutes -- Hearing Re: 59 Motion/Application to Value Collateral of H and A Partners, LP [LD-5] continued; Hearing to be held on 9/1/2011 at 10:30 AM at Sacramento Courtroom 33, Department E. (jlas) (Entered: 08/11/2011) |
| 08/12/2011 | 166 | Civil Minute Order/Order to Continue Hearing Re: 43 Motion for Relief from Automatic Stay [RCB-1] ; Hearing to be held on 9/15/2011 at 10:30 AM at Sacramento Courtroom 33, Department E. (smis) (Entered: 08/15/2011) |
| 08/15/2011 | 167 | Copy of Document as transmitted to BNC for service. (smis) (Entered: 08/15/2011) |
| 08/15/2011 | 168 | Order Granting 76 Motion/Application To Use Cash Collateral [LD-7] (smis) (Entered: 08/16/2011) |
| 08/15/2011 | 170 | Order Granting 84 Motion/Application to Use Cash Collateral [LD-6] (smis) (Entered: 08/16/2011) |
| 08/15/2011 | 175 | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 08/17/2011) |

| | | |
|---|---|---|
| 08/16/2011 | 169 | Copy of Document as transmitted to BNC for service. (smis) (Entered: 08/16/2011) |
| 08/16/2011 | 171 | Copy of Document as transmitted to BNC for service. (smis) (Entered: 08/16/2011) |
| 08/16/2011 | 172 | Order to Reschedule Hearing Re: 84 Motion/Application to Use Cash Collateral [LD-6]; Hearing to be held on 9/15/2011 at 10:30 AM at Sacramento Courtroom 33, Department E. (jdas) (Entered: 08/17/2011) |
| 08/16/2011 | 173 | Order to Reschedule Hearing Re: 76 Motion/Application to Use Cash Collateral [LD-7]; Hearing to be held on 9/15/2011 at 10:30 AM at Sacramento Courtroom 33, Department E. (jdas) (Entered: 08/17/2011) |
| 08/16/2011 | 174 | Order to Reschedule Status Conference Re: 1 Chapter 11 Voluntary Petition. Status Conference to be held on 9/15/2011 at 10:30 AM at Sacramento Courtroom 33, Department E (jdas) (Entered: 08/17/2011) |
| 08/16/2011 | 194 | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 08/18/2011) |
| 08/16/2011 | 195 | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 08/18/2011) |
| 08/17/2011 | 176 | Motion for Relief from Automatic Stay [BN-1] Filed by Creditor The Federal National Mortgage Association (Fee Paid $0.00) (smis) (Entered: 08/18/2011) |
| 08/17/2011 | 177 | Notice of Hearing Re: 176 Motion for Relief from Automatic Stay [BN-1] to be held on 9/1/2011 at 10:30 AM at Sacramento Courtroom 33, Department E. (smis) (Entered: 08/18/2011) |
| 08/17/2011 | 178 | Declaration of Daniel H. Slate in support of 176 Motion for Relief from Automatic Stay [BN-1] (smis) (Entered: 08/18/2011) |
| 08/17/2011 | 179 | Exhibit(s) to 178 Declaration [BN-1] (smis) (Entered: 08/18/2011) |
| 08/17/2011 | 180 | Movant's Information Sheet (Section 362) Re: 176 Motion for Relief from Automatic Stay [BN-1] (smis) (Entered: 08/18/2011) |
| 08/17/2011 | 181 | Request for Judicial Notice Re: 176 Motion for Relief from Automatic Stay [BN-1] Filed by Creditor The Federal National Mortgage Association (smis) (Entered: 08/18/2011) |
| 08/17/2011 | 182 | Exhibit(s) to 181 Request for Judicial Notice [BN-1] (smis) (Entered: 08/18/2011) |
| 08/17/2011 | 183 | Declaration of Patti C. McGure in support of 176 Motion for Relief from Automatic Stay [BN-1] (smis) (Entered: 08/18/2011) |

| | | |
|---|---|---|
| 08/17/2011 | 184 | Exhibit(s) to 183 Declaration [BN-1] (smis) (Entered: 08/18/2011) |
| 08/17/2011 | 185 | Declaration of Kenneth N. Blomsterberg in support of 176 Motion for Relief from Automatic Stay [BN-1] (smis) (Entered: 08/18/2011) |
| 08/17/2011 | 186 | Exhibit(s) to 185 Declaration [BN-1] (smis) (Entered: 08/18/2011) |
| 08/17/2011 | 187 | Certificate/Proof of Service of 176 Motion for Relief from Automatic Stay [BN-1], 177 Notice of Hearing, 180 Movant's Information Sheet (Section 362), 181 Request for Judicial Notice, 182 Exhibit(s), 183 Declaration, 184 Exhibit(s), 185 Declaration, 186 Exhibit(s) (smis) (Entered: 08/18/2011) |
| 08/17/2011 | 188 | Motion/Application to Dismiss Case/Proceeding [BN-2] Filed by Creditor The Federal National Mortgage Association (smis) (Entered: 08/18/2011) |
| 08/17/2011 | 189 | Notice of Hearing Re: 188 Motion/Application to Dismiss Case/Proceeding [BN-2] to be held on 9/15/2011 at 10:30 AM at Sacramento Courtroom 33, Department E. (smis) (Entered: 08/18/2011) |
| 08/17/2011 | 190 | Request for Judicial Notice Re: 188 Motion/Application to Dismiss Case/Proceeding [BN-2] Filed by Creditor The Federal National Mortgage Association (smis) (Entered: 08/18/2011) |
| 08/17/2011 | 191 | Exhibit(s) to 190 Request for Judicial Notice [BN-2] (smis) (Entered: 08/18/2011) |
| 08/17/2011 | 192 | Declaration of Patti C. McGuire in support of 188 Motion/Application to Dismiss Case/Proceeding [BN-2] (smis) (Entered: 08/18/2011) |
| 08/17/2011 | 193 | Certificate/Proof of Service of 188 Motion/Application to Dismiss Case/Proceeding [BN-2], 189 Notice of Hearing, 190 Request for Judicial Notice, 191 Exhibit(s), 192 Declaration (smis) (Entered: 08/18/2011) |
| 08/18/2011 | | Filing Fee Due RE: Motion (smis) (auto) (Entered: 08/18/2011) |
| 08/18/2011 | | Account Receivable Fee Paid ($150.00, Receipt Number: 2-11-28306) (auto) (Entered: 08/18/2011) |
| 08/23/2011 | 196 | Declaration of Linda Deos in support of 154 Motion/Application by Linda D. Deos to Withdraw as Attorney [LD-8] (smis) (Entered: 08/24/2011) |
| 08/24/2011 | 197 | Certificate/Proof of Service of 196 Declaration [LD-8] (smis) (Entered: 08/24/2011) |

| | 198 | Response/Reply Filed by Creditor First Southern National Bank Re: 43 Motion for Relief from Automatic Stay [RCB-1] (smis) (Entered: 08/24/2011) |
| 08/24/2011 | | |
| 08/24/2011 | 199 | Declaration of Shay Pendygraft in support of 198 Response/Reply [RCB-1] (smis) (Entered: 08/24/2011) |
| 08/24/2011 | 200 | Request for Judicial Notice Re: 198 Response/Reply [RCB-1] Filed by Creditor First Southern National Bank (smis) (Entered: 08/24/2011) |
| 08/24/2011 | 201 | Exhibit(s) to 200 Request for Judicial Notice [RCB-1] (smis) (Entered: 08/24/2011) |
| 08/24/2011 | 202 | Memorandum of Points and Authorities in support of 43 Motion for Relief from Automatic Stay [RCB-1] (smis) (Entered: 08/24/2011) |
| 08/24/2011 | 203 | Certificate/Proof of Service of 198 Response/Reply, 199 Declaration, 200 Request for Judicial Notice, 201 Exhibit(s), 202 Memorandum of Points and Authorities [RCB-1] (smis) (Entered: 08/24/2011) |
| 09/01/2011 | 204 | Civil Minutes -- Hearing Held/Concluded Re: 176 Motion for Relief from Automatic Stay [BN-1] GRANTED (jlas) (Entered: 09/07/2011) |
| 09/01/2011 | 206 | Civil Minutes -- Status Conference continued Re: 1 Voluntary Petition; Status Conference now to be held on 9/15/2011 at 10:30 AM at Sacramento Courtroom 33, Department E (jlas) (Entered: 09/07/2011) |
| 09/01/2011 | 207 | Civil Minutes -- Hearing/Motion Resolved without Oral Argument Re: 59 Motion/Application to Value Collateral of H and A Partners, LP [LD-5] GRANTED (jlas) (Entered: 09/07/2011) |
| 09/01/2011 | 209 | Civil Minutes -- Hearing Re: 84 Motion/Application to Use Cash Collateral [LD-6] continued; Hearing to be held on 9/15/2011 at 10:30 AM at Sacramento Courtroom 33, Department E. (jlas) (Entered: 09/07/2011) |
| 09/01/2011 | 210 | Civil Minutes -- Hearing Re: 76 Motion/Application to Use Cash Collateral [LD-7] continued; Hearing to be held on 9/15/2011 at 10:30 AM at Sacramento Courtroom 33, Department E. (jlas) (Entered: 09/07/2011) |
| 09/07/2011 | 208 | Civil Minute Order Granting 59 Motion/Application To Value Collateral of H and A Partners, LP [LD-5] (smis) (Entered: 09/08/2011) |
| 09/07/2011 | 205 | Civil Minute Order Granting 176 Motion/Application for Relief from Stay [BN-1] (smis) (Entered: 09/08/2011) |
| | 211 | Motion/Application to Employ Timothy L. McCandless as Attorney(s) |

| 09/13/2011 | | [TLM-1] Filed by Debtor Indar Jeet Kaur (smis) . (Entered: 09/14/2011) |
|---|---|---|
| 09/13/2011 | 212 | Declaration of Timothy L. McCandless in support of 211 Motion/Application to Employ Timothy L. McCandless as Attorney(s) [TLM-1] (smis). (Entered: 09/14/2011) |
| 09/13/2011 | 213 | Certificate/Proof of Service of Proposed Order, 211 Motion/Application to Employ Timothy L. McCandless as Attorney(s) [TLM-1], 212 Declaration (smis) (Entered: 09/14/2011) |
| 09/15/2011 | 214 | Civil Minutes -- Status Conference Dropped Re: 1 Voluntary Petition (shes) (Entered: 09/15/2011) |
| 09/15/2011 | 215 | Civil Minutes -- Hearing/Motion Resolved without Oral Argument Re: 188 Motion/Application to Dismiss Case/Proceeding [BN-2] GRANTED (shes) (Entered: 09/15/2011) |
| 09/15/2011 | 217 | Civil Minutes -- Hearing/Motion Resolved without Oral Argument Re: 84 Motion/Application to Use Cash Collateral [LD-6] DENIED AS MOOT (shes) (Entered: 09/15/2011) |
| 09/15/2011 | 219 | Civil Minutes -- Hearing/Motion Resolved without Oral Argument Re: 76 Motion/Application to Use Cash Collateral [LD-7] DENIED AS MOOT (shes) (Entered: 09/15/2011) |
| 09/15/2011 | 221 | Civil Minutes -- Hearing/Motion Resolved without Oral Argument Re: 154 Motion/Application by Linda D. Deos to Withdraw as Attorney [LD-8] DENIED AS MOOT (shes) (Entered: 09/15/2011) |
| 09/15/2011 | 223 | Civil Minutes -- Opposed Hearing Held Re: 43 Motion for Relief from Automatic Stay [RCB-1] GRANTED (shes) (Entered: 09/15/2011) |
| 09/16/2011 | 222 | Civil Minute Order Denying 154 Motion/Application to Withdraw As Attorney [LD-8] (smis) (Entered: 09/16/2011) |
| 09/16/2011 | 224 | Civil Minute Order Granting 43 Motion/Application for Relief from Stay [RCB-1] (smis) (Entered: 09/16/2011) |
| 09/16/2011 | 225 | Notice of Entry of Order/Judgment as Transmitted to BNC for Service Re: 224 Civil Minute Order Granting 43 Motion/Application for Relief from Stay [RCB-1] (smis) (Entered: 09/16/2011) |
| 09/16/2011 | 218 | Civil Minute Order Denying 84 Motion/Application to Use Cash Collateral [LD-6] (smis) (Entered: 09/16/2011) |
| 09/16/2011 | 220 | Civil Minute Order Denying 76 Motion/Application to Use Cash Collateral [LD-7] (smis) (Entered: 09/16/2011) |

| | | |
|---|---|---|
| 09/16/2011 | 226 | Certificate of Mailing of Notice of 225 Notice of Entry of Order/Judgment as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 09/18/2011) |
| 09/20/2011 | 216 | Civil Minute Order Granting 188 Motion/Application to Dismiss Case/Proceeding [BN-2] (smis) (Entered: 09/21/2011) |
| 09/21/2011 | 227 | Notice of Entry of Order as Transmitted to BNC for Service Re: 216 Civil Minute Order Granting 188 Motion/Application to Dismiss Case/Proceeding [BN-2] (smis) (Entered: 09/21/2011) |
| 09/21/2011 | 228 | Order Denying 211 Motion/Application to Employ [TLM-1] (smis) (Entered: 09/21/2011) |
| 09/21/2011 | 229 | Certificate of Mailing of Notice of 227 Notice of Entry of Order of Dismissal as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 09/23/2011) |
| 09/29/2011 | 230 | Transcript regarding Hearing Held 09/15/11 [RCB-1] Re: 43 Motion for Relief from Automatic Stay [RCB-1] [RCB-1] Notice of Intent to Request Redaction Deadline Due By 10/6/2011. Redaction Request Due By 10/20/2011. Redacted Transcript Submission Due By 10/31/2011. Transcript access will be restricted through 12/28/2011. (smis) (Entered: 09/30/2011) |
| 09/30/2011 | 231 | Notice of Filing of Official Transcript as transmitted to BNC for Service. Notice is hereby given that an official transcript of the hearing on the Motion for Relief from Stat held on 09/15/11 has been filed. Pursuant to the new policy adopted by the Judicial Conference, transcripts are available for inspection only at the clerk's office or may be purchased from the court transcriber for a 90 day period Re: 230 Transcript [RCB-1] (smis) (Entered: 09/30/2011) |
| 09/30/2011 | 232 | Certificate of Mailing of Notice of Filing of Transcript and of Deadlines Related to Redaction and Restriction as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 10/02/2011) |
| 10/09/2011 | | Change of Address Submitted for Attorney Linda Deos by e-Filing User Account Maintenance Utility. Address changed from: 1007 7th Street, Ste. 100 , Sacramento CA 95814 to: 770 L Street, Ste. 950 , Sacramento CA 95814. (Entered: 10/09/2011) |
| 10/17/2011 | 233 | Order Closing Case where Case has been Dismissed (smis) (Entered: 10/17/2011) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 03/13/2014 12:25:51 | | | |
| PACER Login: | ss0143 | Client Code: | 720675-0392-3353 |
| Description: | Docket Report | Search Criteria: | 11-33839 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 14 | Cost: | 1.40 |

# EXHIBIT B

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| United States Bankruptcy Court<br>Eastern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kaur, Indar Jeet** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **5959** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**18767 North Highway 99**<br>**Acampo, CA**<br>ZIPCODE **95220** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**San Joaquin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**PO Box 581**<br>**Acampo, CA**<br>ZIPCODE **95220** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7  ☐ Chapter 15 Petition for<br>☐ Chapter 9     Recognition of a Foreign<br>☑ Chapter 11    Main Proceeding<br>☐ Chapter 12  ☐ Chapter 15 Petition for<br>☐ Chapter 13    Recognition of a Foreign<br>              Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More |

```
2011-33839
FILED
June 02, 2011
8:23 AM
RELIEF ORDERED

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003535016
```

B1 (Official Form 1) (4/10)

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Kaur, Indar Jeet** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location <br> Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. <br><br> X */s/ Linda Deos*　　　　　　　　　　　6/02/11 <br> ——————————————————————— <br> 　Signature of Attorney for Debtor(s)　　　　　　　Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue** <br> (Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

———————————————————————————————————

(Name of landlord or lessor that obtained judgment)

———————————————————————————————————

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Kaur, Indar Jeet** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Indar Jeet Kaur**

Signature of Debtor                                    **Indar Jeet Kaur**

X
Signature of Joint Debtor

**(209) 339-1970**
Telephone Number (If not represented by attorney)

**June  2, 2011**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

---

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney***

X **/s/ Linda Deos**
Signature of Attorney for Debtor(s)

**Linda Deos 179170**
**Law Office of Linda D. Deos**
**1007 7th Street, Suite 100**
**Sacramento, CA  95814-0000**
**(916) 442-4442  Fax: (916) 244-7168**
**linda@deoslaw.com**

**June  2, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any,  of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Date

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

**United States Bankruptcy Court**
**Eastern District of California**

IN RE:                                                                    Case No. _____

Kaur, Indar Jeet                                                         Chapter **11**
_____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☑ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Indar Jeet Kaur** _____

Date: **June  2, 2011** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# EXHIBIT C

FILED
June 25, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003590825

**United States Bankruptcy Court**
**Eastern District of California**

IN RE:                                                    Case No. **2011-33839**

Kaur, Indar Jeet                                          Chapter **11**
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**250.00/hr**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**7,000.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2. The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is:  ☑ Debtor  ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 24, 2011**                        **/s/ Linda Deos**
_____                      _____
Date                                     Linda Deos 179170
                                         Law Office of Linda D. Deos
                                         1007 7th Street, Suite 100
                                         Sacramento, CA  95814-0000
                                         (916) 442-4442  Fax: (916) 244-7168
                                         linda@deoslaw.com

B201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

2

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**Eastern District of California**

IN RE:                                                              Case No. __2011-33839__

__Kaur, Indar Jeet__                                               Chapter __11__
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Printed Name and title, if any, of Bankruptcy Petition Preparer<br>Address: | Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

X_____

Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

__Kaur, Indar Jeet__                              X _/s/ Indar Jeet Kaur_                    6/24/2011
Printed Name(s) of Debtor(s)                     Signature of Debtor                        Date

Case No. (if known) __2011-33839__               X_____
                                                 Signature of Joint Debtor (if any)         Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

4

B22B (Official Form 22B) (Chapter 11) (12/10)

In re: **Kaur, Indar Jeet**

_____
Debtor(s)

Case Number: **2011-33839**

_____
(If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Part I. CALCULATION OF MONTHLY INCOME | | |
|---|---|---|

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☑ Married, not filing jointly. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |

All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line.

| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $ 3,157.05 | $ |
|---|---|---|---|---|

| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. | | | |
|---|---|---|---|---|
| | a. | Gross receipts | $ | |
| | b. | Ordinary and necessary business expenses | $ | |
| | c. | Business income | Subtract Line b from Line a | $ | $ |

| 4 | **Net rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. | | | |
|---|---|---|---|---|
| | a. | Gross receipts | $ | |
| | b. | Ordinary and necessary operating expenses | $ | |
| | c. | Rent and other real property income | Subtract Line b from Line a | $ | $ |

| 5 | **Interest, dividends, and royalties.** | $ | $ |
|---|---|---|---|

| 6 | **Pension and retirement income.** | $ | $ |
|---|---|---|---|

| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ | $ |
|---|---|---|---|

B22B (Official Form 22B) (Chapter 11) (12/10)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br><br> Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ _____    Spouse $ _____ | $ | $ |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. <br><br> a.    $ <br> b.    $ | $ | $ |
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $    3,157.05 | $ |
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $                    3,157.05 | |

## Part II. VERIFICATION

| | |
|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* <br><br> Date: **June 25, 2011** _____    Signature: ***/s/ Indar Jeet Kaur*** _____ <br> (Debtor) <br><br> Date: _____    Signature: _____ <br> (Joint Debtor, if any) |

**United States Bankruptcy Court**
**Eastern District of California**

IN RE:                                                          Case No. __2011-33839__

Kaur, Indar Jeet                                               Chapter __11__
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 7,740,000.00 | | |
| B - Personal Property | Yes | 3 | $ 43,210.67 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 15,126,755.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 105,490.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 127,501.27 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 157,336.02 |
| TOTAL | | 19 | $ 7,783,210.67 | $ 15,232,245.44 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

7

**Form 6 - Statistical Summary (12/07)**

**United States Bankruptcy Court**
**Eastern District of California**

IN RE:                                                          Case No. **2011-33839**

**Kaur, Indar Jeet**                                            Chapter **11**
                    Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | 0.00 |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 127,501.27 |
| Average Expenses (from Schedule J, Line 18) | $ | 157,336.02 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 3,157.05 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 7,378,255.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | $ | 105,490.44 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 7,483,745.44 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

8

B6A (Official Form 6A) (12/07)

IN RE **Kaur, Indar Jeet** _____  Case No. **2011-33839**
_____
Debtor(s)                                              (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Multi Dwelling Apartment Complex Corcoran**<br>**1700 Dairy Avenue**<br>**Corcoran, CA 93212-2950**<br>**APN034-200-014-000** | **JTWROS** | | 5,200,000.00 | 10,400,000.00 |
| **Multi Dwelling Apartment Complex Susanville**<br>**525 & 635 Hall Street**<br>**Susanville, CA 96130**<br>**APN-105-060-17-11 &**<br>**APN  105-090-23-11** | **JTWROS** | | 2,300,000.00 | 3,955,824.00 |
| **Single Family Residence**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220**<br>**2BD/3BA**<br>**APN: 01322018** | **JTWROS** | | 240,000.00 | 761,025.00 |
| | | **TOTAL** | 7,740,000.00 | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

9

B6B (Official Form 6B) (12/07)

IN RE Kaur, Indar Jeet                                         Case No. 2011-33839
_____               _____
Debtor(s)                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash** | | **100.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Business Checking #60139** | | **10,000.00** |
| | | **Bank of the West Business Checking #98163** | | **7,500.00** |
| | | **Golden1 Credit Union Checking Account #8432** | | **2,139.12** |
| | | **Golden1 Credit Union Savings Account#8432** | | **1,481.55** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Mic Household Goods & Furnishings (No individual item worth more than $550)** | | **3,600.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Mic DVDs & CDs** | | **100.00** |
| 6. Wearing apparel. | | **Clothing & Shoes** | | **500.00** |
| 7. Furs and jewelry. | | **Mic. Jewelry** | | **1,250.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **The University of California Retirement Savings Program #1796** | | **8,040.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Kaur, Indar Jeet _____    Case No. 2011-33839
                    Debtor(s)                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Toyota Vehicle Good Condition** | | **8,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Kaur, Indar Jeet**                                    Case No. **2011-33839**
_____                        _____
Debtor(s)                                                            (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **43,210.67** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ **0** continuation sheets attached

B6C (Official Form 6C) (04/10)

IN RE **Kaur, Indar Jeet** _____    Case No. **2011-33839**
                    Debtor(s)                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
  ☐ 11 U.S.C. § 522(b)(2)
  ☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash** | CCCP § 703.140(b)(5) | 100.00 | 100.00 |
| **Bank of America Business Checking #60139** | CCCP § 703.140(b)(5) | 10,000.00 | 10,000.00 |
| **Bank of the West Business Checking #98163** | CCCP § 703.140(b)(5) | 7,500.00 | 7,500.00 |
| **Golden1 Credit Union Checking Account #8432** | CCCP § 703.140(b)(5) | 2,139.12 | 2,139.12 |
| **Golden1 Credit Union Savings Account#8432** | CCCP § 703.140(b)(5) | 1,481.55 | 1,481.55 |
| **Mic Household Goods & Furnishings (No individual item worth more than $550)** | CCCP § 703.140(b)(3) | 3,600.00 | 3,600.00 |
| **Mic DVDs & CDs** | CCCP § 703.140(b)(3) | 100.00 | 100.00 |
| **Clothing & Shoes** | CCCP § 703.140(b)(3) | 500.00 | 500.00 |
| **Mic. Jewelry** | CCCP § 703.140(b)(4) | 1,250.00 | 1,250.00 |
| **The University of California Retirement Savings Program #1796** | CCCP § 703.140(b)(10)(E) | 8,040.00 | 8,040.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

13

IN RE **Kaur, Indar Jeet**          Case No. **2011-33839**

Debtor(s)        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9713** <br> **Citibank** <br> **One Sansome Street 19th Floor** <br> **San Francisco, CA 94104** | X | | **Real Property Mortgage Account 525 & 635 Hall Street, Susanville, CA Opened 5/2001** <br><br> VALUE $ **2,300,000.00** | | | | 3,955,824.00 | 1,655,824.00 |
| ACCOUNT NO. <br> **First Southern National Bank** <br> **1 Arizona Circle** <br> **Phoenix, AZ 85004-2280** | X | | **Real Property Mortgage Account 1st Deed of Trust 1700 Dairy Avenue, Corcoran, CA Opened 10/27/2006** <br><br> VALUE $ **5,200,000.00** | | | | 9,650,000.00 | 4,450,000.00 |
| ACCOUNT NO. <br> **H& A Partners, LP** <br> **9820 Willow Creek Road, Suite 490** <br> **San Diego, CA 92131** | X | | **Real Property Mortgage Account 2nd Deed of Trust for 1700 Dairy Avenue, Corcoran, CA Opened 10/27/2006** <br><br> VALUE $ **5,200,000.00** | | | | 750,000.00 | 750,000.00 |
| ACCOUNT NO. **3732** <br> **Owcen Loan Servicing, LLC** <br> **PO Box 24738** <br> **West Palm Beach, FL 33416-4738** | | | **Real Property Mortgage Account 18767 North Highway 99, Acampo, CA Opened 5/2004** <br><br> VALUE $ **240,000.00** | | | | 761,025.00 | 521,025.00 |

   **1** continuation sheets attached

Subtotal (Total of this page) $ **15,116,849.00**    $ **7,376,849.00**

Total (Use only on last page) $       $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Kaur, Indar Jeet                                                    Case No. 2011-33839
_____                              _____
                    Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0001**<br><br>**Toyota Motor Credit**<br>**PO Box 8026**<br>**Cedar Rapids, IA  52408** | | H | **Motor Vehicle Loan Account Opened 9/2008**<br><br>VALUE $ **8,500.00** | | | | **9,906.00** | **1,406.00** |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br>VALUE $ | | | | | |

Sheet no. _____ **1** of _____ **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $  **9,906.00** | $  **1,406.00** |
| Total<br>(Use only on last page) | $  **15,126,755.00** | $  **7,378,255.00** |
|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Kaur, Indar Jeet**                                                                    Case No. **2011-33839**
                        Debtor(s)                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Kaur, Indar Jeet
_____
Debtor(s)                    (If known)

Case No. 2011-33839

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3067<br><br>**Ally Financial**<br>**200 Renaissance Ctr**<br>**Detroit, MI  48243** | | H | **Installment account opened 5/10** | | | | 16,201.00 |
| ACCOUNT NO. 3154<br><br>**Alpine Fire Services, Inc.**<br>**249 Otter Way**<br>**Portola, CA  96122** | X | | **Business Service Debt Account Opened 03/15/2011** | | | | 887.60 |
| ACCOUNT NO. 3272<br><br>**Apartments For Rent**<br>**75 Remittance Drive, #1705**<br>**Chicago, IL  60675-1705** | X | | **Apartment Lease Lead Generation Service Account Opened 06/2006** | | | | 384.00 |
| ACCOUNT NO. 5648<br><br>**C B Of Merchant Services**<br>**217 N San Joaquin St**<br>**Stockton, CA  95202** | | H | **Collection Agency Account opened 2/2006** | | | | 21,123.00 |

**3** continuation sheets attached

Subtotal
(Total of this page) $ 38,595.60

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

17

IN RE **Kaur, Indar Jeet**                                    Case No. **2011-33839**
_____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6768**<br>**Capital One**<br>Po Box 85520<br>Richmond, VA  23285 | | H | Revolving Charge Account opened 9/2003 | | | | 726.00 |
| ACCOUNT NO. **9464**<br>**Citi**<br>Po Box 6241<br>Sioux Falls, SD  57117 | | H | Revolving Charge Account opened 1/2005 | | | | 31,243.00 |
| ACCOUNT NO. **4701**<br>**Citi**<br>Po Box 6241<br>Sioux Falls, SD  57117 | | H | Revolving Charge Account opened 5/2008 | | | | 4,973.00 |
| ACCOUNT NO. **829**<br>**Classic Pest Control, Inc.**<br>1933 W. Caldwell, Suite 8<br>Visalia, CA  93277 | X | | Pest Control Vendor Account Opened 02/27/20011 | | | | 0.00 |
| ACCOUNT NO. **4396**<br>**Community Controls**<br>2500 South 3850 West Suite A<br>Salt Lake City, UT  84120-7225 | X | | Remote Gate Entry Card Vendor Account Opened 4/20/2011 | | | | 491.60 |
| ACCOUNT NO. **0120**<br>**Corcoran Hardware**<br>1140 Chittenden Avenue<br>Corcoran, CA  93212 | X | | Business Vendor Account Opened 03/01/2010 | | | | 1,319.10 |
| ACCOUNT NO. **8619**<br>**Day Or Night Plumbing**<br>PO Box 3512<br>Visalia, CA  93278 | | | Plumbing Repair Vendor for Willow Lakes Opened 2/9/2011 | | | | 248.75 |

Sheet no. _____ **1** of _____ **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **39,001.45**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor(s)                                                      Case No. **2011-33839**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0220**<br>**DSNB Macys**<br>**9111 Duke Blvd**<br>**Mason, OH  45040** | | H | **Revolving Charge Account opened 12/2008** | | | | **2,894.00** |
| ACCOUNT NO. **9220**<br>**Dsnb Macys**<br>**9111 Duke Blvd**<br>**Mason, OH  45040** | | H | **Revolving Charge Account opened 6/2003** | | | | **3,761.00** |
| ACCOUNT NO. **1941**<br>**Ferguson Enterprises, Inc.**<br>**704 N. Laverne Avenue**<br>**Fresno, CA  93727** | X | | **Apartment Complex Vendor Account Opened 5/18/2011** | | | | **440.44** |
| ACCOUNT NO. **1386**<br>**Gemb/chevron**<br>**4125 Windward Plz**<br>**Alpharetta, GA  30005** | | H | **Revolving account opened 8/01** | | | | **204.00** |
| ACCOUNT NO. **9465**<br>**GMAC**<br>**Po Box 12699**<br>**Glendale, AZ  85318** | | H | **Installment Account opened 11/2006** | | | | **2,019.00** |
| ACCOUNT NO. **9570**<br>**HSBC Bank**<br>**Po Box 5253**<br>**Carol Stream, IL  60197** | | H | **Revolving Charge Account opened 2/2000** | | | | **3,844.00** |
| ACCOUNT NO. **5480**<br>**HSBC Bank**<br>**Po Box 5253**<br>**Carol Stream, IL  60197** | | H | **Revolving Charge Account opened 2/2008** | | | | **428.00** |

Sheet no. _____**2** of _____**3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **13,590.44**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Kaur, Indar Jeet

Case No. **2011-33839**

Debtor(s)            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8033** <br><br> **HSBC Bank** <br> **Po Box 5253** <br> **Carol Stream, IL  60197** | | H | **Revolving Charge Account opened 9/2004** | | | | **4,240.00** |
| ACCOUNT NO. **5480** <br><br> **Hsbc Bank** <br> **Po Box 5253** <br> **Carol Stream, IL  60197** | | H | **Revolving account opened 2/08** | | | | **428.00** |
| ACCOUNT NO. **3926** <br><br> **My New Place** <br> **343 Sansome Street, Suite 700** <br> **San Francisco, CA  94104** | | X | **Apartment Lease Lead Generation Service Account Opened 03/31/2011** | | | | **2,234.48** |
| ACCOUNT NO. <br><br> **Nolan's Plumbin Repair** <br> **PO Box 111** <br> **Corcoran, CA  93212** | | X | **Plumbing Repair Account for Willow Lakes Apartments Opened 11/30/2006** | | | | **1,636.47** |
| ACCOUNT NO. <br><br> **Quality Pool Service** <br> **PO Box 1122** <br> **Corcoran, CA  93212** | | X | **Apartment Swimming Pool Vendor Account Opened 12/30/2010** | | | | **0.00** |
| ACCOUNT NO. **8296** <br><br> **Rent.Com** <br> **2425 Olympic Boulevard, 400E** <br> **Santa Monica, CA  90404** | | X | **Apartment Lease Lead Generation Service Account Opened 06/2010** | | | | **1,556.00** |
| ACCOUNT NO. **0103** <br><br> **The Home Depot / Citibank South Dakota** <br> **Po Box 6497** <br> **Sioux Falls, SD  57117** | | H | **Revolving Charge Account Opened 6/2000** | | | | **4,208.00** |

Sheet no. _____**3** of _____**3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **14,302.95**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **105,490.44**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Kaur, Indar Jeet                                          Case No. __2011-33839__
_____                                        _____
                    Debtor(s)                                           (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Hydra Cleaning**<br>PO Box 108<br>Susanville, CA  96130<br><br>**Ashwindar Kaur**<br>18767 North Highway 99<br>Acampo, CA  95220 | **Apartment Cleaning Service Provider for Juniper Arms Apartments** |
| **Sal Gutierrez Landscaping**<br>1700 Dairy Avenue, #160<br>Corcoran, CA  93212<br><br>**Ashwindar Kaur**<br>18767 North Highway 99<br>Acampo, CA  95220 | **Landscaping Service Provider for Willow Lakes Apartments** |
| **Gina's Leasing**<br>1700 Dairy Avenue, #160<br>Corcoran, CA  93212<br><br>**Ashwindar Kaur**<br>18767 North Highway 99<br>Acampo, CA  95220 | **Leasing Agent Service Provider for Willow Lakes Apartments** |
| **Rahul Maintenance**<br>525 Hall Street, #61<br>Susanville, CA  96130<br><br>**Ashwindar Kaur**<br>18767 North Highway 99<br>Acampo, CA  95220 | **Maintenance Service Provider for Juniper Arms Apartments** |
| **Steve's Maintenance**<br>480 Vista Street<br>Tulare, CA  93274<br><br>**Ashwindar Kaur**<br>18767 North Highway 99<br>Acampo, CA  95220 | **Maintenance Service Provider for Willow Lakes Apartments** |
| **Cisco's Maintenance**<br>1700 Dairy Avenue, #187<br>Corcoran, CA  93212<br><br>**Ashwindar Kaur**<br>18767 North Highway 99<br>Acampo, CA  95220 | **Maintenance Service Provider for Willow Lakes Apartments** |
| **Rodger's Maintenance**<br>1700 Dairy Avenue, Apt. 175<br>Corcoran, CA  93212<br><br>**Ashwindar Kaur**<br>18767 North Highway 99<br>Acampo, CA  95220 | **Maintenance Service Provider for Willow Lakes Apartments** |
| **Faye's Management**<br>635 Hall Street, #61<br>Susanville, CA  96130 | **Property Management Services for Juniper Arms Apartments** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kaur, Indar Jeet**
_____
Debtor(s)

Case No. **2011-33839**
(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Ashwindar Kaur**<br>**18767 North Highway 99**<br>**Acampo, CA  95220**<br><br>**Debbie's Management**<br>**480 Vista Street**<br>**Tulare, CA  93274**<br><br>**Ashwindar Kaur**<br>**18767 North Highway 99**<br>**Acampo, CA  95220** | **Property Managment Services for Willow Lakes Apartments** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Kaur, Indar Jeet                                                    Case No. **2011-33839**
_____                                  _____
           Debtor(s)                                                            (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dosanjh, Prem<br>PO Box 581<br>Acampo, CA  95220 | (nondebtor spouse) |
| Amar Mathfullu<br>PO Box 581<br>Acampo, CA  95220 | Corcoran Hardware<br>1140 Chittenden Avenue<br>Corcoran, CA  93212 |
| | Alpine Fire Services, Inc.<br>249 Otter Way<br>Portola, CA  96122 |
| Ashwindar Kaur<br>18767 North Highway 99<br>Acampo, CA  95220 | First Southern National Bank<br>1 Arizona Circle<br>Phoenix, AZ  85004-2280 |
| | Citibank<br>One Sansome Street 19th Floor<br>San Francisco, CA  94104 |
| | H& A Partners, LP<br>9820 Willow Creek Road, Suite 490<br>San Diego, CA  92131 |
| | My New Place<br>343 Sansome Street, Suite 700<br>San Francisco, CA  94104 |
| | Rent.Com<br>2425 Olympic Boulevard, 400E<br>Santa Monica, CA  90404 |
| | Ferguson Enterprises, Inc.<br>704 N. Laverne Avenue<br>Fresno, CA  93727 |
| | Classic Pest Control, Inc.<br>1933 W. Caldwell, Suite 8<br>Visalia, CA  93277 |
| | Quality Pool Service<br>PO Box 1122<br>Corcoran, CA  93212 |
| | Corcoran Hardware<br>1140 Chittenden Avenue<br>Corcoran, CA  93212 |
| | Nolan's Plumbin Repair<br>PO Box 111<br>Corcoran, CA  93212 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Kaur, Indar Jeet

<table>
<tr><td>Debtor(s)</td><td>Case No. <strong>2011-33839</strong></td></tr>
<tr><td></td><td>(If known)</td></tr>
</table>

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Community Controls<br>2500 South 3850 West Suite A<br>Salt Lake City, UT  84120-7225 |
| **Juniper Arms Apartments**<br>PO Box 581<br>Acampo, CA  95220 | Alpine Fire Services, Inc.<br>249 Otter Way<br>Portola, CA  96122 |
| **Willow Lakes Apartment Homes**<br>PO Box 581<br>Acampo, CA  95220 | My New Place<br>343 Sansome Street, Suite 700<br>San Francisco, CA  94104 |
| | Rent.Com<br>2425 Olympic Boulevard, 400E<br>Santa Monica, CA  90404 |
| | Ferguson Enterprises, Inc.<br>704 N. Laverne Avenue<br>Fresno, CA  93727 |
| | Classic Pest Control, Inc.<br>1933 W. Caldwell, Suite 8<br>Visalia, CA  93277 |
| | Quality Pool Service<br>PO Box 1122<br>Corcoran, CA  93212 |
| | Corcoran Hardware<br>1140 Chittenden Avenue<br>Corcoran, CA  93212 |
| | Nolan's Plumbin Repair<br>PO Box 111<br>Corcoran, CA  93212 |
| **Wine Country Investments**<br>PO Box 581<br>Acampo, CA  95220 | Apartments For Rent<br>75 Remittance Drive, #1705<br>Chicago, IL  60675-1705 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE **Kaur, Indar Jeet**                                                          Case No. **2011-33839**
_____                                    _____
Debtor(s)                                                                              (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Assistant Hospital Worker** | |
| Name of Employer | **UC Davis Medical Center Hospital And Clinics** | |
| How long employed | | |
| Address of Employer | **Patient Financial Services** **Sacramento, CA  95817** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | 3,157.05 | $ |
| 2. Estimated monthly overtime | $ | | $ |
| **3. SUBTOTAL** | $ | 3,157.05 | $ |
| **4. LESS PAYROLL DEDUCTIONS** | | | |
| a. Payroll taxes and Social Security | $ | 363.69 | $ |
| b. Insurance | $ | 231.25 | $ |
| c. Union dues | $ | 44.18 | $ |
| d. Other (specify)   UCRP | $ | 24.55 | $ |
|                    Parking | $ | 40.34 | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | 704.01 | $ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | 2,453.04 | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | 125,048.23 | $ |
| 8. Income from real property | $ | | $ |
| 9. Interest and dividends | $ | | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ |
| 11. Social Security or other government assistance | | | |
| (Specify) _____ | $ | | $ |
| _____ | $ | | $ |
| 12. Pension or retirement income | $ | | $ |
| 13. Other monthly income | | | |
| (Specify) _____ | $ | | $ |
| _____ | $ | | $ |
| _____ | $ | | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | 125,048.23 | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | 127,501.27 | $ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)        $      127,501.27

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Kaur, Indar Jeet**                                                                    Case No. **2011-33839**
  _____
              Debtor(s)                                                                          (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | |
| a. Are real estate taxes included?    Yes ____  No ✓ | | |
| b. Is property insurance included?   Yes ____  No ✓ | | |
| 2. Utilities: | | |
| a. Electricity and heating fuel | $ | 195.00 |
| b. Water and sewer | $ | |
| c. Telephone | $ | |
| d. Other  **See Schedule Attached** | $ | 226.00 |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 25.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 25.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | |
| b. Life | $ | |
| c. Health | $ | |
| d. Auto | $ | 100.00 |
| e. Other | $ | |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **Vehicle Taxes** | $ | 25.00 |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 408.00 |
| b. Other | $ | |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 155,407.02 |
| 17. Other | $ | |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.

$ __157,336.02__

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 127,501.27 |
| b. Average monthly expenses from Line 18 above | $ | 157,336.02 |
| c. Monthly net income (a. minus b.) | $ | -29,834.75 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kaur, Indar Jeet**                                              Case No. **2011-33839**
                     Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Utilities
| | |
|---|---|
| **Garbage** | **22.00** |
| **Telephone** | **65.00** |
| **Internet & Cable** | **94.00** |
| **Mobile Phone** | **45.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

27

IN RE **Kaur, Indar Jeet**
_____
Debtor(s)

Case No. **2011-33839**
_____
(If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **21** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 24, 2011** _____    Signature: **_/s/ Indar Jeet Kaur_** _____
                                                    **Indar Jeet Kaur**                                          Debtor

Date: _____    Signature: _____
                                                                                                         (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._

---

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of California**

IN RE:                                                            Case No. **2011-33839**

Kaur, Indar Jeet                                                 Chapter **11**
_____
                        Debtor(s)

## BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

   1.  Gross Income For 12 Months Prior to Filing:                  $    **1,500,578.76**

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

   2.  Gross Monthly Income:                                          $    **125,048.23**

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

   3.  Net Employee Payroll (Other Than Debtor)                     $ _____
   4.  Payroll Taxes                                                 $ _____
   5.  Unemployment Taxes                                            $ _____
   6.  Worker's Compensation                                         $ _____
   7.  Other Taxes                                                   $ _____
   8.  Inventory Purchases (Including raw materials)                 $ _____
   9.  Purchase of Feed/Fertilizer/Seed/Spray                        $ _____
  10.  Rent (Other than debtor's principal residence)                $ _____
  11.  Utilities                                                      $    **22,334.97**
  12.  Office Expenses and Supplies                                   $ _____
  13.  Repairs and Maintenance                                        $    **32,450.49**
  14.  Vehicle Expenses                                               $ _____
  15.  Travel and Entertainment                                       $ _____
  16.  Equipment Rental and Leases                                    $ _____
  17.  Legal/Accounting/Other Professional Fees                       $ _____
  18.  Insurance                                                      $    **3,906.45**
  19.  Employee Benefits (e.g., pension, medical, etc.)               $ _____
  20.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition
      Business Debts (Specify):                                   $ _____

  21.  Other (Specify):                                              $    **96,715.11**
      **Advertising**                          1,995.00
      **Security Deposit Returns**              3,830.00
      **Telephone**                              401.85
      **Mortgage Payments & Property Taxes**   90,488.26

  22.  Total Monthly Expenses (Add items 3-21)                      $    **155,407.02**

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

  23.  **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)   $    **-30,358.79**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of California**

IN RE:                                                                    Case No. <u>2011-33839</u>

<u>Kaur, Indar Jeet</u>                                                    Chapter <u>11</u>
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 1,848,019.00 | 2009 - Rental Property Income |
| 1,500,578.76 | 2010 - Rental Property Income |
| 494,702.47 | YTD 2011 - Rental Property Income |
| 43,644.00 | 2009 - Employment Income |
| 40,008.00 | 2010 - Employment Income |
| 15,785.25 | YTD 2011 - Employment Income |

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 39.00 | 2009 - Interest Income |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☐ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **First Southern National Bank**<br>**1 Arizona Circle**<br>**Phoenix, AZ  85004-2280** | **March 2011 and April 2011** | **174,075.00** | **9,650,000.00** |
| **Citibank**<br>**One Sansome Street 19th Floor**<br>**San Francisco, CA  94104** | **March 2011, April 2011 and May 2011** | **107,711.97** | **3,955,824.00** |
| **Toyota Motor Credit**<br>**PO Box 8026**<br>**Cedar Rapids, IA  52408** | **March 2011, April 2011 and May 2011** | **1,224.00** | **9,906.00** |

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **First Southern National Bank v. Kaur Case No. 11C0142** | **Preliminary Injunction and Appointment of Receiver** | **Kings County Superior Court**<br>**1000 Chittenden Avenue**<br>**Corcoran, CA. 93212**<br>**559-992-5193** | **Stayed pending Bankruptcy proceeding** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **California Bankruptcy Law Center**<br>**1007 7th Street, Suite 100**<br>**Sacramento, CA  95814** | 5/30/2011 | 7,000.00 |
| **San Francisco Consumer Credit Counseling**<br>**595 Market Street, 15th Floor**<br>**San Francisco, CA  94105** | 6/2/2011 | 85.00 |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**16. Spouses and Former Spouses**

None ☐  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Prem Dosanjh**

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

---

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL- SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Wine Country Investments** | | **PO Box 581 Acampo, CA  95220** | **Real Estate** | **10/2006 - Current** |
| **Willow Lakes Apartment Homes** | | **PO Box 581 Acampo, CA  95220** | **Real Estate** | **2006 - Current** |
| **Juniper Arms Apartments** | | **PO Box 581 Acampo, CA  95220** | **Real Estate** | **2006 -  Current** |

---

None ☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Cindi Foreman**<br>**Cindi's Bookkeeping And Tax Service**<br>**215 W Oak Street, Ste. 3**<br>**Lodi, CA  95240** | **2008 - present; general bookkeeping and tax preparation services** |

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Ashwindar Kaur**<br>**18767 North Highway 99**<br>**Acampo, CA  95220** | **co-owner** | **50.000000** |

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

34

**24. Tax Consolidation Group**

None ☑  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **June 24, 2011**          Signature  */s/ Indar Jeet Kaur*
                                 of Debtor                                      **Indar Jeet Kaur**

Date: _____        Signature _____
                                 of Joint Debtor
                                 (if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# EXHIBIT D

Case 11-33839    Filed 07/06/11    Doc 69
Case 1:13-cv-01610-AWI-SKO    Document 10-1    Filed 03/13/14    Page 63 of 181

**FILED**
July 06, 2011
BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003614110

## United States Bankruptcy Court
## Eastern District of California

IN RE:                                    Case No. **2011-33839**

**Kaur, Indar Jeet**                      Chapter **11**
                    Debtor(s)

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 7,740,000.00 | | |
| B - Personal Property | Yes | 3 | $ 43,210.67 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 15,126,755.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 69,549.49 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 127,501.27 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 157,336.02 |
| TOTAL | | 20 | $ 7,783,210.67 | $ 15,196,304.49 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

7

**United States Bankruptcy Court**
**Eastern District of California**

IN RE:                                                    Case No. <u>2011-33839</u>

<u>Kaur, Indar Jeet</u>                                    Chapter <u>11</u>
                        Debtor(s)

### AMENDED STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | 0.00 |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 127,501.27 |
| Average Expenses (from Schedule J, Line 18) | $ | 157,336.02 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 3,157.05 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 7,378,255.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   0.00 |
| 4. Total from Schedule F | | $   69,549.49 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 7,447,804.49 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Kaur, Indar Jeet**                                                      Case No. **2011-33839**
_____                    _____
Debtor(s)                                                                          (If known)

## AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **50% Interest in Multi Dwelling Apartment Complex Corcoran 1700 Dairy Avenue Corcoran, CA 93212-2950 APN034-200-014-000** | **JTWROS** | | 5,200,000.00 | 10,400,000.00 |
| **50% Interest in Multi Dwelling Apartment Complex Susanville 525 & 635 Hall Street Susanville, CA 96130 APN-105-060-17-11 & APN  105-090-23-11** | **JTWROS** | | 2,300,000.00 | 3,955,824.00 |
| **Single Family Residence 18767 N. Highway 99 Acampo, CA 95220 2BD/3BA APN: 01322018** | **JTWROS** | | 240,000.00 | 761,025.00 |
| | | **TOTAL** | 7,740,000.00 | |

(Report also on Summary of Schedules)

9

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Kaur, Indar Jeet**                                                    Case No. **2011-33839**
                    Debtor(s)                                                            (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash** | | **100.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Business Checking #60139** | | **10,000.00** |
| | | **Bank of the West Business Checking #98163** | | **7,500.00** |
| | | **Golden1 Credit Union Checking Account #8432** | | **2,139.12** |
| | | **Golden1 Credit Union Savings Account#8432** | | **1,481.55** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Mic Household Goods & Furnishings (No individual item worth more than $550)** | | **3,600.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Mic DVDs & CDs** | | **100.00** |
| 6.  Wearing apparel. | | **Clothing & Shoes** | | **500.00** |
| 7.  Furs and jewelry. | | **Mic. Jewelry** | | **1,250.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **The University of California Retirement Savings Program #1796** | | **8,040.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Kaur, Indar Jeet

Case No. **2011-33839**

Debtor(s)      (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1% Interest in 2008 Toyota Vehicle Good Condition (Co-signed for co-worker)** | | 8,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Kaur, Indar Jeet**                                                                                    Case No. **2011-33839**
                      Debtor(s)                                          (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **43,210.67** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ **0** continuation sheets attached

Case 11-33839   Filed 07/06/11   Doc 69
Case 1:13-cv-01610-AWI-SKO   Document 10-1   Filed 03/13/14   Page 69 of 181

B6D (Official Form 6D) (12/07)

IN RE **Kaur, Indar Jeet**                                                                              Case No. **2011-33839**
_____                                        _____
Debtor(s)                                                                                    (If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9713**<br>**Citibank**<br>**One Sansome Street 19th Floor**<br>**San Francisco, CA  94104** | X | | **Real Property Mortgage Account 525 & 635 Hall Street, Susanville, CA Opened 5/2001**<br><br>VALUE $ **2,300,000.00** | | | | 3,955,824.00 | 1,655,824.00 |
| ACCOUNT NO.<br>**First Southern National Bank**<br>**1 Arizona Circle**<br>**Phoenix, AZ  85004-2280** | X | | **Real Property Mortgage Account 1st Deed of Trust 1700 Dairy Avenue, Corcoran, CA Opened 10/27/2006**<br><br>VALUE $ **5,200,000.00** | | | | 9,650,000.00 | 4,450,000.00 |
| ACCOUNT NO.<br>**H& A Partners, LP**<br>**9820 Willow Creek Road, Suite 490**<br>**San Diego, CA  92131** | X | | **Real Property Mortgage Account 2nd Deed of Trust for 1700 Dairy Avenue, Corcoran, CA Opened 10/27/2006**<br><br>VALUE $ **5,200,000.00** | | | | 750,000.00 | 750,000.00 |
| ACCOUNT NO. **3732**<br>**Owcen Loan Servicing, LLC**<br>**PO Box 24738**<br>**West Palm Beach, FL  33416-4738** | | | **Real Property Mortgage Account 18767 North Highway 99, Acampo, CA Opened 5/2004**<br><br>VALUE $ **240,000.00** | | | | 761,025.00 | 521,025.00 |

_____**1**_____ continuation sheets attached

|  | Subtotal<br>(Total of this page) | $  **15,116,849.00** | $  **7,376,849.00** |
|---|---|---|---|
|  | Total<br>(Use only on last page) | $ | $ |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

13

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Kaur, Indar Jeet**                                                Case No. **2011-33839**
_____          _____
Debtor(s)                                                                   (If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0001** <br><br>**Toyota Motor Credit** <br>**PO Box 8026** <br>**Cedar Rapids, IA  52408** | X | H | **Motor Vehicle Loan Account Opened 9/2008** <br><br><br>VALUE $ **8,500.00** | | | | **9,906.00** | **1,406.00** |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |

Sheet no. _____ **1** of _____ **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br>(Total of this page) | $ **9,906.00** | $ **1,406.00** |
| Total <br>(Use only on last page) | $ **15,126,755.00** | $ **7,378,255.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Kaur, Indar Jeet**
_____
Debtor(s)                                                          (If known)

Case No. **2011-33839**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3154**<br>**Alpine Fire Services, Inc.**<br>**249 Otter Way**<br>**Portola, CA  96122** | X | | **Business Service Debt Account Opened 03/15/2011** | | | | 887.60 |
| ACCOUNT NO. **3272**<br>**Apartments For Rent**<br>**75 Remittance Drive, #1705**<br>**Chicago, IL  60675-1705** | X | | **Apartment Lease Lead Generation Service Account Opened 06/2006** | | | | 384.00 |
| ACCOUNT NO. **9464**<br>**Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD  57117** | | H | **Revolving Charge Account opened 1/2005** | | | | 31,243.00 |
| ACCOUNT NO. **4701**<br>**Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD  57117** | | H | **Revolving Charge Account opened 5/2008** | | | | 4,973.00 |

____**3**____ continuation sheets attached

Subtotal
(Total of this page) | $ | **37,487.60**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kaur, Indar Jeet
_____
Debtor(s)

Case No. 2011-33839
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 829 <br> Classic Pest Control, Inc. <br> 1933 W. Caldwell, Suite 8 <br> Visalia, CA 93277 | X | | Pest Control Vendor Account Opened 02/27/20011 | | | | 1,786.00 |
| ACCOUNT NO. 4396 <br> Community Controls <br> 2500 South 3850 West Suite A <br> Salt Lake City, UT 84120-7225 | X | | Remote Gate Entry Card Vendor Account Opened 4/20/2011 | | | | 491.60 |
| ACCOUNT NO. 0120 <br> Corcoran Hardware <br> 1140 Chittenden Avenue <br> Corcoran, CA 93212 | X | | Business Vendor Account Opened 03/01/2010 | | | | 1,319.10 |
| ACCOUNT NO. <br> Corcoran Publishing Co., Inc. <br> PO Box 487  1012  Hale Avenue <br> Corcoran, CA 93212 | X | | Willow Lakes Apartments Advertising Account; Opened 12/31/2010 | | | | 1,506.00 |
| ACCOUNT NO. 8619 <br> Day Or Night Plumbing <br> PO Box 3512 <br> Visalia, CA 93278 | | | Plumbing Repair Vendor for Willow Lakes Opened 2/9/2011 | | | | 248.75 |
| ACCOUNT NO. 9220 <br> Dsnb Macys <br> 9111 Duke Blvd <br> Mason, OH 45040 | | H | Revolving Charge Account opened 6/2003 | | | | 3,761.00 |
| ACCOUNT NO. 1941 <br> Ferguson Enterprises, Inc. <br> 704 N. Laverne Avenue <br> Fresno, CA 93727 | X | | Apartment Complex Vendor Account Opened 4/06/2011 | | | | 9,420.49 |

Sheet no. __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 18,532.94

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

16

IN RE Kaur, Indar Jeet

Debtor(s)

Case No. **2011-33839**

(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1386**<br>Gemb/chevron<br>4125 Windward Plz<br>Alpharetta, GA  30005 | | H | Revolving account opened 8/01 | | | | 204.00 |
| ACCOUNT NO. **9465**<br>GMAC<br>Po Box 12699<br>Glendale, AZ  85318 | | H | Installment Account opened 11/2006 | | | | 2,019.00 |
| ACCOUNT NO.<br>Home Depot Credit Services<br>PO Box 108<br>Susanville, CA  96130 | X | | Juniper Arms Apartment Cleaning and Repair Vendor Account; Opened 5/18/2011 | | | | 755.00 |
| ACCOUNT NO. **8033**<br>HSBC Bank<br>Po Box 5253<br>Carol Stream, IL  60197 | | H | Revolving Charge Account opened 9/2004 | | | | 4,240.00 |
| ACCOUNT NO. **3926**<br>My New Place<br>343 Sansome Street, Suite 700<br>San Francisco, CA  94104 | X | | Apartment Lease Lead Generation Service Account Opened 03/31/2011 | | | | 2,234.48 |
| ACCOUNT NO.<br>Nolan's Plumbin Repair<br>PO Box 111<br>Corcoran, CA  93212 | X | | Plumbing Repair Account for Willow Lakes Apartments Opened 11/30/2006 | | | | 1,636.47 |
| ACCOUNT NO.<br>Quality Pool Service<br>PO Box 1122<br>Corcoran, CA  93212 | X | | Apartment Swimming Pool Vendor Account Opened 12/30/2010 | | | | 0.00 |

Sheet no. _____ **2** of _____ **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,088.95**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Kaur, Indar Jeet                                                    Case No. 2011-33839
_____                                      _____
              Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2043**<br><br>**R.R. Beach Associates**<br>**Corporate Recovery Office**<br>**95 Wolf Creek Blvd. Suite 2**<br>**Dover, DE  19901** | X | | **Collection Agency Account for Original Creditor United Advertising; Opened 1/2011** | | | | **884.00** |
| ACCOUNT NO. **8296**<br><br>**Rent.Com**<br>**2425 Olympic Boulevard, 400E**<br>**Santa Monica, CA  90404** | X | | **Apartment Lease Lead Generation Service Account Opened 06/2010** | | | | **1,556.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____**3**_ of _____**3**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ | **2,440.00** |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | **69,549.49** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kaur, Indar Jeet**                                                              Case No. **2011-33839**
_____                                    _____
Debtor(s)                                                                        (If known)

# AMENDED SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dosanjh, Prem**<br>**PO Box 581**<br>**Acampo, CA 95220** | **(nondebtor spouse)** |
| **Amar Mathfullu**<br>**PO Box 581**<br>**Acampo, CA 95220** | **Corcoran Hardware**<br>**1140 Chittenden Avenue**<br>**Corcoran, CA 93212** |
| | **Alpine Fire Services, Inc.**<br>**249 Otter Way**<br>**Portola, CA 96122** |
| **Ashwindar Kaur**<br>**18767 North Highway 99**<br>**Acampo, CA 95220** | **First Southern National Bank**<br>**1 Arizona Circle**<br>**Phoenix, AZ 85004-2280** |
| | **Citibank**<br>**One Sansome Street 19th Floor**<br>**San Francisco, CA 94104** |
| | **H& A Partners, LP**<br>**9820 Willow Creek Road, Suite 490**<br>**San Diego, CA 92131** |
| | **My New Place**<br>**343 Sansome Street, Suite 700**<br>**San Francisco, CA 94104** |
| | **Rent.Com**<br>**2425 Olympic Boulevard, 400E**<br>**Santa Monica, CA 90404** |
| | **Ferguson Enterprises, Inc.**<br>**704 N. Laverne Avenue**<br>**Fresno, CA 93727** |
| | **Classic Pest Control, Inc.**<br>**1933 W. Caldwell, Suite 8**<br>**Visalia, CA 93277** |
| | **Quality Pool Service**<br>**PO Box 1122**<br>**Corcoran, CA 93212** |
| | **Corcoran Hardware**<br>**1140 Chittenden Avenue**<br>**Corcoran, CA 93212** |
| | **Nolan's Plumbin Repair**<br>**PO Box 111**<br>**Corcoran, CA 93212** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Kaur, Indar Jeet**                                                              Case No. **2011-33839**
                              Debtor(s)                                                          (If known)

## AMENDED SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  | **Community Controls**<br>**2500 South 3850 West Suite A**<br>**Salt Lake City, UT  84120-7225** |
| **Juniper Arms Apartments**<br>**PO Box 581**<br>**Acampo, CA  95220** | **Alpine Fire Services, Inc.**<br>**249 Otter Way**<br>**Portola, CA  96122** |
|  | **Home Depot Credit Services**<br>**PO Box 108**<br>**Susanville, CA  96130** |
| **Ronald A. Singh**<br>**PMB 106  6624 Florin Road**<br>**Sacramento, CA  95828** | **Toyota Motor Credit**<br>**PO Box 8026**<br>**Cedar Rapids, IA  52408** |
| **Willow Lakes Apartment Homes**<br>**PO Box 581**<br>**Acampo, CA  95220** | **My New Place**<br>**343 Sansome Street, Suite 700**<br>**San Francisco, CA  94104** |
|  | **Rent.Com**<br>**2425 Olympic Boulevard, 400E**<br>**Santa Monica, CA  90404** |
|  | **Ferguson Enterprises, Inc.**<br>**704 N. Laverne Avenue**<br>**Fresno, CA  93727** |
|  | **Classic Pest Control, Inc.**<br>**1933 W. Caldwell, Suite 8**<br>**Visalia, CA  93277** |
|  | **Quality Pool Service**<br>**PO Box 1122**<br>**Corcoran, CA  93212** |
|  | **Corcoran Hardware**<br>**1140 Chittenden Avenue**<br>**Corcoran, CA  93212** |
|  | **Nolan's Plumbin Repair**<br>**PO Box 111**<br>**Corcoran, CA  93212** |
|  | **R.R. Beach Associates**<br>**Corporate Recovery Office**<br>**95 Wolf Creek Blvd. Suite 2**<br>**Dover, DE  19901** |
|  | **Corcoran Publishing Co., Inc.**<br>**PO Box 487  1012  Hale Avenue**<br>**Corcoran, CA  93212** |
| **Wine Country Investments**<br>**PO Box 581**<br>**Acampo, CA  95220** | **Apartments For Rent**<br>**75 Remittance Drive, #1705**<br>**Chicago, IL  60675-1705** |
|  | **R.R. Beach Associates**<br>**Corporate Recovery Office**<br>**95 Wolf Creek Blvd. Suite 2**<br>**Dover, DE  19901** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Kaur, Indar Jeet**                                                                Case No. **2011-33839**
_____                                     _____
Debtor(s)                                                                                           (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**22** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **July  6, 2011**                           Signature: **/s/ Indar Jeet Kaur**
                                                                              **Indar Jeet Kaur**                                                    Debtor

Date: _____          Signature: _____
                                                                                                                                      (Joint Debtor, if any)
                                                                                            [If joint case, both spouses must sign.]

_____

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                                                    _____
                                                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# EXHIBIT E

FILED
September 20, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

D216

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

---

**Case Title :**   Indar Jeet Kaur   **Case No :**  11−33839 − E − 11
**Date :**  9/15/11
**Time :**  10:30

**Matter :**   [188] − Motion/Application to Dismiss Case/Proceeding [BN−2] Filed by Creditor
The Federal National Mortgage Association (smis)

**Judge :**   Ronald H. Sargis
**Courtroom Deputy :**   Sarah Head
**Reporter :**   NOT RECORDED
**Department :**   E

---

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

---

CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion to Dismiss or Convert the Chapter 11 case filed by the United States Trustee having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the Motion to Dismiss or Convert is granted and the case is dismissed.

Dated: September 20, 2011               By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

# EXHIBIT F

DebtEd, CONVERTED, MEANSNO, ADVPEND, 727OBJ, NODISCH, DEFER, NTCFEEDUE

# U.S. Bankruptcy Court [LIVE-CM 5.1]
## Eastern District of California (Sacramento)
## Bankruptcy Petition #: 11-46148

| | |
|---|---|
| | *Date filed:* 11/02/2011 |
| *Assigned to:* Hon. Ronald H. Sargis | *Date converted:* 02/14/2012 |
| Chapter 7 | *341 meeting:* 08/27/2012 |
| Previous chapter 11 | *Deadline for filing claims:* 11/30/2012 |
| Voluntary | *Deadline for objecting to discharge:* 08/31/2012 |
| Asset | |

*Debtor disposition:* Discharge Denied

| | |
|---|---|
| **Debtor** | represented by **Timothy McCandless** |
| **Ashwindar Kaur** | 820 Main Street suite 1 |
| PO Box 581 | Martinez, CA 94553 |
| Acampo, CA 95220 | 925-957-9797 |
| SAN JOAQUIN-CA | |
| SSN / ITIN: xxx-xx-5959 | |
| | |
| **Trustee** | represented by **Carl W. Collins** |
| **Irma C. Edmonds** | PO Box 3291 |
| PO Box 3608 | Modesto, CA 95353-3291 |
| Pinedale, CA 93650 | (209) 521-8100 |
| (559) 221-2233 | |
| | |
| **U.S. Trustee** | |
| **Office of the U.S. Trustee** | |
| Robert T Matsui United States Courthouse | |
| 501 I Street, Room 7-500 | |
| Sacramento, CA 95814 | |
| | |
| **U.S. Trustee** | represented by **Jason M. Blumberg** |
| **August B. Landis** | 501 I St #7-500 |
| Office of the U.S. Trustee | Sacramento, CA 95814 |
| 501 I Street, Suite 7-500 | 916-930-2076 |
| Sacramento, CA 95814 | |
| (916) 930-2100 | |

| Filing Date | # | Docket Text |
|---|---|---|
| 11/02/2011 | | Case participants added via Case Upload. (Entered: 11/03/2011) |
| 11/02/2011 | 1 | Chapter 11 Voluntary Petition. All Schedules and Statements filed. (Entered: 11/03/2011) |

| 11/02/2011 | 2 | Master Address List (auto) (Entered: 11/03/2011) |
|---|---|---|
| 11/02/2011 | 3 | Statement of Social Security Number(s) (ltas) (Entered: 11/03/2011) |
| 11/03/2011 | | Chapter 11 Voluntary Petition (Filing Fee Paid: $1,046.00, Receipt Number: 2-11-36782) (auto) (Entered: 11/03/2011) |
| 11/03/2011 | 4 | Request for Special Notice Filed by Creditor First Southern National Bank (smis) (Entered: 11/03/2011) |
| 11/03/2011 | 5 | Notice of Non-Consent to Use Cash Collateral and Demand for Segregation and Accounting of Cash Collateral and Demand for Adequate Protection [ESP-1] (cmcs) (Entered: 11/04/2011) |
| 11/03/2011 | 6 | Exhibit(s) to 5 Notice [ESP-1] (cmcs) (Entered: 11/04/2011) |
| 11/03/2011 | 7 | Exhibit(s) to 5 Notice [ESP-1] (cmcs) (Entered: 11/04/2011) |
| 11/03/2011 | 8 | Exhibit(s) to 5 Notice [ESP-1] (cmcs) (Entered: 11/04/2011) |
| 11/03/2011 | 9 | Order Scheduling Deadlines for Filing Preliminary Status Report,Preliminary Status Conference Re: 1 Voluntary Petition; Status Conference to be held on 1/18/2012 at 02:30 PM at Sacramento Courtroom 33, Department E (cmcs) (Entered: 11/04/2011) |
| 11/04/2011 | 10 | Motion/Application to Shorten Time [BN-1] Filed by Creditor The Federal National Mortgage Association (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | 11 | Certificate/Proof of Service of Proposed Order, 10 Motion/Application to Shorten Time [BN-1] (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | 12 | Motion for Relief from Automatic Stay [BN-1] Filed by Creditor The Federal National Mortgage Association (Fee Paid $0.00) (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | 12 | Motion/Application to Excuse Receiver from Turnover [BN-1] Filed by Creditor The Federal National Mortgage Association (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | 12 | Motion/Application to Use Cash Collateral [BN-1] Filed by Creditor The Federal National Mortgage Association (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | 12 | Motion/Application for Adequate Protection [BN-1] Filed by Creditor The Federal National Mortgage Association (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | 13 | Notice of Hearing Re: 12 Motion for Relief from Automatic Stay [BN-1], 12 Motion/Application to Excuse Receiver from Turnover [BN-1], |

| | | |
|---|---|---|
| 11/04/2011 | | [12](#) Motion/Application to Use Cash Collateral [BN-1], [12](#) Motion/Application for Adequate Protection [BN-1] to be held on 11/8/2011 at 01:30 PM at Sacramento Courtroom 33, Department E. (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | [14](#) | Declaration of Bett Hemry in support of [12](#) Motion for Relief from Automatic Stay [BN-1], [12](#) Motion/Application to Excuse Receiver from Turnover [BN-1], [12](#) Motion/Application to Use Cash Collateral [BN-1], [12](#) Motion/Application for Adequate Protection [BN-1] (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | [15](#) | Movant's Information Sheet (Section 362) Re: [12](#) Motion for Relief from Automatic Stay [BN-1] (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | [16](#) | Exhibit(s) to [14](#) Declaration [BN-1] (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | [17](#) | Declaration of Faye Lewis in support of [12](#) Motion for Relief from Automatic Stay [BN-1], [12](#) Motion/Application to Excuse Receiver from Turnover [BN-1], [12](#) Motion/Application to Use Cash Collateral [BN-1], [12](#) Motion/Application for Adequate Protection [BN-1] (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | [18](#) | Declaration of Denise Nielsen in support of [12](#) Motion for Relief from Automatic Stay [BN-1], [12](#) Motion/Application to Excuse Receiver from Turnover [BN-1], [12](#) Motion/Application to Use Cash Collateral [BN-1], [12](#) Motion/Application for Adequate Protection [BN-1] (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | [19](#) | Declaration of Daniel H. Slate in support of [12](#) Motion for Relief from Automatic Stay [BN-1], [12](#) Motion/Application to Excuse Receiver from Turnover [BN-1], [12](#) Motion/Application to Use Cash Collateral [BN-1], [12](#) Motion/Application for Adequate Protection [BN-1] (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | [20](#) | Exhibit(s) to [19](#) Declaration [BN-1] (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | [21](#) | Declaration of Patti C. McGuire in support of [12](#) Motion for Relief from Automatic Stay [BN-1], [12](#) Motion/Application to Excuse Receiver from Turnover [BN-1], [12](#) Motion/Application to Use Cash Collateral [BN-1], [12](#) Motion/Application for Adequate Protection [BN-1] (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | [22](#) | Exhibit(s) to [21](#) Declaration [BN-1] (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | [23](#) | Request for Judicial Notice Re: [12](#) Motion for Relief from Automatic Stay [BN-1], [12](#) Motion/Application to Excuse Receiver from Turnover [BN-1], [12](#) Motion/Application to Use Cash Collateral [BN-1], [12](#) Motion/Application for Adequate Protection [BN-1] Filed by Creditor The Federal National Mortgage Association (cmcs) (Entered: 11/07/2011) |

| | | |
|---|---|---|
| 11/04/2011 | 24 | Exhibit(s) to 23 Request for Judicial Notice [BN-1] (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | 25 | Exhibit(s) to 23 Request for Judicial Notice [BN-1] (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | 26 | Exhibit(s) to 23 Request for Judicial Notice [BN-1] (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | 27 | Exhibit(s) to 23 Request for Judicial Notice [BN-1] (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | 28 | Exhibit(s) to 23 Request for Judicial Notice [BN-1] (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | 29 | Certificate/Proof of Service of 12 Motion for Relief from Automatic Stay [BN-1], 12 Motion/Application to Excuse Receiver from Turnover [BN-1], 12 Motion/Application to Use Cash Collateral [BN-1], 12 Motion/Application for Adequate Protection [BN-1], 13 Notice of Hearing, 14 Declaration, 15 Movant's Information Sheet (Section 362), 16 Exhibit(s), 17 Declaration, 18 Declaration, 19 Declaration, 20 Exhibit(s), 21 Declaration, 22 Exhibit(s), 23 Request for Judicial Notice, 24 Exhibit(s), 25 Exhibit(s), 26 Exhibit(s), 27 Exhibit(s), 28 Exhibit(s) (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | 30 | Certificate/Proof of Service of 5 Notice, 6 Exhibit(s), 7 Exhibit(s), 8 Exhibit(s) [ESP-1] (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | 31 | Notice of Non-Consent to Use of Cash Collateral by Secured Creditor Federal National Mortgage Association (cmcs) (Entered: 11/07/2011) |
| 11/04/2011 | 32 | Certificate/Proof of Service of 31 Notice (cmcs) (Entered: 11/07/2011) |
| 11/07/2011 | 33 | Order Granting 10 Motion/Application to Shorten Time [BN-1] (cmcs) (Entered: 11/07/2011) |
| 11/07/2011 | 34 | Request for Special Notice Filed by U.S. Trustee August B. Landis (cmcs) (Entered: 11/07/2011) |
| 11/07/2011 | 35 | Request by U.S. Trustee to Send 341 Notice; Meeting of Creditors to be held on 12/2/2011 at 02:30 PM at Office of the UST (7-500). Last day to oppose discharge: 1/31/2012. Proofs of Claim due by 3/1/2012. (cmcs) (Entered: 11/07/2011) |
| 11/07/2011 | 36 | Notice of Meeting of Creditors as Transmitted to BNC (cmcs) (Entered: 11/07/2011) |
| 11/07/2011 | 37 | Notice of Requirement to Complete Course in Financial Management as Transmitted to BNC for Service (cmcs) (Entered: 11/07/2011) |

| 11/07/2011 | 38 | Motion/Application to Shorten Time [ESP-2] Filed by Creditor First Southern National Bank (cmcs) (Entered: 11/07/2011) |
|---|---|---|
| 11/07/2011 | 39 | Certificate/Proof of Service of 38 Motion/Application to Shorten Time [ESP-2] (cmcs) (Entered: 11/07/2011) |
| 11/07/2011 | 40 | Certificate/Proof of Service of Proposed Order Re: 38 Motion/Application to Shorten Time [ESP-2] (cmcs) (Entered: 11/07/2011) |
| 11/07/2011 | | Motion Fee Paid ($176.00, Receipt Number: 2-11-37207) (auto) (Entered: 11/08/2011) |
| 11/07/2011 | 41 | Motion for Relief from Automatic Stay [ESP-2] Filed by Creditor First Southern National Bank (Fee Paid $176) (abas) (Entered: 11/08/2011) |
| 11/07/2011 | 41 | Motion/Application to Excuse Turnover [ESP-2] Filed by Creditor First Southern National Bank (abas) (Entered: 11/08/2011) |
| 11/07/2011 | 42 | Memorandum of Points and Authorities in support of 41 Motion for Relief from Automatic Stay [ESP-2], 41 Motion/Application to Excuse Turnover [ESP-2] (abas) (Entered: 11/08/2011) |
| 11/07/2011 | 43 | Movant's Information Sheet (Section 362) Re: 41 Motion for Relief from Automatic Stay [ESP-2] (abas) (Entered: 11/08/2011) |
| 11/07/2011 | 44 | Certificate/Proof of Service of 41 Motion for Relief from Automatic Stay [ESP-2], 41 Motion/Application to Excuse Turnover [ESP-2] (abas) (Entered: 11/08/2011) |
| 11/07/2011 | 45 | Certificate/Proof of Service of 42 Memorandum of Points and Authorities [ESP-2] (abas) (Entered: 11/08/2011) |
| 11/07/2011 | 46 | Request for Judicial Notice Re: 41 Motion for Relief from Automatic Stay [ESP-2], 41 Motion/Application to Excuse Turnover [ESP-2] Filed by Creditor First Southern National Bank (abas) (Entered: 11/08/2011) |
| 11/07/2011 | 47 | Certificate/Proof of Service of 46 Request for Judicial Notice [ESP-2] (abas) (Entered: 11/08/2011) |
| 11/07/2011 | 48 | Exhibit(s) to 46 Request for Judicial Notice [ESP-2] (cmcs) (Entered: 11/08/2011) |
| 11/07/2011 | 49 | Exhibit(s) to 46 Request for Judicial Notice [ESP-2] (cmcs) (Entered: 11/08/2011) |
| 11/07/2011 | 50 | Exhibit(s) to 46 Request for Judicial Notice [ESP-2] (cmcs) (Entered: 11/08/2011) |

| | | |
|---|---|---|
| 11/07/2011 | 51 | Exhibit(s) to 46 Request for Judicial Notice [ESP-2] (cmcs) (Entered: 11/08/2011) |
| 11/07/2011 | 52 | Exhibit(s) to 46 Request for Judicial Notice [ESP-2] (cmcs) (Entered: 11/08/2011) |
| 11/07/2011 | 53 | Exhibit(s) to 46 Request for Judicial Notice [ESP-2] (cmcs) (Entered: 11/08/2011) |
| 11/07/2011 | 54 | Exhibit(s) to 46 Request for Judicial Notice [ESP-2] (cmcs) (Entered: 11/08/2011) |
| 11/07/2011 | 55 | Exhibit(s) to 46 Request for Judicial Notice [ESP-2] (cmcs) (Entered: 11/08/2011) |
| 11/07/2011 | 56 | Exhibit(s) to 46 Request for Judicial Notice [ESP-2] (cmcs) (Entered: 11/08/2011) |
| 11/07/2011 | 57 | Exhibit(s) to 46 Request for Judicial Notice [ESP-2] (cmcs) (Entered: 11/08/2011) |
| 11/07/2011 | 58 | Exhibit(s) to 46 Request for Judicial Notice [ESP-2] (cmcs) (Entered: 11/08/2011) |
| 11/07/2011 | 59 | Exhibit(s) to 46 Request for Judicial Notice [ESP-2] (cmcs) (Entered: 11/08/2011) |
| 11/07/2011 | 60 | Exhibit(s) to 46 Request for Judicial Notice [ESP-2] (cmcs) (Entered: 11/08/2011) |
| 11/07/2011 | 61 | Exhibit(s) to 46 Request for Judicial Notice [ESP-2] (cmcs) (Entered: 11/08/2011) |
| 11/07/2011 | 62 | Exhibit(s) to 46 Request for Judicial Notice [ESP-2] (cmcs) (Entered: 11/08/2011) |
| 11/07/2011 | 63 | Exhibit(s) to 46 Request for Judicial Notice [ESP-2] (cmcs) (Entered: 11/08/2011) |
| 11/07/2011 | 64 | Certificate/Proof of Service of 48 Exhibit(s), 49 Exhibit(s), 50 Exhibit(s), 51 Exhibit(s), 52 Exhibit(s), 53 Exhibit(s), 54 Exhibit(s), 55 Exhibit(s), 56 Exhibit(s), 57 Exhibit(s), 58 Exhibit(s), 59 Exhibit(s), 60 Exhibit(s), 61 Exhibit(s), 62 Exhibit(s), 63 Exhibit(s) [ESP-2] (cmcs) (Entered: 11/08/2011) |
| 11/07/2011 | 71 | Certificate of Mailing of Notice of Requirement to File a Statement of Completion of Course in Personal Financial Management as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 11/09/2011) |

| | | |
|---|---|---|
| 11/07/2011 | 72 | Certificate of Mailing of Notice of Meeting of Creditors as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 11/09/2011) |
| 11/08/2011 | 65 | Amended Certificate/Proof of Service of 48 Exhibit(s), 49 Exhibit(s), 50 Exhibit(s), 51 Exhibit(s), 52 Exhibit(s), 53 Exhibit(s), 54 Exhibit(s), 55 Exhibit(s), 56 Exhibit(s), 57 Exhibit(s), 58 Exhibit(s), 59 Exhibit(s), 60 Exhibit(s), 61 Exhibit(s), 62 Exhibit(s), 63 Exhibit(s) [ESP-2] (abas) (Entered: 11/08/2011) |
| 11/08/2011 | 66 | Amended Certificate/Proof of Service of 46 Request for Judicial Notice [ESP-2] (abas) (Entered: 11/08/2011) |
| 11/08/2011 | 67 | Declaration of Timothy L. McCandless Re: 12 Motion for Relief from Automatic Stay [BN-1], 12 Motion/Application to Excuse Receiver from Turnover [BN-1], 12 Motion/Application to Use Cash Collateral [BN-1], 12 Motion/Application for Adequate Protection [BN-1] (abas) (Entered: 11/08/2011) |
| 11/08/2011 | 68 | Civil Minutes -- Hearing Re: 12 Motion for Relief from Automatic Stay [BN-1], 12 Motion/Application to Excuse Receiver from Turnover [BN-1], 12 Motion/Application to Use Cash Collateral [BN-1], 12 Motion/Application for Adequate Protection [BN-1] continued; Hearing to be held on 12/15/2011 at 09:30 AM at Sacramento Courtroom 33, Department E. (jlas) (Entered: 11/09/2011) |
| 11/09/2011 | 70 | Order Granting 38 Motion/Application to Shorten Time [ESP-2] ; Hearing to be held on 11/15/2011 at 01:30 PM at Sacramento Courtroom 33, Department E. (abas) (Entered: 11/09/2011) |
| 11/09/2011 | 69 | Civil Minute Order/Order to Continue Hearing Re: 12 Motion for Relief from Automatic Stay [BN-1], 12 Motion/Application to Excuse Receiver from Turnover [BN-1], 12 Motion/Application to Use Cash Collateral [BN-1], 12 Motion/Application for Adequate Protection [BN-1] ; Hearing to be held on 12/15/2011 at 09:30 AM at Sacramento Courtroom 33, Department E. (abas) (Entered: 11/10/2011) |
| 11/10/2011 | 73 | Copy of Document as transmitted to BNC for service. (abas) (Entered: 11/10/2011) |
| 11/10/2011 | 74 | Notice of Hearing Re: 41 Motion for Relief from Automatic Stay [ESP-2], 41 Motion/Application to Excuse Turnover [ESP-2] to be held on 11/15/2011 at 01:30 PM at Sacramento Courtroom 33, Department E. (fdis) (Entered: 11/14/2011) |
| 11/10/2011 | 75 | Certificate/Proof of Service of 74 Notice of Hearing [ESP-2] (fdis) (Entered: 11/14/2011) |
| 11/14/2011 | | Filing Fee Due RE: Motion (cmcs) (auto) (Entered: 11/14/2011) |
| | | Account Receivable Fee Paid ($176.00, Receipt Number: 2-11-37813) |

| | | |
|---|---|---|
| 11/14/2011 | | (auto) (Entered: 11/14/2011) |
| 11/14/2011 | 76 | Certificate/Proof of Service of 41 Motion for Relief from Automatic Stay [ESP-2], 41 Motion/Application to Excuse Turnover [ESP-2], 42 Memorandum of Points and Authorities, 43 Movant's Information Sheet (Section 362), 46 Request for Judicial Notice, 48 Exhibit(s), 74 Notice of Hearing (fdis) (Entered: 11/14/2011) |
| 11/14/2011 | 77 | Opposition/Objection [TLM-1] Filed by Creditor First Southern National Bank (abas) (Entered: 11/15/2011) |
| 11/14/2011 | 78 | Certificate/Proof of Service of 77 Opposition/Objection [TLM-1] (abas) (Entered: 11/15/2011) |
| 11/14/2011 | 90 | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 11/16/2011) |
| 11/15/2011 | 79 | Chapter 11 Plan Filed by Debtor Ashwindar Kaur (abas) (Entered: 11/16/2011) |
| 11/15/2011 | 80 | Disclosure Statement Filed by Debtor Ashwindar Kaur (abas) (Entered: 11/16/2011) |
| 11/15/2011 | 81 | Notice of Hearing Re: 80 Disclosure Statement to be held on 12/15/2011 at 03:00 PM at Sacramento Courtroom 33, Department E. (abas) (Entered: 11/16/2011) |
| 11/15/2011 | 82 | Declaration of Kenneth N. Blomsterberg in support of 12 Motion for Relief from Automatic Stay [BN-1], 12 Motion/Application to Excuse Receiver from Turnover [BN-1], 12 Motion/Application to Use Cash Collateral [BN-1], 12 Motion/Application for Adequate Protection [BN-1] (abas) (Entered: 11/16/2011) |
| 11/15/2011 | 83 | Certificate/Proof of Service of 82 Declaration [BN-1] (abas) (Entered: 11/16/2011) |
| 11/15/2011 | 84 | Opposition/Objection [BN-1] Filed by Creditor The Federal National Mortgage Association Re: 67 Declaration (abas) (Entered: 11/16/2011) |
| 11/15/2011 | 85 | Declaration of Sandra I. Alarcon in support of 84 Opposition/Objection [BN-1] (abas) (Entered: 11/16/2011) |
| 11/15/2011 | 86 | Declaration of Angela D. Yates in support of 84 Opposition/Objection [BN-1] (abas) (Entered: 11/16/2011) |
| 11/15/2011 | 87 | Certificate/Proof of Service of 84 Opposition/Objection, 85 Declaration, 86 Declaration [BN-1] (abas) (Entered: 11/16/2011) |
| | 88 | Chapter 11 Plan Filed by Debtor Ashwindar Kaur (abas) (Entered: |

| | | |
|---|---|---|
| 11/15/2011 | | 11/16/2011) |
| 11/15/2011 | 95 | Civil Minutes -- Hearing Re: 41 Motion for Relief from Automatic Stay [ESP-2], 41 Motion/Application to Excuse Turnover [ESP-2] continued; Hearing to be held on 12/15/2011 at 09:30 AM at Sacramento Courtroom 33, Department E. (jlas) (Entered: 11/17/2011) |
| 11/16/2011 | | AMENDMENT Fee Paid ($30.00, Receipt Number: 2-11-38107) (auto) (Entered: 11/16/2011) |
| 11/16/2011 | 89 | Certificate/Proof of Service of 79 Plan, 80 Disclosure Statement, 81 Notice of Hearing (abas) (Entered: 11/16/2011) |
| 11/16/2011 | 91 | Amended Master Address List (Fee Paid $30) (cmcs) (Entered: 11/17/2011) |
| 11/16/2011 | 92 | Amended Summary of Schedules Statistical Summary Schedule A Schedule D Schedule H (Filing Fee Not Paid or Not Required) (cmcs) (Entered: 11/17/2011) |
| 11/16/2011 | 92 | Amended Verification and Master Address List (cmcs) (Entered: 11/17/2011) |
| 11/16/2011 | 93 | Certificate/Proof of Service of 92 Summary/Schedule(s)/Statement of Financial Affairs/Disclosure, 92 Amended Verification and Master Address List (cmcs) (Entered: 11/17/2011) |
| 11/16/2011 | 94 | Certificate/Proof of Service of 92 Summary/Schedule(s)/Statement of Financial Affairs/Disclosure, 92 Amended Verification and Master Address List (cmcs) Modified on 11/18/2011 (cmcs). (Entered: 11/17/2011) |
| 11/17/2011 | 97 | Notice of Deposition of Ashwinder Kaur [ESP-3] (cmcs) (Entered: 11/18/2011) |
| 11/17/2011 | 98 | Notice of Deposition of Amar Mathfalan [ESP-3] (cmcs) (Entered: 11/18/2011) |
| 11/17/2011 | 99 | Certificate/Proof of Service of 97 Notice [ESP-3] (cmcs) (Entered: 11/18/2011) |
| 11/17/2011 | 96 | Interim Order Re: 41 Motion for Relief from Automatic Stay [ESP-2], 41 Motion/Application to Excuse Turnover [ESP-2]. Hearing to be held on 12/15/2011 at 09:30 AM at Sacramento Courtroom 33, Department E. (cmcs) (Entered: 11/18/2011) |
| 11/18/2011 | | ENTERED ON DOCKET IN ERROR. Opposition/Objection Filed by Creditor First Southern National Bank Re: 67 Declaration (abas) Modified on 11/21/2011 (abas). (Entered: 11/21/2011) |

| 11/18/2011 | 100 | Joinder to 84 Opposition/Objection [BN-1] Filed by Creditor First Southern National Bank (abas) (Entered: 11/21/2011) |
| 11/18/2011 | 101 | Certificate/Proof of Service of 100 Joinder [BN-1] (abas) (Entered: 11/21/2011) |
| 11/18/2011 | 102 | Notice of Deposition of Aswindar Kaur [BN-3] (abas) (Entered: 11/21/2011) |
| 11/18/2011 | 103 | Notice of Deposition of Amar Mathfalan [BN-3] (abas) (Entered: 11/21/2011) |
| 11/18/2011 | 104 | Certificate/Proof of Service of 102 Notice [BN-3] (abas) (Entered: 11/21/2011) |
| 11/18/2011 | 105 | Certificate/Proof of Service of 103 Notice [BN-3] (abas) (Entered: 11/21/2011) |
| 12/01/2011 | 106 | Opposition/Objection Filed by Creditor First Southern National Bank Re: 80 Disclosure Statement (cmcs) (Entered: 12/02/2011) |
| 12/01/2011 | 107 | Memorandum of Points and Authorities in support of 106 Opposition/Objection (cmcs) (Entered: 12/02/2011) |
| 12/01/2011 | 108 | Certificate/Proof of Service of 106 Opposition/Objection, 107 Memorandum of Points and Authorities (cmcs) (Entered: 12/02/2011) |
| 12/01/2011 | 109 | Opposition/Objection Filed by Creditor The Federal National Mortgage Association Re: 80 Disclosure Statement [BN-1] (cmcs) Modified on 12/5/2011 (cmcs). (Entered: 12/02/2011) |
| 12/01/2011 | 110 | Certificate/Proof of Service of 109 Opposition/Objection (cmcs) (Entered: 12/02/2011) |
| 12/01/2011 | 111 | Opposition/Objection Filed by Debtor Ashwindar Kaur Re: 12 Motion for Relief from Automatic Stay [BN-1], 12 Motion/Application to Excuse Receiver from Turnover [BN-1], 12 Motion/Application to Use Cash Collateral [BN-1], 12 Motion/Application for Adequate Protection [BN-1] (cmcs) (Entered: 12/02/2011) |
| 12/01/2011 | 112 | Declaration of Anissa Abdullah in support of 111 Opposition/Objection [BN-1] (cmcs) (Entered: 12/02/2011) |
| 12/01/2011 | 113 | Declaration of Bhaljeet Singh in support of 111 Opposition/Objection [BN-1] (cmcs) Modified on 12/5/2011 (cmcs). (Entered: 12/02/2011) |
| 12/01/2011 | 114 | Declaration of Christopher Kosta in support of 111 Opposition/Objection [BN-1] (cmcs) (Entered: 12/02/2011) |

| 12/01/2011 | 115 | Declaration of Ashwindar Kaur [TLM-2] (cmcs) (Entered: 12/02/2011) |
| 12/01/2011 | 116 | Opposition/Objection Filed by Debtor Ashwindar Kaur Re: 41 Motion for Relief from Automatic Stay [ESP-2], 41 Motion/Application to Excuse Turnover [ESP-2] (cmcs) (Entered: 12/02/2011) |
| 12/01/2011 | 117 | Declaration of Anissa Abdullah in support of 116 Opposition/Objection [ESP-2] (cmcs) (Entered: 12/02/2011) |
| 12/01/2011 | 118 | Declaration of Bhaljeet Singh in support of 116 Opposition/Objection [ESP-2] (cmcs) Modified on 12/5/2011 (cmcs). (Entered: 12/02/2011) |
| 12/01/2011 | 119 | Declaration of Christopher Kosta in support of 116 Opposition/Objection [ESP-2] (cmcs) (Entered: 12/02/2011) |
| 12/02/2011 | 120 | Certificate/Proof of Service of 116 Opposition/Objection, 117 Declaration, 118 Declaration, 119 Declaration [ESP-2] (cmcs) (Entered: 12/02/2011) |
| 12/02/2011 | 121 | Certificate/Proof of Service of 111 Opposition/Objection, 112 Declaration, 113 Declaration, 114 Declaration [BN-1] (cmcs) (Entered: 12/02/2011) |
| 12/02/2011 | 122 | Report of Trustee at 341 Meeting. Continued Meeting of Creditors to be held on 12/21/2011 at 01:30 PM at Office of the UST (7-500). (abas) (Entered: 12/05/2011) |
| 12/08/2011 | 123 | Response/Reply Filed by Creditor The Federal National Mortgage Association Re: 111 Opposition/Objection (smis) (Entered: 12/09/2011) |
| 12/08/2011 | 124 | Declaration of Faye Lewis in support of 123 Response/Reply [BN-1] (smis) (Entered: 12/09/2011) |
| 12/08/2011 | 125 | Exhibit(s) to 124 Declaration [BN-1] (smis) (Entered: 12/09/2011) |
| 12/08/2011 | 126 | Declaration of Bett Hemry in support of 123 Response/Reply [BN-1] (smis) (Entered: 12/09/2011) |
| 12/08/2011 | 127 | Response/Reply Filed by Creditor First Southern National Bank Re: 41 Motion for Relief from Automatic Stay [ESP-2], 41 Motion/Application to Excuse Turnover [ESP-2] (smis) (Entered: 12/09/2011) |
| 12/08/2011 | 128 | Opposition/Objection Filed by Creditor The Federal National Mortgage Association Re: 112 Declaration, 113 Declaration, 114 Declaration, 115 Declaration (smis) (Entered: 12/09/2011) |
| | 129 | Certificate/Proof of Service of 123 Response/Reply, 124 Declaration, |

| | | |
|---|---|---|
| 12/08/2011 | | 125 Exhibit(s), 126 Declaration, 128 Opposition/Objection [BN-1] (smis) (Entered: 12/09/2011) |
| 12/09/2011 | 130 | Memorandum of Points and Authorities in support of 127 Response/Reply [ESP-2] (abas) (Entered: 12/12/2011) |
| 12/09/2011 | 131 | Declaration of Jasmin Yang in support of 127 Response/Reply [ESP-2] (abas) (Entered: 12/12/2011) |
| 12/09/2011 | 132 | Exhibit(s) to 131 Declaration [ESP-2] (abas) (Entered: 12/12/2011) |
| 12/09/2011 | 133 | Opposition/Objection [ESP-2] Filed by Creditor First Southern National Bank Re: 117 Declaration (abas) (Entered: 12/12/2011) |
| 12/09/2011 | 134 | Opposition/Objection [ESP-2] Filed by Creditor First Southern National Bank Re: 119 Declaration (abas) (Entered: 12/12/2011) |
| 12/09/2011 | 135 | Opposition/Objection [ESP-2] Filed by Creditor First Southern National Bank Re: 118 Declaration (abas) (Entered: 12/12/2011) |
| 12/09/2011 | 136 | Certificate/Proof of Service of 127 Response/Reply, 130 Memorandum of Points and Authorities, 131 Declaration, 132 Exhibit(s), 133 Opposition/Objection, 134 Opposition/Objection, 135 Opposition/Objection [ESP-2] (abas) (Entered: 12/12/2011) |
| 12/12/2011 | 137 | Motion/Application to Enlarge Deadline to File Supporting Documents [JNY-1] Filed by Creditor First Southern National Bank (abas) (Entered: 12/12/2011) |
| 12/12/2011 | 138 | Motion/Application to Shorten Time [JNY-2] Filed by Creditor First Southern National Bank (abas) (Entered: 12/12/2011) |
| 12/12/2011 | | Hearing Re: 138 Motion/Application to Shorten Time [JNY-2] [JNY-2] to be held on 12/15/2011 at 10:00 AM at Sacramento Courtroom 33, Department E. (abas) (Entered: 12/12/2011) |
| 12/12/2011 | | Contacted Jasmin Yang from the Law Office of Snell and Wilmer L.L.P. on 12/12/2011 regarding the failure to submit a proposed Order Re: 138 Motion/Application to Shorten Time [JNY-2] (abas) (Entered: 12/12/2011) |
| 12/12/2011 | 139 | Memorandum of Points and Authorities in support of 137 Motion/Application to Enlarge Deadline to File Supporting Documents [JNY-1] (abas) (Entered: 12/12/2011) |
| 12/12/2011 | 140 | Declaration of Joan MacNeil in support of 137 Motion/Application to Enlarge Deadline to File Supporting Documents [JNY-1] (abas) (Entered: 12/12/2011) |
| | | |

| | | |
|---|---|---|
| 12/12/2011 | 141 | Exhibit(s) to 140 Declaration [JNY-1] (abas) (Entered: 12/12/2011) |
| 12/12/2011 | 142 | Declaration of Jasmin Yang in support of 137 Motion/Application to Enlarge Deadline to File Supporting Documents [JNY-1] (abas) (Entered: 12/12/2011) |
| 12/12/2011 | 143 | Exhibit(s) to 142 Declaration [JNY-1] (abas) (Entered: 12/12/2011) |
| 12/12/2011 | 144 | Exhibit(s) to 138 Motion/Application to Shorten Time [JNY-2] (abas) (Entered: 12/12/2011) |
| 12/12/2011 | 145 | Certificate/Proof of Service of 138 Motion/Application to Shorten Time [JNY-2], 144 Exhibit(s) (abas) (Entered: 12/12/2011) |
| 12/12/2011 | 145 | Certificate/Proof of Service of 137 Motion/Application to Enlarge Deadline to File Supporting Documents [JNY-1], 139 Memorandum of Points and Authorities, 140 Declaration, 141 Exhibit(s), 142 Declaration, 143 Exhibit(s) (abas) (Entered: 12/12/2011) |
| 12/12/2011 | 146 | Certificate/Proof of Service of 137 Motion/Application to Enlarge Deadline to File Supporting Documents [JNY-1], 138 Motion/Application to Shorten Time [JNY-2], 139 Memorandum of Points and Authorities, 140 Declaration, 141 Exhibit(s), 142 Declaration, 143 Exhibit(s), 144 Exhibit(s), 145 Certificate/Proof of Service (shbs) (Entered: 12/13/2011) |
| 12/15/2011 | 147 | Exhibit(s) in support of 116 Opposition/Objection [ESP-2] (abas) (Entered: 12/15/2011) |
| 12/15/2011 | 148 | Exhibit(s) in support of 111 Opposition/Objection [BN-1] (abas) (Entered: 12/15/2011) |
| 12/15/2011 | 149 | Civil Minutes -- Hearing Re: 80 Disclosure Statement. MOTION/APPLICATION/OBJECTION WITHDRAWN (jlas) (Entered: 12/15/2011) |
| 12/15/2011 | 150 | Civil Minutes -- Hearing Held/Concluded Re: 12 Motion for Relief from Automatic Stay [BN-1], 12 Motion/Application to Excuse Receiver from Turnover [BN-1], 12 Motion/Application to Use Cash Collateral [BN-1], 12 Motion/Application for Adequate Protection [BN-1] GRANTED (jlas) (Entered: 12/19/2011) |
| 12/15/2011 | 152 | Civil Minutes -- Hearing Held/Concluded Re: 41 Motion for Relief from Automatic Stay [ESP-2], 41 Motion/Application to Excuse Turnover [ESP-2] GRANTED IN PART AND DENIED AS MOOT IN PART (jlas) (Entered: 12/19/2011) |
| 12/19/2011 | 151 | Civil Minute Order Granting 12 Motion/Application for Relief from Stay [BN-1] (cmcs) (Entered: 12/20/2011) |

| | | |
|---|---|---|
| 12/19/2011 | 151 | Civil Minute Order Granting 12 Motion/Application to Excuse Receiver from Turnover [BN-1] (cmcs) (Entered: 12/20/2011) |
| 12/19/2011 | 151 | Civil Minute Order Granting 12 Motion/Application To Use Cash Collateral [BN-1] (cmcs) (Entered: 12/20/2011) |
| 12/19/2011 | | Motion/Application for Adequate Protection, Document Number 12, Terminated. See 151 Order on Motion/Application for Relief From Stay, 151 Order, 151 Order on Motion/Application to Use Cash Collateral [BN-1] (cmcs) (Entered: 12/20/2011) |
| 12/19/2011 | 153 | Civil Minute Order Granting 41 Motion/Application for Relief from Stay [ESP-2] (cmcs) (Entered: 12/20/2011) |
| 12/19/2011 | 153 | Civil Minute Order Granting 41 Motion/Application to Excuse Turnover [ESP-2] (cmcs) (Entered: 12/20/2011) |
| 12/20/2011 | | PHOTOCOPY Fee Paid ($1.00, Receipt Number: 2-11-41250) (auto) (Entered: 12/20/2011) |
| 12/20/2011 | | CERTIFICATION Fee Paid ($11.00, Receipt Number: 2-11-41250) (auto) (Entered: 12/20/2011) |
| 12/21/2011 | 154 | Report of Trustee at 341 Meeting. Continued Meeting of Creditors to be held on 2/10/2012 at 01:30 PM at Office of the UST (7-500). (abas) (Entered: 12/22/2011) |
| 12/22/2011 | 155 | Motion/Application to Convert Case From Chapter 11 to Chapter 7 [UST-1] Filed by U.S. Trustee August B. Landis (Fee Paid $0.00) (abas) (Entered: 12/22/2011) |
| 12/22/2011 | 155 | Motion/Application to Dismiss Case/Proceeding [UST-1] Filed by U.S. Trustee August B. Landis (abas) (Entered: 12/22/2011) |
| 12/22/2011 | 156 | Notice of Hearing Re: 155 Motion/Application to Convert Case From Chapter 11 to Chapter 7 [UST-1], 155 Motion/Application to Dismiss Case/Proceeding [UST-1] to be held on 2/9/2012 at 10:30 AM at Sacramento Courtroom 33, Department E. (abas) (Entered: 12/22/2011) |
| 12/22/2011 | 157 | Declaration of Teresa B. Field Re: 155 Motion/Application to Convert Case From Chapter 11 to Chapter 7 [UST-1], 155 Motion/Application to Dismiss Case/Proceeding [UST-1] (abas) (Entered: 12/22/2011) |
| 12/22/2011 | 158 | Declaration of Jason Blumberg Re: 155 Motion/Application to Convert Case From Chapter 11 to Chapter 7 [UST-1], 155 Motion/Application to Dismiss Case/Proceeding [UST-1] (abas) (Entered: 12/22/2011) |
| 12/22/2011 | 159 | Exhibit(s) to 157 Declaration [UST-1] (abas) (Entered: 12/22/2011) |

| | | |
|---|---|---|
| 12/22/2011 | 160 | Memorandum of Points and Authorities in support of 155 Motion/Application to Convert Case From Chapter 11 to Chapter 7 [UST-1], 155 Motion/Application to Dismiss Case/Proceeding [UST-1] (abas) (Entered: 12/22/2011) |
| 12/22/2011 | 161 | Certificate/Proof of Service of 156 Notice of Hearing [UST-1] (abas) (Entered: 12/22/2011) |
| 01/06/2012 | 162 | Transcript regarding Hearing Held 12/15/11 Re: 12 Motion for Relief from Automatic Stay [BN-1], 12 Motion/Application to Excuse Receiver from Turnover [BN-1], 12 Motion/Application to Use Cash Collateral [BN-1], 12 Motion/Application for Adequate Protection [BN-1] Notice of Intent to Request Redaction Deadline Due By 1/13/2012. Redaction Request Due By 1/27/2012. Redacted Transcript Submission Due By 2/6/2012. Transcript access will be restricted through 4/5/2012. (cmcs) Modified on 1/9/2012 (cmcs). (Entered: 01/09/2012) |
| 01/06/2012 | 162 | Transcript regarding Hearing Held 12/15/11 Re: 41 Motion for Relief from Automatic Stay [ESP-2], 41 Motion/Application to Excuse Turnover [ESP-2] Notice of Intent to Request Redaction Deadline Due By 1/13/2012. Redaction Request Due By 1/27/2012. Redacted Transcript Submission Due By 2/6/2012. Transcript access will be restricted through 4/5/2012. (cmcs) (Entered: 01/09/2012) |
| 01/09/2012 | 163 | Notice of Filing of Official Transcript as transmitted to BNC for Service. Notice is hereby given that an official transcript of the hearing on the Motion for Relief from the Automatic Stay; to Excuse Receiver from Turnover; for Authorization for Use of Cash Collateral and Adequate Protection held on 12/15/11 has been filed. Pursuant to the new policy adopted by the Judicial Conference, transcripts are available for inspection only at the clerk's office or may be purchased from the court transcriber for a 90 day period Re: 162 Transcript [BN-1] (cmcs) (Entered: 01/09/2012) |
| 01/09/2012 | 164 | Notice of Filing of Official Transcript as transmitted to BNC for Service. Notice is hereby given that an official transcript of the hearing on the Emergency Motion for Relief from Stay and Emergency Motion to Excuse Turnover held on 12/15/11 has been filed. Pursuant to the new policy adopted by the Judicial Conference, transcripts are available for inspection only at the clerk's office or may be purchased from the court transcriber for a 90 day period Re: 162 Transcript [ESP-2] (cmcs) (Entered: 01/09/2012) |
| 01/09/2012 | 165 | Certificate of Mailing of Notice of Filing of Transcript and of Deadlines Related to Redaction and Restriction as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 01/11/2012) |
| 01/09/2012 | 166 | Certificate of Mailing of Notice of Filing of Transcript and of Deadlines Related to Redaction and Restriction as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 01/11/2012) |

| | | |
|---|---|---|
| 01/12/2012 | 167 | Joinder to 155 Motion/Application to Convert Case From Chapter 11 to Chapter 7 [UST-1], 155 Motion/Application to Dismiss Case/Proceeding [UST-1] Filed by Creditor H and A Partners, L.P. (abas) Modified on 1/12/2012 (abas). (Entered: 01/12/2012) |
| 01/12/2012 | 168 | Notice of Hearing Re: 167 Joinder to be held on 2/9/2012 at 10:30 AM at Sacramento Courtroom 33, Department E. [UST-1] (abas) Modified on 1/12/2012 (abas). (Entered: 01/12/2012) |
| 01/12/2012 | 169 | Declaration of T. Hall Brehme IV in support of 167 Joinder [UST-1] (abas) (Entered: 01/12/2012) |
| 01/12/2012 | 170 | Memorandum of Points and Authorities in support of 167 Joinder [UST-1] (abas) (Entered: 01/12/2012) |
| 01/12/2012 | 171 | Certificate/Proof of Service of 167 Joinder, 168 Notice of Hearing, 169 Declaration, 170 Memorandum of Points and Authorities [UST-1] (abas) (Entered: 01/12/2012) |
| 01/13/2012 | 172 | Request for Special Notice Filed by Creditor Bank of the West (abas) (Entered: 01/13/2012) |
| 01/13/2012 | 173 | Certificate/Proof of Service of 172 Request for Special Notice (abas) (Entered: 01/13/2012) |
| 01/18/2012 | 174 | Civil Minutes -- Status Conference continued Re: 1 Voluntary Petition; Status Conference now to be held on 2/9/2012 at 10:30 AM at Sacramento Courtroom 33, Department E (jlas) (Entered: 01/20/2012) |
| 02/07/2012 | 175 | Debtor-In-Possession Monthly Operating Report for Filing Period November 2011 (abas) (Entered: 02/08/2012) |
| 02/07/2012 | 176 | Debtor-In-Possession Monthly Operating Report for Filing Period December 2011 (abas) (Entered: 02/08/2012) |
| 02/08/2012 | 177 | Amended/Modified 79 Plan Filed by Debtor Ashwindar Kaur (abas) (Entered: 02/08/2012) |
| 02/08/2012 | 178 | Amended 80 Disclosure Statement (abas) (Entered: 02/08/2012) |
| 02/08/2012 | 179 | Notice of Hearing Re: 178 Amended Disclosure Statement to be held on 3/22/2012 at 10:30 AM at Sacramento Courtroom 33, Department E. (abas) (Entered: 02/08/2012) |
| 02/08/2012 | 180 | Certificate/Proof of Service of 177 Amended/Modified Plan, 178 Amended Disclosure Statement, 179 Notice of Hearing (abas) (Entered: 02/08/2012) |
| | 181 | Civil Minutes -- Status Conference Dropped Re: 1 Voluntary Petition |

| | | |
|---|---|---|
| 02/09/2012 | | (jlas) (Entered: 02/14/2012) |
| 02/09/2012 | 182 | Civil Minutes -- Hearing/Motion Resolved without Oral Argument Re: 155 Motion/Application to Convert Case From Chapter 11 to Chapter 7 [UST-1], 155 Motion/Application to Dismiss Case/Proceeding [UST-1] GRANTED (jlas) (Entered: 02/14/2012) |
| 02/14/2012 | 183 | Civil Minute Order Granting 155 Motion/Application To Convert Case [UST-1] from Chapter 11 to Chapter 7. Trustee Irma C. Edmonds Appointed. Meeting of Creditors to be held on 03/26/2012 at 09:00 AM at Modesto Meeting Room. Last day to oppose discharge: 05/25/2012. (abas) (Entered: 02/15/2012) |
| 02/14/2012 | | Motion/Application to Dismiss Case/Proceeding, Document Number 155, Terminated. See 183 Order on Motion/Application to Convert Case [UST-1] (abas) (Entered: 02/15/2012) |
| 02/15/2012 | 184 | Notice of Appointment of Interim Trustee (abas) (Entered: 02/15/2012) |
| 02/15/2012 | 185 | Notice to File Documents in Converted Case. (abas) (Entered: 02/15/2012) |
| 02/15/2012 | 186 | Notice of Conversion as Transmitted to BNC for Service (abas) (Entered: 02/15/2012) |
| 02/15/2012 | 187 | Notice of Requirement to Complete Course in Financial Management as Transmitted to BNC for Service (abas) (Entered: 02/15/2012) |
| 02/15/2012 | 188 | Certificate of Mailing of Notice of Requirement to File a Statement of Completion of Course in Personal Financial Management as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 02/17/2012) |
| 02/15/2012 | 189 | Certificate of Mailing of Notice of Conversion as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 02/17/2012) |
| 02/21/2012 | 190 | Request for Special Notice Filed by Creditor eCAST Settlement Corporation (maws) (Entered: 02/21/2012) |
| 03/08/2012 | | Motion Fee Paid ($176.00, Receipt Number: 2-12-06620) (auto) (Entered: 03/08/2012) |
| 03/08/2012 | 191 | Request for Special Notice Filed by Creditor Wells Fargo Bank, NA (jris) (Entered: 03/08/2012) |
| 03/08/2012 | 192 | Motion for Relief from Automatic Stay [PD-1] Filed by Creditor Wells Fargo Bank, NA (Fee Paid $176) (jris) (Entered: 03/08/2012) |

| | | |
|---|---|---|
| 03/08/2012 | 193 | Notice of Hearing Re: 192 Motion for Relief from Automatic Stay [PD-1] to be held on 4/12/2012 at 09:30 AM at Sacramento Courtroom 33, Department E. (jris) (Entered: 03/08/2012) |
| 03/08/2012 | 194 | Declaration of Trina M. Glover in support of 192 Motion for Relief from Automatic Stay [PD-1] (jris) (Entered: 03/08/2012) |
| 03/08/2012 | 195 | Movant's Information Sheet (Section 362) Re: 192 Motion for Relief from Automatic Stay [PD-1] (jris) (Entered: 03/08/2012) |
| 03/08/2012 | 196 | Exhibit(s) in support of 192 Motion for Relief from Automatic Stay [PD-1] (jris) (Entered: 03/08/2012) |
| 03/08/2012 | 197 | Memorandum of Points and Authorities in support of 192 Motion for Relief from Automatic Stay [PD-1] (jris) (Entered: 03/08/2012) |
| 03/08/2012 | 198 | Certificate/Proof of Service of 191 Request for Special Notice, 192 Motion for Relief from Automatic Stay [PD-1], 193 Notice of Hearing, 194 Declaration, 195 Movant's Information Sheet (Section 362), 196 Exhibit(s), 197 Memorandum of Points and Authorities (jris) (Entered: 03/08/2012) |
| 03/28/2012 | 199 | Notice of Unpaid Quarterly Fees/Statement of Non-Payment of U.S. Trustee Quarterly Fees (maws) (Entered: 03/29/2012) |
| 03/28/2012 | 200 | Certificate/Proof of Service of 199 Notice of Unpaid Quarterly Fees/Statement of Non-Payment of U.S. Trustee Quarterly Fees (maws) (Entered: 03/29/2012) |
| 03/29/2012 | | Report of Trustee at 341 Meeting. 341 Meeting was adjourned on 03/26/2012. Debtor Appeared; Counsel Did Not Appear; Continued Meeting of Creditors to be held on 4/9/2012 at 01:15 PM at Modesto Meeting Room. (Edmonds, Irma) (Entered: 03/29/2012) |
| 04/11/2012 | | Report of Trustee at 341 Meeting. 341 Meeting was adjourned on 04/09/2012. Counsel Appeared; Debtor Did Not Appear; Continued Meeting of Creditors to be held on 5/7/2012 at 01:15 PM at Modesto Meeting Room. (Edmonds, Irma) (Entered: 04/11/2012) |
| 04/12/2012 | 201 | Civil Minutes -- Hearing/Motion Resolved without Oral Argument Re: 192 Motion for Relief from Automatic Stay [PD-1] GRANTED (jlas) (Entered: 04/12/2012) |
| 04/16/2012 | 202 | Civil Minute Order Granting 192 Motion/Application for Relief from Stay [PD-1] (maws) (Entered: 04/16/2012) |
| 04/18/2012 | | Motion Fee Paid ($176.00, Receipt Number: 2-12-10619) (auto) (Entered: 04/18/2012) |
| | | |

| | | |
|---|---|---|
| 04/18/2012 | 203 | Motion for Relief from Automatic Stay [CJH-1] Filed by Creditors Carolyn Ross, Thomas Rudolf Ross (Fee Paid $176) (jris) (Entered: 04/18/2012) |
| 04/18/2012 | 203 | Notice of Hearing Re: 203 Motion for Relief from Automatic Stay [CJH-1] to be held on 5/24/2012 at 09:30 AM at Sacramento Courtroom 33, Department E. (jris) (Entered: 04/18/2012) |
| 04/18/2012 | 204 | Certificate/Proof of Service of 203 Motion for Relief from Automatic Stay [CJH-1], 203 Notice of Hearing (jris) (Entered: 04/18/2012) |
| 04/18/2012 | 205 | Movant's Information Sheet (Section 362) Re: 203 Motion for Relief from Automatic Stay [CJH-1] (jris) (Entered: 04/18/2012) |
| 04/23/2012 | | Update Transcript Deadlines Re: 162 Transcript, 162 Transcript (bdos) (Entered: 04/23/2012) |
| 04/29/2012 | 206 | Statement of Intention (stps) (Entered: 04/30/2012) |
| 04/29/2012 | 206 | Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A Re: 183 Civil Minute Order Prepared and Submitted for Judge's Signature. (stps) (Entered: 04/30/2012) |
| 05/10/2012 | | Report of Trustee at 341 Meeting. 341 Meeting was adjourned on 05/07/2012. Debtor Did Not Appear; Counsel Did Not Appear; Continued Meeting of Creditors to be held on 6/18/2012 at 12:00 PM at Modesto Meeting Room. (Edmonds, Irma) (Entered: 05/10/2012) |
| 05/11/2012 | 207 | Notice of Intent to Close Chapter 7 Case Without Entry of Discharge Due to Failure to File Financial Management Course Certificate as Transmitted to BNC for Service. (Admin) (Entered: 05/11/2012) |
| 05/11/2012 | 208 | Certificate of Mailing of Notice of Intent to Close Chapter 7 Case Without Entry of Discharge Due to Failure to File Financial Management Course Certificate as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 05/13/2012) |
| 05/17/2012 | 209 | Motion/Application to Compel [UST-2] Filed by U.S. Trustee August B. Landis (maws) (Entered: 05/18/2012) |
| 05/17/2012 | 209 | Motion/Application to Extend Deadline to File a Complaint Objecting to Discharge of the Debtor [UST-2] Filed by U.S. Trustee August B. Landis (maws) (Entered: 05/18/2012) |
| | 210 | Notice of Hearing Re: 209 Motion/Application to Compel [UST-2], 209 Motion/Application to Extend Deadline to File a Complaint Objecting to Discharge of the Debtor [UST-2] to be held on 6/14/2012 at 10:30 AM at Sacramento Courtroom 33, Department E. |

| | | |
|---|---|---|
| 05/17/2012 | | (maws) (Entered: 05/18/2012) |
| 05/17/2012 | 211 | Declaration of Jason Blumberg Re: 209 Motion/Application to Compel [UST-2], 209 Motion/Application to Extend Deadline to File a Complaint Objecting to Discharge of the Debtor [UST-2] (maws) (Entered: 05/18/2012) |
| 05/17/2012 | 212 | Declaration of Irma C. Edmonds Re: 209 Motion/Application to Compel [UST-2], 209 Motion/Application to Extend Deadline to File a Complaint Objecting to Discharge of the Debtor [UST-2] (maws) (Entered: 05/18/2012) |
| 05/17/2012 | 213 | Certificate/Proof of Service of 209 Motion/Application to Compel [UST-2], 209 Motion/Application to Extend Deadline to File a Complaint Objecting to Discharge of the Debtor [UST-2], 210 Notice of Hearing, 211 Declaration, 212 Declaration (maws) (Entered: 05/18/2012) |
| 05/24/2012 | 214 | Civil Minutes -- Hearing/Motion Resolved without Oral Argument Re: 203 Motion for Relief from Automatic Stay [CJH-1] DENIED WITHOUT PREJUDICE (jlas) (Entered: 05/24/2012) |
| 05/29/2012 | 215 | Civil Minute Order Denying 203 Motion/Application for Relief from Stay [CJH-1] (nkrs) (Entered: 05/29/2012) |
| 06/14/2012 | 216 | Order Granting 209 Motion/Application To Compel [UST-2] (jgis) (Entered: 06/14/2012) |
| 06/14/2012 | 216 | Order Granting 209 Motion/Application to Extend Deadline to File a Complaint Objecting to Discharge of the Debtor. [UST-1] Last day to oppose discharge: 8/31/2012. (jgis) (Entered: 06/14/2012) |
| 06/14/2012 | 217 | Civil Minutes -- Hearing Held/Concluded Re: 209 Motion/Application to Compel [UST-2], 209 Motion/Application to Extend Deadline to File a Complaint Objecting to Discharge of the Debtor [UST-2] GRANTED (jlas) (Entered: 06/15/2012) |
| 06/18/2012 | 218 | Order Granting 209 Motion/Application To Compel [UST-2] (ltas) (Entered: 06/19/2012) |
| 06/18/2012 | 218 | Order Granting 209 Motion/Application to Extend Deadline to File a Complaint Objecting to Discharge of the Debtor. [UST-2] Last day to oppose discharge: 8/31/2012. (ltas) (Entered: 06/19/2012) |
| 06/21/2012 | | Report of Trustee at 341 Meeting. 341 Meeting was adjourned on 06/18/2012. Debtor Appeared; Counsel Appeared; Continued Meeting of Creditors to be held on 7/2/2012 at 01:15 PM at Modesto Meeting Room. (Edmonds, Irma) (Entered: 06/21/2012) |
| | | |

| | | |
|---|---|---|
| 07/05/2012 | | Report of Trustee at 341 Meeting. 341 Meeting was adjourned on 07/02/2012. Debtor Appeared; Counsel Appeared; Continued Meeting of Creditors to be held on 7/16/2012 at 01:15 PM at Modesto Meeting Room. (Edmonds, Irma) (Entered: 07/05/2012) |
| 07/05/2012 | | Report of Trustee at 341 Meeting. 341 Meeting was adjourned on 07/02/2012. Debtor Appeared; Counsel Appeared; Continued Meeting of Creditors to be held on 7/16/2012 at 01:15 PM at Modesto Meeting Room. (Edmonds, Irma) (Entered: 07/05/2012) |
| 07/18/2012 | | Report of Trustee at 341 Meeting. 341 Meeting was adjourned on 07/16/2012. Debtor Appeared; Counsel Did Not Appear; Continued Meeting of Creditors to be held on 8/13/2012 at 01:15 PM at Modesto Meeting Room. (Edmonds, Irma) (Entered: 07/18/2012) |
| 07/19/2012 | | Report of Trustee at 341 Meeting. 341 Meeting was adjourned on 07/16/2012. Debtor Appeared; Counsel Did Not Appear; Continued Meeting of Creditors to be held on 8/13/2012 at 01:15 PM at Modesto Meeting Room. (Edmonds, Irma) (Entered: 07/19/2012) |
| 07/19/2012 | | Report of Trustee at 341 Meeting. 341 Meeting was adjourned on 07/16/2012. Debtor Appeared; Counsel Did Not Appear; Continued Meeting of Creditors to be held on 8/13/2012 at 01:15 PM at Modesto Meeting Room. (Edmonds, Irma) (Entered: 07/19/2012) |
| 07/19/2012 | | Report of Trustee at 341 Meeting. 341 Meeting was adjourned on 07/16/2012. Debtor Appeared; Counsel Did Not Appear; Continued Meeting of Creditors to be held on 8/13/2012 at 01:15 PM at Modesto Meeting Room. (Edmonds, Irma) (Entered: 07/19/2012) |
| 07/19/2012 | | Report of Trustee at 341 Meeting. 341 Meeting was adjourned on 07/16/2012. Debtor Appeared; Counsel Did Not Appear; Continued Meeting of Creditors to be held on 8/13/2012 at 01:15 PM at Modesto Meeting Room. (Edmonds, Irma) (Entered: 07/19/2012) |
| 07/19/2012 | | Report of Trustee at 341 Meeting. 341 Meeting was adjourned on 07/16/2012. Debtor Appeared; Counsel Did Not Appear; Continued Meeting of Creditors to be held on 8/13/2012 at 01:15 PM at Modesto Meeting Room. (Edmonds, Irma) (Entered: 07/19/2012) |
| 07/19/2012 | | Report of Trustee at 341 Meeting. 341 Meeting was adjourned on 07/16/2012. Debtor Appeared; Counsel Did Not Appear; Continued Meeting of Creditors to be held on 8/13/2012 at 01:15 PM at Modesto Meeting Room. (Edmonds, Irma) (Entered: 07/19/2012) |
| 07/19/2012 | | Report of Trustee at 341 Meeting. 341 Meeting was adjourned on 07/16/2012. Debtor Appeared; Counsel Did Not Appear; Continued Meeting of Creditors to be held on 8/13/2012 at 01:15 PM at Modesto Meeting Room. (Edmonds, Irma) (Entered: 07/19/2012) |

| | | |
|---|---|---|
| 08/16/2012 | | Report of Trustee at 341 Meeting. 341 Meeting was adjourned on 08/13/2012. Debtor Did Not Appear; Counsel Did Not Appear; Continued Meeting of Creditors to be held on 8/27/2012 at 02:00 PM at Modesto Meeting Room. (Edmonds, Irma) (Entered: 08/16/2012) |
| 08/29/2012 | | Trustee's Notice of Assets and 341 Meeting Concluded. The 341 Meeting was held on 08/27/2012. (Edmonds, Irma) (Entered: 08/29/2012) |
| 08/30/2012 | 219 | Notice to Creditors to File Proof of Claim as Transmitted to BNC for Service Proofs of Claim due by 11/30/2012. (jris) (Entered: 08/30/2012) |
| 08/30/2012 | 220 | Adversary case 12-02543. (41 (Objection / revocation of discharge - 727(c),(d),(e))) : Complaint 12-02543 by U.S. Trustee against Ashwindar Kaur. Fee Amount of $293.00 is Exempt. (jgis) (Entered: 08/31/2012) |
| 08/30/2012 | 221 (5 pgs) | Certificate of Mailing of Notice to File Claims as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 09/01/2012) |
| 09/12/2012 | 222 | Motion/Application to Employ Carl W. Collins as Attorney(s) [CWC-1] Filed by Trustee Irma C. Edmonds (jris) (Entered: 09/12/2012) |
| 09/12/2012 | 223 | Declaration of Carl W. Collins in support of 222 Motion/Application to Employ Carl W. Collins as Attorney(s) [CWC-1] (jris) (Entered: 09/12/2012) |
| 09/12/2012 | 224 | Certificate/Proof of Service of Proposed Order, 222 Motion/Application to Employ Carl W. Collins as Attorney(s) [CWC-1], 223 Declaration (jris) (Entered: 09/12/2012) |
| 09/16/2012 | 225 | Order Granting 222 Motion/Application to Employ Carl W. Collins [CWC-1] (jris) (Entered: 09/17/2012) |
| 09/19/2012 | 226 | Certificate/Proof of Service of 225 Order on Motion/Application to Employ [CWC-1] (jris) (Entered: 09/19/2012) |
| 12/10/2012 | 227 | Notice of Intent to Subpoena Documents (ltas) (Entered: 12/10/2012) |
| 12/10/2012 | 228 | Certificate/Proof of Service of 227 Notice of Intent (ltas) (Entered: 12/10/2012) |
| 12/13/2012 | 229 | Supplemental Certificate/Proof of Service of 227 Notice of Intent (ltas) (Entered: 12/14/2012) |
| 12/13/2012 | 230 | Order/Judgment Denying Discharge (ltas) (Entered: 12/14/2012) |

| | | |
|---|---|---|
| 12/14/2012 | 231<br>(1 pg) | Notice of Entry of Order/Judgment as Transmitted to BNC for Service Re: 230 Order/Judgment Denying Discharge (ltas) (Entered: 12/14/2012) |
| 12/14/2012 | 232<br>(5 pgs) | Certificate of Mailing of Notice of 231 Notice of Entry of Order/Judgment as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 12/16/2012) |
| 02/13/2013 | | Adversary Proceeding 2:12-ap-2543 Closed (ltas) (Entered: 02/13/2013) |
| 03/19/2013 | | Motion Fee Paid ($176.00, Receipt Number: 2-13-05464) (auto) (Entered: 03/20/2013) |
| 03/19/2013 | 233 | Motion for Relief from Automatic Stay [DO-1] Filed by Creditor Bank of the West (Fee Paid $176) (lars) (Entered: 03/20/2013) |
| 03/19/2013 | 234 | Notice of Hearing Re: 233 Motion for Relief from Automatic Stay [DO-1] to be held on 4/25/2013 at 09:30 AM at Sacramento Courtroom 33, Department E. (lars) (Entered: 03/20/2013) |
| 03/19/2013 | 235 | Declaration of Maureen Fuller in support of 233 Motion for Relief from Automatic Stay [DO-1] (lars) (Entered: 03/20/2013) |
| 03/19/2013 | 236 | Declaration of Gregory S. Johnson in support of 233 Motion for Relief from Automatic Stay [DO-1] (lars) (Entered: 03/20/2013) |
| 03/19/2013 | 237 | Declaration of Steve Dennison in support of 233 Motion for Relief from Automatic Stay [DO-1] (lars) (Entered: 03/20/2013) |
| 03/19/2013 | 238 | Memorandum of Points and Authorities in support of 233 Motion for Relief from Automatic Stay [DO-1] (lars) (Entered: 03/20/2013) |
| 03/19/2013 | 239 | Exhibit(s) in support of 233 Motion for Relief from Automatic Stay [DO-1] (lars) (Entered: 03/20/2013) |
| 03/19/2013 | 240 | Exhibit(s) in support of 233 Motion for Relief from Automatic Stay [DO-1] (lars) (Entered: 03/20/2013) |
| 03/19/2013 | 241 | Exhibit(s) in support of 233 Motion for Relief from Automatic Stay [DO-1] (lars) (Entered: 03/20/2013) |
| 03/19/2013 | 242 | Exhibit(s) in support of 233 Motion for Relief from Automatic Stay [DO-1] (lars) (Entered: 03/20/2013) |
| 03/19/2013 | 243 | Movant's Information Sheet (Section 362) Re: 233 Motion for Relief from Automatic Stay [DO-1] (lars) (Entered: 03/20/2013) |
| | 244 | Certificate/Proof of Service of 233 Motion for Relief from |

| | | |
|---|---|---|
| 03/19/2013 | | Automatic Stay [DO-1], 234 Notice of Hearing, 235 Declaration, 236 Declaration, 237 Declaration, 238 Memorandum of Points and Authorities, 239 Exhibit(s), 240 Exhibit(s), 241 Exhibit(s), 242 Exhibit(s), 243 Movant's Information Sheet (Section 362) (lars) (Entered: 03/20/2013) |
| 04/25/2013 | 245 (2 pgs) | Civil Minutes -- Hearing/Motion Resolved without Oral Argument Re: 233 Motion for Relief from Automatic Stay [DO-1] GRANTED (jlas) (Entered: 04/29/2013) |
| 04/29/2013 | | Docket Entry Reserved for Internal Use/Order Processing. (jlas) (Entered: 04/29/2013) |
| 04/30/2013 | 247 | Civil Minute Order Granting 233 Motion/Application for Relief from Stay [DO-1] (ltas) (Entered: 05/01/2013) |
| 09/26/2013 | 248 (7 pgs) | Notice of Intent to Subpoena Documents (bons) (Entered: 09/27/2013) |
| 09/26/2013 | 249 (2 pgs) | Certificate/Proof of Service of 248 Notice of Intent (bons) (Entered: 09/27/2013) |
| 10/04/2013 | 250 (1 pg) | Request to Receive Electronic Notification Filed by Creditor Zions First National Bank (bons) (Entered: 10/07/2013) |
| 10/04/2013 | 251 (1 pg) | Amended Request to Receive Electronic Notification Filed by Creditors Peggy J. Morgan, David Morgan (bons) (Entered: 10/07/2013) |
| 10/31/2013 | 255 (8 pgs) | Adversary Case 13-02342. (14 (Recovery of money/property - other)) : Complaint 13-02342 by Irma C. Edmonds against Amar Mathfallu, Ashwindar Kaur. Fee Amount of $293 is Deferred (ltas) (Entered: 11/04/2013) |
| 11/01/2013 | 252 (1 pg) | Notice of Fees Due and Payable. Amount Due: $293.00 (ltas) (Entered: 11/01/2013) |
| 11/01/2013 | 253 (1 pg) | Notice of Fees Due and Payable. Amount Due: $586.00 (ltas) (Entered: 11/01/2013) |
| 11/01/2013 | 254 (1 pg) | Notice of Fees Due and Payable. Amount Due: $879.00 (ltas) (Entered: 11/01/2013) |
| 11/01/2013 | 256 (8 pgs) | Adversary Case 13-02343. (14 (Recovery of money/property - other)) : Complaint 13-02343 by Irma C. Edmonds against Indar Jeet Kaur, Ashwindar Kaur. Fee Amount of $293 is Deferred (ltas) (Entered: 11/04/2013) |
| | 257 | Adversary Case 13-02344. (12 (Recovery of money/property - 547 |

| | | |
|---|---|---|
| 11/01/2013 | (7 pgs) | preference)),(14 (Recovery of money/property - other)) : Complaint 13-02344 by Irma C. Edmonds against Bhanjith Singh. Fee Amount of $293 is Deferred (ltas) (Entered: 11/04/2013) |
| 11/04/2013 | 258 (3 pgs) | Notice of Intent to Subpoena Supplemental Documents (crof) (Entered: 11/05/2013) |
| 11/04/2013 | 259 (2 pgs) | Certificate/Proof of Service of 258 Notice of Intent (crof) (Entered: 11/05/2013) |
| 12/12/2013 | 260 (2 pgs) | Motion for Relief from Automatic Stay [PP-1] Filed by Creditors David Morgan, Peggy J. Morgan (Fee Paid $176) (eFilingID: 5054288) (ltrf) (Entered: 12/12/2013) |
| 12/12/2013 | | Motion Fee Paid ($176.00, Receipt Number: 30304, eFilingID: 5054288) (auto) (Entered: 12/12/2013) |
| 12/12/2013 | 261 (2 pgs) | Notice of Hearing Re: 260 Motion for Relief from Automatic Stay [PP-1] to be held on 1/9/2014 at 09:30 AM at Sacramento Courtroom 33, Department E. (ltrf) (Entered: 12/12/2013) |
| 12/12/2013 | 262 (2 pgs) | Declaration of Peggy J. Morgan in support of 260 Motion for Relief from Automatic Stay [PP-1] (ltrf) (Entered: 12/12/2013) |
| 12/12/2013 | 263 (4 pgs) | Memorandum of Points and Authorities in support of 260 Motion for Relief from Automatic Stay [PP-1] (ltrf) (Entered: 12/12/2013) |
| 12/12/2013 | 264 (9 pgs) | Index to Exhibit(s) Re: 262 Declaration [PP-1] (ltrf) (Entered: 12/12/2013) |
| 12/12/2013 | 265 (1 pg) | Movant's Information Sheet (Section 362) Re: 260 Motion for Relief from Automatic Stay [PP-1] (ltrf) (Entered: 12/12/2013) |
| 12/12/2013 | 266 (3 pgs) | Certificate/Proof of Service of 260 Motion for Relief from Automatic Stay [PP-1], 261 Notice of Hearing, 262 Declaration, 263 Memorandum of Points and Authorities, 264 Exhibit(s), 265 Movant's Information Sheet (Section 362) (ltrf) (Entered: 12/12/2013) |
| 12/30/2013 | 267 (2 pgs) | Status Conference Statement Filed by Trustee Irma C. Edmonds (mgas) (Entered: 12/31/2013) |
| 12/30/2013 | 268 (3 pgs) | Certificate/Proof of Service of 267 Status Conference Statement (mgas) (Entered: 12/31/2013) |
| 01/09/2014 | 269 (2 pgs) | Civil Minutes -- Hearing/Motion Resolved without Oral Argument Re: 260 Motion for Relief from Automatic Stay [PP-1] GRANTED (jlas) (Entered: 01/10/2014) |

| | | |
|---|---|---|
| 01/10/2014 | | Docket Entry Reserved for Internal Use/Order Processing. (jlas) (Entered: 01/10/2014) |
| 01/11/2014 | 271 (1 pg) | Civil Minute Order Granting 260 Motion/Application for Relief from Stay [PP-1] (bons) (Entered: 01/13/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/13/2014 12:24:12 | | | |
| **PACER Login:** | ss0143 | **Client Code:** | 720675-0392-3353 |
| **Description:** | Docket Report | **Search Criteria:** | 11-46148 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 20 | **Cost:** | 2.00 |

# EXHIBIT G

B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kaur, Ashwindar** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5959** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1700 Dairy Avenue**<br>**Corcoran, CA**<br>ZIP Code **93212** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kings** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 581**<br>**Acampo, CA**<br>ZIP Code **95220** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."     ☐ Debts are primarily<br>business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

```
2011-46148
FILED
November 02, 2011
5:42 PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003877281
```

B1 (Official Form 1)(4/10)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kaur, Ashwindar** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **United States Bankruptcy Court, Eastern District of California** | Case Number:<br>**2011-43876** | Date Filed:<br>**9/23/11** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Indar Jeet Kaur** | Case Number:<br>**2011-33839** | Date Filed:<br>**6/02/11** |
| District:<br>**United States Bankruptcy Court, Eastern District of California** | Relationship:<br>**Mother, Partner** | Judge:<br>**Sargis** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | **X  /s/ Timothy L. McCandless        November  2, 2011**<br>Signature of Attorney for Debtor(s)            (Date)<br>**Timothy L. McCandless** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Kaur, Ashwindar**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ashwindar Kaur**
Signature of Debtor **Ashwindar Kaur**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**November  2, 2011**
Date

#### Signature of Attorney*

X **/s/ Timothy L. McCandless**
Signature of Attorney for Debtor(s)

**Timothy L. McCandless 147715**
Printed Name of Attorney for Debtor(s)

**Law Offices Of Timothy L. McCandless**
Firm Name

**820 Main Street**
**Martinez, CA 94553**

_____
Address

**Email: tim@prodefenders.com**
**(925) 957-9797  Fax: (909) 382-9956**
Telephone Number

**November  2, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Eastern District of California

In re   **Ashwindar Kaur**
_____   Case No. _____
                                    Debtor(s)        Chapter      **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                        Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Ashwindar Kaur**

                               **Ashwindar Kaur**

Date:    **November  2, 2011**

Certificate Number: 02342-CAE-CC-016092490



02342-CAE-CC-016092490

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 19, 2011</u>, at <u>3:22</u> o'clock <u>PM PDT</u>, <u>Ashwindar Kaur</u> received from <u>Consumer Credit Counseling Service of San Francisco</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>September 20, 2011</u>          By:      <u>/s/Maria F Jose</u>

                                                    Name:   <u>Maria F Jose</u>

                                                    Title:   <u>Operations Representative</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re  **Ashwindar Kaur**  _____

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Ally Financial PO Box 380901 Minneapolis, MN 55438-0901 | Ally Financial PO Box 380901 Minneapolis, MN 55438-0901 | 2010 Cheverolet Malibu 47,000 Miles Good Condition | | 15,620.00 (12,135.00 secured) |
| Bank Of The West 2527 Camino Ramon San Ramon, CA 94583 | Bank Of The West 2527 Camino Ramon San Ramon, CA 94583 | Single Family Residence 18881 North Highway 99 Acampo, CA 95220-9426 APN: 013-220-17 3BD/2BA 1874 Sq. Ft. on .46 Acres | Contingent | 450,000.00 (144,000.00 secured) |
| C B Of Merchant Services 217 N San Joaquin St Stockton, CA 95202 | C B Of Merchant Services 217 N San Joaquin St Stockton, CA 95202 | Collection Agency Account for Original Creditor Lodi Memorial Hospital | | 21,123.00 |
| Citibank One Sansome Street, 19th Floor San Francisco, CA 94104 | Citibank One Sansome Street, 19th Floor San Francisco, CA 94104 | 50% Ownership Interest in Multi Dwelling Juniper Arms Apartment Complex Susanville 76 Units 525 & 635 Hall Street Susanville, CA 96130 APN: 105-0 | | 3,955,824.00 (2,300,000.00 secured) |
| Citibank USA The Home Depot Citicorp Credit Services/Attn: Centraliz Po Box 20363 Kansas City, MO 64195 | Citibank USA The Home Depot Citicorp Credit Services/Attn: Centraliz Po Box 20363 Kansas City, MO 64195 | Revolving Charge Account | | 10,946.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Ashwindar Kaur**
_____
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Corcoran Hardware<br>1140 Chittenden Avenue<br>Corcoran, CA 93212 | Corcoran Hardware<br>1140 Chittenden Avenue<br>Corcoran, CA 93212 | Business Vendor Account | | 1,319.00 |
| Credit Bureau of SJ County<br>217 N. San Joaquin Street<br>Stockton, CA 95202-2408 | Credit Bureau of SJ County<br>217 N. San Joaquin Street<br>Stockton, CA 95202-2408 | Collection Agency Account for Original Creditor Lodi Memorial Hospital | | 13,701.00 |
| DSNB Macys<br>9111 Duke Blvd<br>Mason, OH 45040 | DSNB Macys<br>9111 Duke Blvd<br>Mason, OH 45040 | Revolving ChargeAccount | | 2,894.00 |
| First Southern National Bank<br>1 Arizona Circle<br>Phoenix, AZ 85004-2280 | First Southern National Bank<br>1 Arizona Circle<br>Phoenix, AZ 85004-2280 | 50% Ownership Interest in  Multi Dwelling Willow Lakes Apartment Complex Corcoran 190 Units 1700 Dairy Avenue Corcoran, CA 93212-2950 APN: 034-20 | | 9,650,000.00<br><br>(5,200,000.00 secured) |
| H&A Partners, LP<br>9820 Willow Creed Road, Suite 490<br>San Diego, CA 92131 | H&A Partners, LP<br>9820 Willow Creed Road, Suite 490<br>San Diego, CA 92131 | 50% Ownership Interest in  Multi Dwelling Willow Lakes Apartment Complex Corcoran 190 Units 1700 Dairy Avenue Corcoran, CA 93212-2950 APN: 034-20 | | 750,000.00<br>(5,200,000.00 secured)<br>(9,650,000.00 senior lien) |
| HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197 | HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197 | Revolving Charge Account | | 4,240.00 |
| HSBC Bank<br>Attn: Bankruptcy<br>Po Box 5213<br>Carol Stream, IL 60197 | HSBC Bank<br>Attn: Bankruptcy<br>Po Box 5213<br>Carol Stream, IL 60197 | Revolving Charge Account | | 3,844.00 |
| HSBC NV<br>Attention: Bankruptcy<br>Po Box 5213<br>Carol Stream, IL 60197 | HSBC NV<br>Attention: Bankruptcy<br>Po Box 5213<br>Carol Stream, IL 60197 | Revolving Charge Account | | 2,347.00 |
| Macy's/DSNB<br>PO Box 8218<br>Mason, OH 45040-8218 | Macy's/DSNB<br>PO Box 8218<br>Mason, OH 45040-8218 | Revolving Charge Account | | 2,796.00 |

B4 (Official Form 4) (12/07) - Cont.

In re __Ashwindar Kaur_____    Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| My New place<br>343 Sansome Street, Suite 700<br>San Francisco, CA 94104 | My New place<br>343 Sansome Street, Suite 700<br>San Francisco, CA 94104 | Apartment Lease<br>Lead Generation<br>Service Account | | 2,235.00 |
| Nolan's Plumbing Repair<br>PO Box 111<br>Corcoran, CA 93212 | Nolan's Plumbing Repair<br>PO Box 111<br>Corcoran, CA 93212 | Plumbing Repair<br>Account for Willow<br>Lakes Apartments | | 1,637.00 |
| Quality Pool Service<br>PO Box 1122<br>Corcoran, CA 93212 | Quality Pool Service<br>PO Box 1122<br>Corcoran, CA 93212 | Apartment<br>Swimming Pool<br>Vendor Account | | 1,000.00 |
| Rent.Com<br>2425 Olympic Boulevard, 400E<br>Santa Monica, CA 90404 | Rent.Com<br>2425 Olympic Boulevard, 400E<br>Santa Monica, CA 90404 | Apartment Lease<br>Lead Generation<br>Service Account<br>06/2010 | | 1,556.00 |
| Thomas Ross<br>146 Rivergate Place<br>Lodi, CA 95240 | Thomas Ross<br>146 Rivergate Place<br>Lodi, CA 95240 | Single Family<br>Residence<br> 230 Russell<br>Avenue<br>Susanville, CA<br>96130-4218<br>APN: 105-180-07<br>3BD/2BA 1200 Sq.<br>Ft. | | 130,000.00<br><br>(86,000.00<br>secured) |
| Wells Fargo Home Mortgage<br>8480 Stagecoach Cir<br>Frederick, MD 21701 | Wells Fargo Home Mortgage<br>8480 Stagecoach Cir<br>Frederick, MD 21701 | Single Family<br>Residence<br> 1343 Robinson<br>Lane<br>Lodi, CA<br>95242-3929<br>APN: 031-270-50<br>3BD/3BA 1481 Sq.<br>Ft.<br>on 0.08 Acres | | 189,498.00<br><br>(147,000.00<br>secured) |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Ashwindar Kaur**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   __November  2, 2011_____     Signature   __/s/ Ashwindar Kaur_____
                                                                         **Ashwindar Kaur**
                                                                         Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re **Ashwindar Kaur** _____ ,  Case No. _____

Debtor  Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 7,891,000.00 | | |
| B - Personal Property | Yes | 3 | 55,209.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 15,140,942.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 73,104.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 131,048.23 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 161,407.02 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 7,946,209.00 | | |
| Total Liabilities | | | | 15,214,046.00 | |

# United States Bankruptcy Court
### Eastern District of California

In re   **Ashwindar Kaur**

Case No. _____

_____,

Debtor

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 131,048.23 |
| Average Expenses (from Schedule J, Line 18) | 161,407.02 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,000.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 7,251,807.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 73,104.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 7,324,911.00 |

B6A (Official Form 6A) (12/07)

In re    **Ashwindar Kaur**                                                          Case No. _____
                                                          ,
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **50% Ownership Interest in  Multi Dwelling Willow Lakes Apartment Complex Corcoran 190 Units 1700 Dairy Avenue Corcoran, CA 93212-2950 APN: 034-200-014-000** | **Joint tenant** | - | **5,200,000.00** | **10,400,000.00** |
| **50% Ownership Interest in Multi Dwelling Juniper Arms Apartment Complex Susanville 76 Units 525 & 635 Hall Street Susanville, CA 96130 APN: 105-060-17-11 & APN: 105-090-23-11** | **Joint tenant** | - | **2,300,000.00** | **3,955,824.00** |
| **Single Family Residence 18881 North Highway 99 Acampo, CA 95220-9426 APN: 013-220-17 3BD/2BA 1874 Sq. Ft. on .46 Acres** | **Fee simple** | - | **144,000.00** | **450,000.00** |
| **Single Family Residence  1343 Robinson Lane Lodi, CA 95242-3929 APN: 031-270-50 3BD/3BA 1481 Sq. Ft. on 0.08 Acres** | **Fee simple** | - | **147,000.00** | **189,498.00** |
| **Single Family Residence  230 Russell Avenue Susanville, CA 96130-4218 APN: 105-180-07 3BD/2BA 1200 Sq. Ft.** | **Fee simple** | - | **86,000.00** | **130,000.00** |
| **Bare Land/Vacant Lot  550 Hall Street Susanville, CA 96130 .05 Acres APN#s 105-050-020 & 105-050-21** | **Fee simple** | - | **14,000.00** | **0.00** |

|  |  |
|---|---|
| Sub-Total > | **7,891,000.00** | (Total of this page) |
| Total > | **7,891,000.00** | |

**0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Ashwindar Kaur**                                                    Case No. _____
                                                                    ,
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | - | 1,200.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of the West Checking Account #3114** | - | 1,834.00 |
| | | **Bank of the West Willow Lakes Checking Account#9629** | - | 21,000.00 |
| | | **Bank of the West Checking Juniper Arms Apartments Account#5057** | - | 4,800.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Mic Household Goods and Furnishings including televisions (no individual item worth more than $550)** | - | 5,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Mic. CDs and  DVDs** | - | 300.00 |
| 6.  Wearing apparel. | | **Clothing and Shoes (No individual item worth more than $550)** | - | 1,500.00 |
| 7.  Furs and jewelry. | | **Jewelry and Costume Jewelry** | - | 2,500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Farmer's New York Life Insurance Term Policy #5959 $100,000 Face Value of Policy** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 38,134.00 |
|---|---|---|
|  | (Total of this page) | |

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Ashwindar Kaur**                                                        ,   Case No. _____
_____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet   __1__   of   __2__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Ashwindar Kaur**                                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Ford F150 Truck 110,000 miles/Fair condition | - | 3,740.00 |
| | | 2010 Cheverolet Malibu 47,000 Miles Good Condition | - | 12,135.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 2 Dell Personal Computers (located at Willow Lakes Apartments) | - | 1,200.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 17,075.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 55,209.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re __Ashwindar Kaur_____,    Case No. _____
                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash** | **C.C.P. § 703.140(b)(5)** | **1,200.00** | **1,200.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Mic Household Goods and Furnishings including televisions (no individual item worth more than $550)** | **C.C.P. § 703.140(b)(3)** | **5,000.00** | **5,000.00** |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Mic. CDs and  DVDs** | **C.C.P. § 703.140(b)(3)** | **300.00** | **300.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Clothing and Shoes (No individual item worth more than $550)** | **C.C.P. § 703.140(b)(3)** | **1,500.00** | **1,500.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **Jewelry and Costume Jewelry** | **C.C.P. § 703.140(b)(5)** | **1,425.00** | **2,500.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 Ford F150 Truck** | **C.C.P. § 703.140(b)(5)** | **3,525.00** | **3,740.00** |
| **110,000 miles/Fair condition** | **C.C.P. § 703.140(b)(5)** | **215.00** | |

| | | Total: | **13,165.00** | **14,240.00** |
|---|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Ashwindar Kaur**                                                    Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxx3067  **Ally Financial** PO Box 380901 Minneapolis, MN 55438-0901 | | - | 05/2010 **Motor Vehicle Loan** **2010 Cheverolet Malibu** **47,000 Miles Good Condition** | | | | | |
| | | | Value $                12,135.00 | | | | 15,620.00 | 3,485.00 |
| Account No. xxxxx0015  **Bank Of The West** 2527 Camino Ramon San Ramon, CA 94583 | | - | Opened 11/01/06  Last Active 12/28/07 **Single Family Residence 18881 North Highway 99** Acampo, CA 95220-9426 **APN: 013-220-17** **3BD/2BA 1874 Sq. Ft. on .46 Acres** | | | X | | |
| | | | Value $              144,000.00 | | | | 450,000.00 | 306,000.00 |
| Account No. 9173  **Citibank** One Sansome Street, 19th Floor San Francisco, CA 94104 | X | - | 5/1/2001 **First Mortgage/Deed of Trust** **50% Ownership Interest in Multi Dwelling** **Juniper Arms Apartment Complex** **Susanville 76 Units** **525 & 635 Hall Street** **Susanville, CA 96130** | | | | | |
| | | | Value $            2,300,000.00 | | | | 3,955,824.00 | 1,655,824.00 |
| Account No. 5959  **First Southern National Bank** 1 Arizona Circle Phoenix, AZ 85004-2280 | X | - | 10/27/2006 **First Mortgage/ Deed of Trust** **50% Ownership Interest in Multi Dwelling** **Willow Lakes Apartment Complex** **Corcoran 190 Units** **1700 Dairy Avenue** **Corcoran, CA 93212-2950** | | | | | |
| | | | Value $            5,200,000.00 | | | | 9,650,000.00 | 4,450,000.00 |

**1**   continuation sheets attached

Subtotal
(Total of this page)

| 14,071,444.00 | 6,415,309.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Ashwindar Kaur**                                                      ,          Case No. _____
                                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **5959**<br><br>**H&A Partners, LP**<br>**9820 Willow Creed Road, Suite 490**<br>**San Diego, CA 92131** | X | - | | | **10/27/2006**<br>**Second Mortgage/Deed of Trust**<br>**50% Ownership Interest in  Multi Dwelling**<br>**Willow Lakes Apartment Complex**<br>**Corcoran 190 Units**<br>**1700 Dairy Avenue**<br>**Corcoran, CA 93212-2950** | | | | | |
| | | | | | Value $          **5,200,000.00** | | | | **750,000.00** | **750,000.00** |
| Account No. **5959**<br><br>**Thomas Ross**<br>**146 Rivergate Place**<br>**Lodi, CA 95240** | | - | | | **12/1/2006**<br>**First Deed of Trust**<br>**Single Family Residence**<br>** 230 Russell Avenue**<br>**Susanville, CA 96130-4218**<br>**APN: 105-180-07**<br>**3BD/2BA 1200 Sq. Ft.** | | | | | |
| | | | | | Value $              **86,000.00** | | | | **130,000.00** | **44,000.00** |
| Account No. **xxxxxxxx8581**<br><br>**Wells Fargo Home Mortgage**<br>**8480 Stagecoach Cir**<br>**Frederick, MD 21701** | | - | | | **Opened  9/01/09  Last Active  8/15/11**<br>**Single Family Residence**<br>** 1343 Robinson Lane**<br>**Lodi, CA 95242-3929**<br>**APN: 031-270-50**<br>**3BD/3BA 1481 Sq. Ft.**<br>**on 0.08 Acres** | | | | | |
| | | | | | Value $            **147,000.00** | | | | **189,498.00** | **42,498.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| Sheet  **1**  of  **1**  continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal<br>(Total of this page) | **1,069,498.00** | **836,498.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **15,140,942.00** | **7,251,807.00** |

B6E (Official Form 6E) (4/10)

In re  **Ashwindar Kaur**                                                                                    Case No. _____
                                                                                ,
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_1_    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Ashwindar Kaur**                                                    ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **5959** <br><br> **Internal Revenue Service** <br> **PO Box 7346** <br> **Philadelphia, PA 19101-7346** | - | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re   **Ashwindar Kaur**                                                    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **3154**<br><br>**Alpine Fire Services, Inc.**<br>**249 Otter Way**<br>**Portola, CA 96122** | X | - | | | 03/15/2011<br>**Business Service Debt Account** | | | | 888.00 |
| Account No. **3272**<br><br>**Apartments For Rent**<br>**75 Remittance Drive, #1705**<br>**Chicago, IL 60675-1705** | X | - | | | 06/2006<br>**Apartment lease Lead Generation Service** | | | | 384.00 |
| Account No. **xxxxxxxxxxxx5648**<br><br>**C B Of Merchant Services**<br>**217 N San Joaquin St**<br>**Stockton, CA 95202** | | - | | | Opened  2/01/06<br>**Collection Agency Account for Original**<br>**Creditor Lodi Memorial Hospital** | | | | 21,123.00 |
| Account No. **xxxxxxxxxxxxXXXX**<br><br>**Capital One Bank USA**<br>**Po Box 30281**<br>**Salt Lake City, UT 84130-0281** | | - | | | 09/2003<br>**Revolving Charge Account** | | | | 726.00 |

|  |  |  |
|---|---|---|
| __4__   continuation sheets attached | Subtotal<br>(Total of this page) | 23,121.00 |

In re    **Ashwindar Kaur**                                                                    Case No. _____
_____ ,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx0103**<br><br>**Citibank USA The Home Depot**<br>**Citicorp Credit Services/Attn:**<br>**Centraliz**<br>**Po Box 20363**<br>**Kansas City, MO 64195** | | - | | | **Opened  6/01/00  Last Active  8/14/11**<br>**Revolving Charge Account** | | | | **10,946.00** |
| Account No. **829**<br><br>**Classic Pest Control, Inc.**<br>**1933 W. Caldwell, Suite 8**<br>**Visalia, CA 93277** | X | - | | | **Opened 02/27/2011**<br>**Pest Control Vendor Account** | | | | **100.00** |
| Account No. **4396**<br><br>**Community Controls**<br>**2500 South 3850 West Suite A**<br>**Salt Lake City, UT 84120-7225** | X | - | | | **Opened 04/20/2011**<br>**Remote Gate Entry Card Vendor Account** | | | | **491.00** |
| Account No. **0120**<br><br>**Corcoran Hardware**<br>**1140 Chittenden Avenue**<br>**Corcoran, CA 93212** | X | - | | | **Opened 03/01/2010**<br>**Business Vendor Account** | | | | **1,319.00** |
| Account No. **xxxxxxxxxxxxXXXX**<br><br>**Credit Bureau of SJ County**<br>**217 N. San Joaquin Street**<br>**Stockton, CA 95202-2408** | | - | | | **02/2006**<br>**Collection Agency Account for Original**<br>**Creditor Lodi Memorial Hospital** | | | | **13,701.00** |

Sheet no.  **1**  of  **4**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **26,557.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ashwindar Kaur**                                                                    Case No. _____
                                                              ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8619**<br><br>**Day or Night Plumbing**<br>**PO Box 3512**<br>**Visalia, CA 93278** | X | - | Opened 02/09/2011<br>**Plumbing Repair Vendor for Willow Lakes Apartments** | | | | 249.00 |
| Account No. **xxxxxxxxx0220**<br><br>**DSNB Macys**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | - | Opened 12/01/08  Last Active  8/13/11<br>**Revolving ChargeAccount** | | | | 2,894.00 |
| Account No. **xxxxxxxxxxxXXXX**<br><br>**DSRM NationalBank/Valero**<br>**PO Box 631**<br>**Amarillo, TX 79105-0631** | | - | 12/1999<br>**Revolving Charge Account** | | | | 200.00 |
| Account No. **xxxxxxxxxxxx9570**<br><br>**HSBC Bank**<br>**Attn: Bankruptcy**<br>**Po Box 5213**<br>**Carol Stream, IL 60197** | | - | Opened  2/01/00  Last Active  9/14/11<br>**Revolving Charge Account** | | | | 3,844.00 |
| Account No. **8033**<br><br>**HSBC Bank**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | | - | Opened 9/2004<br>**Revolving Charge Account** | | | | 4,240.00 |

Sheet no. __**2**__ of __**4**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    11,427.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ashwindar Kaur**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5480**<br><br>HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197 | - | | | | Opened 02/2008<br>Revolving Charge Account | | | | 428.00 |
| Account No. **xxxxxxxxxxx5480**<br><br>HSBC NV<br>Attention: Bankruptcy<br>Po Box 5213<br>Carol Stream, IL 60197 | - | | | | Opened  2/01/08  Last Active  9/18/11<br>Revolving Charge Account | | | | 2,347.00 |
| Account No. **xxxxxxxxxXXXX**<br><br>Macy's/DSNB<br>PO Box 8218<br>Mason, OH 45040-8218 | - | | | | 12/2008<br>Revolving Charge Account | | | | 2,796.00 |
| Account No. **3926**<br><br>My New place<br>343 Sansome Street, Suite 700<br>San Francisco, CA 94104 | X - | | | | Opened 03/31/2011<br>Apartment Lease Lead Generation Service Account | | | | 2,235.00 |
| Account No.<br><br>Nolan's Plumbing Repair<br>PO Box 111<br>Corcoran, CA 93212 | X - | | | | Opened 11/30/2006<br>Plumbing Repair Account for Willow Lakes Apartments | | | | 1,637.00 |

Sheet no. __3__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,443.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ashwindar Kaur**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Quality Pool Service**<br>**PO Box 1122**<br>**Corcoran, CA 93212** | X | - | **Opened 12/30/2010**<br>**Apartment Swimming Pool Vendor Account** | | | | 1,000.00 |
| Account No. **8296** <br><br>**Rent.Com**<br>**2425 Olympic Boulevard, 400E**<br>**Santa Monica, CA 90404** | X | - | **Opened 06/2010**<br>**Apartment Lease Lead Generation Service Account 06/2010** | | | | 1,556.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 2,556.00 |
| | Total<br>(Report on Summary of Schedules) | 73,104.00 |

B6G (Official Form 6G) (12/07)

In re  **Ashwindar Kaur**                                                                     ,      Case No. _____
                                                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Cisco's Maintenance**<br>**1700 Dairy Avenue, #187**<br>**Corcoran, CA 93212** | **Maintenance Service Provider for Willow Lakes Apartments** |
| **Debbie's Management**<br>**480 Vista Street**<br>**Tulare, CA 93274** | **Property Management Services for Willow Lakes Apartments** |
| **Faye's Management**<br>**635 Hall Street, #61**<br>**Susanville, CA 96130** | **Property Management Services for Juniper Arms Apartments** |
| **Gina's Leasing**<br>**1700 Dairy Avenue, #160**<br>**Corcoran, CA 93212** | **Leasing Agent Service Provider for Willow Lakes Apartments** |
| **Hydra Cleaning**<br>**PO Box 108**<br>**Susanville, CA 96130** | **Apartment Cleaning Service Provider for Juniper Arms Apartments** |
| **Rahul Maintenance**<br>**525 Hall Street, #161**<br>**Susanville, CA 96130** | **Maintenance Service Provider for Juniper Arms Apartments** |
| **Rodger's Maintenance**<br>**1700 Dairy Avenue, Apt. 175**<br>**Corcoran, CA 93212** | **Maintenance Service Provider for Willow Lakes Apartments** |
| **Sal Guitierrez Landscaping**<br>**1700 Dairy Avenue, #160**<br>**Corcoran, CA 93212** | **Landscaping Service provider for Willow Lakes Apartmnets** |
| **Steve's Maintenance**<br>**480 Vista Street**<br>**Tulare, CA 93274** | **Maintenance Service Provider for Willow Lakes Apartments** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Ashwindar Kaur**                                                                    Case No. _____
                                                                          ,
                                            Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **Citibank**<br>**One Sansome Street, 19th Floor**<br>**San Francisco, CA 94104** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **First Southern National Bank**<br>**1 Arizona Circle**<br>**Phoenix, AZ 85004-2280** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **H&A Partners, LP**<br>**9820 Willow Creed Road, Suite 490**<br>**San Diego, CA 92131** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **Alpine Fire Services, Inc.**<br>**249 Otter Way**<br>**Portola, CA 96122** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **Apartments For Rent**<br>**75 Remittance Drive, #1705**<br>**Chicago, IL 60675-1705** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **Corcoran Hardware**<br>**1140 Chittenden Avenue**<br>**Corcoran, CA 93212** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **Classic Pest Control, Inc.**<br>**1933 W. Caldwell, Suite 8**<br>**Visalia, CA 93277** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **Community Controls**<br>**2500 South 3850 West Suite A**<br>**Salt Lake City, UT 84120-7225** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **Day or Night Plumbing**<br>**PO Box 3512**<br>**Visalia, CA 93278** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **My New place**<br>**343 Sansome Street, Suite 700**<br>**San Francisco, CA 94104** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **Nolan's Plumbing Repair**<br>**PO Box 111**<br>**Corcoran, CA 93212** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **Quality Pool Service**<br>**PO Box 1122**<br>**Corcoran, CA 93212** |

**1**

_____ continuation sheets attached to Schedule of Codebtors

In re   **Ashwindar Kaur**                                                              ,     Case No. _____
                                      Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **Rent.Com**<br>**2425 Olympic Boulevard, 400E**<br>**Santa Monica, CA 90404** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re __Ashwindar Kaur_____    Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**Daughter**<br>**Son** | AGE(S):<br>**11**<br>**2** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Landscaping Sole Proprietor** | |
| Name of Employer | **Amar's Landscaping** | |
| How long employed | **9  years** | |
| Address of Employer | **PO Box 581**<br>**Acampo, CA 95220** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|   a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
|   b. Insurance | $ | 0.00 | $ | N/A |
|   c. Union dues | $ | 0.00 | $ | N/A |
|   d. Other (Specify): | $ | 0.00 | $ | N/A |
|   | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 6,000.00 | $ | N/A |
| 8. Income from real property | $ | 125,048.23 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | N/A |
|   | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | N/A |
|   | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 131,048.23 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 131,048.23 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 131,048.23 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Income varies depending on the rents received from the apartment complexes.**

B6J (Official Form 6J) (12/07)

In re   **Ashwindar Kaur** _____   Case No. _____
                            Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 0.00 |
| a. Are real estate taxes included? | Yes ___   No **X** | | |
| b. Is property insurance included? | Yes ___   No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | | $ | 300.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 100.00 |
| d. Other   **See Detailed Expense Attachment** | | $ | 350.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 100.00 |
| 4. Food | | $ | 640.00 |
| 5. Clothing | | $ | 150.00 |
| 6. Laundry and dry cleaning | | $ | 50.00 |
| 7. Medical and dental expenses | | $ | 100.00 |
| 8. Transportation (not including car payments) | | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 300.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 200.00 |
| b. Life | | $ | 50.00 |
| c. Health | | $ | 500.00 |
| d. Auto | | $ | 150.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)   **Vehicle Taxes** | | $ | 25.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 355.00 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | | $ | 157,637.02 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 161,407.02 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | | |
|---|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | | |
| a. | Average monthly income from Line 15 of Schedule I | $ | 131,048.23 |
| b. | Average monthly expenses from Line 18 above | $ | 161,407.02 |
| c. | Monthly net income (a. minus b.) | $ | -30,358.79 |

B6J (Official Form 6J) (12/07)

In re    **Ashwindar Kaur**                                                          Case No. _____
                              Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Internet & Cable** | $ | **150.00** |
| **Cell Phone(s)** | $ | **200.00** |
| **Total Other Utility Expenditures** | $ | **350.00** |

**Other Expenditures:**

| | | |
|---|---|---|
| **Cosmetic/Haircuts** | $ | **50.00** |
| **Personal Care** | $ | **100.00** |
| **Pet Food/Care** | $ | **80.00** |
| **Lawn Maintenance Independent Contractor** | $ | **1,500.00** |
| **Lawn Care Supplies** | $ | **500.00** |
| **Apartment Related Mortgages/Expenses** | $ | **155,407.02** |
| **Total Other Expenditures** | $ | **157,637.02** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re    **Ashwindar Kaur**      Case No. _____

Debtor(s)      Chapter    **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **22**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November  2, 2011** _____      Signature   **/s/ Ashwindar Kaur** _____

                                                   **Ashwindar Kaur**

                                                   Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Eastern District of California

In re   **Ashwindar Kaur**

Debtor(s)

Case No. _____

Chapter   **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$36,000.00** | **2011 YTD: Amar's Landscaping** |
| **$6,643.00** | **2009: Amar's Landscaping** |
| **$13,611.00** | **2010: Amar's Landscaping** |
| **$734,347.00** | **2011 YTD: Rents Received** |
| **$1,500,579.00** | **2010: Rents Received** |
| **$1,848,019.00** | **2009: Rents Received** |

Case 11-46148    Filed 11/02/11    Doc 1
Case 1:13-cv-01610-AWI-SKO    Document 10-1    Filed 03/13/14    Page 141 of 181    11/02/11 4:18PM

2

**2. Income other than from employment or operation of business**

None
■
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

**3. Payments to creditors**

None
☐
*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Citibank**<br>**One Sansome Street, 19th Floor**<br>**San Francisco, CA 94104** | **August 2011 and**<br>**September 2011** | **$34,000.00** | **$3,955,824.00** |
| **First Southern National Bank**<br>**1 Arizona Circle**<br>**Phoenix, AZ 85004-2280** | **August 2011 and**<br>**September 2011** | **$118,000.00** | **$9,650,000.00** |
| **Ally Financial**<br>**PO Box 380901**<br>**Minneapolis, MN 55438-0901** | **July 2011, August 2011,**<br>**and September 2011** | **$1,065.00** | **$15,620.00** |

None
■
b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850˚.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■
c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

˚ Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices Of Timothy L. McCandless** **820 Main Street** **Martinez, CA 94553** | **September 22,2011 paid by Amar Mathfallu** | **$10,000.00** |
| **Consumer Credit Counseling SF** **595 Market Street, 15th Floor** **San Francisco, CA 94105** | **9/22/2011** | **$50.00 Credit Counseling** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Case 11-46148    Filed 11/02/11    Doc 1
Case 1:13-cv-01610-AWI-SKO    Document 10-1    Filed 03/13/14    Page 145 of 181    11/02/11 4:18PM

6

**18 . Nature, location and name of business**

None
☐

   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Juniper Arms Apartments** | | **PO Box 581 Acampo, CA 95220** | **Apartment Complex** | |
| **Willow Lakes Apartment Homes** | | **PO Box 581 Acampo, CA 95220** | **Apartment Complex** | |

None
■

   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                       ADDRESS

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Cindi Foreman 215 W Oak Street, Suite 3 Lodi, CA 95240** | **2006 - Current/Present Booking and Tax Preparation Services** |

None
■

   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                 ADDRESS             DATES SERVICES RENDERED

None
■

   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                 ADDRESS

Case 11-46148   Filed 11/02/11   Doc 1
Case 1:13-cv-01610-AWI-SKO   Document 10-1   Filed 03/13/14   Page 146 of 181
11/02/11 4:18PM

7

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None □   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Pravindar P. Singh | Invested $50,000.00 to purchase apartments | 1% Silent Family Ownership Interest |
| Prem Dosanjh | Invested $150,000.00 to purchase apartments | 3% Silent Family Ownership Interest |
| Bhanjeet Singh | Invested $50,000.00 to purchase apartments | 1% Silent Family Ownership Interest |
| Sheleen Chaal | Invested $50,000.00 to purchase apartments | 1% Silent Family Ownership Interest |
| John Anderson | Invested $80,000.00 in apartments | 1.6% Silent Ownership Interest |
| Tom Ross | Invested $100,000.00 to purchase apartments | 2% Silent Ownership Interest |
| Christopher Kosta | Invested $100,000.00 to purchase apartments | 2% Silent Ownership Interest |
| Reshma Singh | Invested $80,000.00 to purchase apartments | 1.6% Silent Family Ownership Interest |
| Salindar Kaur | Invested $150,000.00 to purchase apartments | 3% Silent Family Ownership Interest |
| Amar Mathfallu | Invested $350,000.00 to purchase apartments | 7% Silent Family Ownership Interest |
| Baljeet Singh | Invested $150,000.00 to purchase apartments | 3% Silent Family Ownership Interest |
| Indar Jeet Kaur | Invested $250,000.00 to purchase apartments | 30.9% Ownership Interest and 50% Owner on Title |
| Ashwindar Kaur | Invested $350,000.00 to purchase apartments | 30.9% Ownership Interest and 50% Owner on Title |
| John Kosta | Invested $100,000.00 to purchase apartments | 2% Silent Ownership Interest |
| Prakash Singh Mathfallu | Invested $100,000.00 to purchase apartments | 2% Silent Family Ownership Interest |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Jakindar Kaur** | **Invested $100,000.00 to purchase apartments** | **2% Silent Family Ownership Interest** |
| **Gurdayal Mathfallu** | **Invested $150,000.00 to purchase apartments** | **3% Silent Family Ownership Interest** |
| **Sarban Mathfallu** | **Invested $150,000.00 to purchase apartments** | **3% Silent Family Ownership Interest** |

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November  2, 2011**                    Signature    **/s/ Ashwindar Kaur**

**Ashwindar Kaur**

Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of California

In re    **Ashwindar Kaur**

Debtor(s)

Case No. _____

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **Amar Mathfallu**

3.    The source of compensation to be paid to me is:

☐ Debtor    ■ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.    [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.  Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **November  2, 2011**

**/s/ Timothy L. McCandless**
**Timothy L. McCandless**
**Law Offices Of Timothy L. McCandless**
**820 Main Street**
**Martinez, CA 94553**
**(925) 957-9797  Fax: (909) 382-9956**
**tim@prodefenders.com**

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Eastern District of California

In re  **Ashwindar Kaur** _____

_____  Case No. _____
Debtor(s)  Chapter  **11** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Ashwindar Kaur** _____  X  **/s/ Ashwindar Kaur**  **November  2, 2011**

Printed Name(s) of Debtor(s)  Signature of Debtor  Date

Case No. (if known) _____  X _____

Signature of Joint Debtor (if any)  Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Ally Financial
PO Box 380901
Minneapolis, MN 55438-0901


Alpine Fire Services, Inc.
249 Otter Way
Portola, CA 96122


Apartments For Rent
75 Remittance Drive, #1705
Chicago, IL 60675-1705


Bank Of The West
2527 Camino Ramon
San Ramon, CA 94583


C B Of Merchant Services
217 N San Joaquin St
Stockton, CA 95202


Capital One Bank USA
Po Box 30281
Salt Lake City, UT 84130-0281


Cisco's Maintenance
1700 Dairy Avenue, #187
Corcoran, CA 93212


Citibank
One Sansome Street, 19th Floor
San Francisco, CA 94104


Citibank USA The Home Depot
Citicorp Credit Services/Attn: Centraliz
Po Box 20363
Kansas City, MO 64195


Classic Pest Control, Inc.
1933 W. Caldwell, Suite 8
Visalia, CA 93277


Community Controls
2500 South 3850 West Suite A
Salt Lake City, UT 84120-7225

Corcoran Hardware
1140 Chittenden Avenue
Corcoran, CA 93212


Credit Bureau of SJ County
217 N. San Joaquin Street
Stockton, CA 95202-2408


Day or Night Plumbing
PO Box 3512
Visalia, CA 93278


Debbie's Management
480 Vista Street
Tulare, CA 93274


DSNB Macys
9111 Duke Blvd
Mason, OH 45040


DSRM NationalBank/Valero
PO Box 631
Amarillo, TX 79105-0631


Equifax
PO Box 740241
Atlanta, GA 30374


Eric Pezold
SNELL & WILMER
600 Anton Blvd. Suite 1400
Costa Mesa, CA 92626-7689


Experian
PO Box 2002
Allen, TX 75013


Faye's Management
635 Hall Street, #61
Susanville, CA 96130


First Southern National Bank
1 Arizona Circle
Phoenix, AZ 85004-2280

Gina's Leasing
1700 Dairy Avenue, #160
Corcoran, CA 93212


H&A Partners, LP
9820 Willow Creed Road, Suite 490
San Diego, CA 92131


HSBC Bank
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197


HSBC Bank
PO Box 5253
Carol Stream, IL 60197


HSBC NV
Attention: Bankruptcy
Po Box 5213
Carol Stream, IL 60197


Hydra Cleaning
PO Box 108
Susanville, CA 96130


Indar Kaur
18767 N. Highway 99
Acampo, CA 95220


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Macy's/DSNB
PO Box 8218
Mason, OH 45040-8218


My New place
343 Sansome Street, Suite 700
San Francisco, CA 94104


Nolan's Plumbing Repair
PO Box 111
Corcoran, CA 93212

Office of the United States Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814


Quality Pool Service
PO Box 1122
Corcoran, CA 93212


Rahul Maintenance
525 Hall Street, #161
Susanville, CA 96130


Rent.Com
2425 Olympic Boulevard, 400E
Santa Monica, CA 90404


Rodger's Maintenance
1700 Dairy Avenue, Apt. 175
Corcoran, CA 93212


Sal Guitierrez Landscaping
1700 Dairy Avenue, #160
Corcoran, CA 93212


Steve's Maintenance
480 Vista Street
Tulare, CA 93274


Thomas Hall Brehme, IV
PURDY & BREHME
9820 Willow Creek Road, Suite 490
San Diego, CA 92131


Thomas Ross
146 Rivergate Place
Lodi, CA 95240


Transunion
PO Box 2000
Chester, PA 19022-2000


United States Attorney
(For Internal Revenue Service)
2500 Tulare St Ste 4401
Fresno, CA 93721

```
Wells Fargo Home Mortgage
8480 Stagecoach Cir
Frederick, MD 21701
```

B22B (Official Form 22B) (Chapter 11) (12/10)

In re **Ashwindar Kaur**
_____
Debtor(s)

Case Number: _____
(If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | Part I. CALCULATION OF CURRENT MONTHLY INCOME | | | | |
|---|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. | | | | |
| | a. ■ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.** | | | | |
| | b. ☐ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.** | | | | |
| | c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | **Column A** Debtor's Income | | **Column B** Spouse's Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $ | 0.00 | $ |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. | | | | |

| 3 | | Debtor | Spouse | | | |
|---|---|---|---|---|---|---|
| | a. Gross receipts | $ 6,000.00 | $ | | | |
| | b. Ordinary and necessary business expenses | $ 2,000.00 | $ | | | |
| | c. Business income | Subtract Line b from Line a | | $ 4,000.00 | $ |

| 4 | **Net Rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. | | | | | |
|---|---|---|---|---|---|---|
| | | Debtor | Spouse | | | |
| | a. Gross receipts | $ 125,048.23 | $ | | | |
| | b. Ordinary and necessary operating expenses | $ 125,048.23 | $ | | | |
| | c. Rent and other real property income | Subtract Line b from Line a | | $ 0.00 | $ |

| 5 | **Interest, dividends, and royalties.** | | $ | 0.00 | $ |
|---|---|---|---|---|---|
| 6 | **Pension and retirement income.** | | $ | 0.00 | $ |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | | $ | 0.00 | $ |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | | | |
| | Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $ 0.00 Spouse $ | | $ | 0.00 | $ |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | | |

| 9 | | Debtor | Spouse | | | |
|---|---|---|---|---|---|---|
| | a. | $ | $ | | | |
| | b. | $ | $ | | $ 0.00 | $ |

B22B (Official Form 22B) (Chapter 11) (12/10)

| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B.  Enter the total(s). | $ | **4,000.00** | $ |
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | | | $ | **4,000.00** |

### Part II. VERIFICATION

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)* |
| | Date:  **November  2, 2011**      Signature:  **/s/ Ashwindar Kaur** |
| | **Ashwindar Kaur** |
| | (Debtor) |

EXHIBIT H



FILED
November 16, 2011
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003904320

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Eastern District of California

In re **Ashwindar Kaur** _____,          Case No. ___**2011-46148**___

Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 8,121,000.00 | | |
| B - Personal Property | Yes | 3 | 55,209.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 15,924,927.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 73,104.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 131,048.23 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 161,407.02 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 8,176,209.00 | | |
| Total Liabilities | | | | 15,998,031.00 | |

# United States Bankruptcy Court
## Eastern District of California

In re    **Ashwindar Kaur** _____ ,
    Debtor

Case No. _____ **2011-46148** _____

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 131,048.23 |
| Average Expenses (from Schedule J, Line 18) | 161,407.02 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,000.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 7,805,792.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 73,104.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 7,878,896.00 |

B6A (Official Form 6A) (12/07)

In re    **Ashwindar Kaur**                                             ,    Case No.    **2011-46148**
                                    Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **50% Ownership Interest in  Multi Dwelling Willow Lakes Apartment Complex Corcoran 190 Units**<br>**1700 Dairy Avenue**<br>**Corcoran, CA 93212-2950**<br>**APN: 034-200-014-000** | **Joint tenant** | - | **5,200,000.00** | **10,400,000.00** |
| **50% Ownership Interest in Multi Dwelling Juniper Arms Apartment Complex Susanville 76 Units**<br>**525 & 635 Hall Street**<br>**Susanville, CA 96130**<br>**APN: 105-060-17-11 &**<br>**APN: 105-090-23-11** | **Joint tenant** | - | **2,300,000.00** | **3,955,824.00** |
| **Single Family Residence 18881 North Highway 99**<br>**Acampo, CA 95220-9426**<br>**APN: 013-220-17**<br>**3BD/2BA 1874 Sq. Ft. on .46 Acres** | **Fee simple** | - | **144,000.00** | **450,000.00** |
| **Single Family Residence**<br>**1343 Robinson Lane**<br>**Lodi, CA 95242-3929**<br>**APN: 031-270-50**<br>**3BD/3BA 1481 Sq. Ft.**<br>**on 0.08 Acres** | **Fee simple** | - | **147,000.00** | **189,498.00** |
| **Single Family Residence**<br>**230 Russell Avenue**<br>**Susanville, CA 96130-4218**<br>**APN: 105-180-07**<br>**3BD/2BA 1200 Sq. Ft.** | **Fee simple** | - | **86,000.00** | **130,000.00** |
| **Bare Land/Vacant Lot**<br>**550 Hall Street**<br>**Susanville, CA 96130**<br>**.05 Acres**<br>**APN#s 105-050-020 &**<br>**105-050-21** | **Fee simple** | - | **14,000.00** | **0.00** |

|  |  | Sub-Total > | **7,891,000.00** | (Total of this page) |

    **1**    continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **Ashwindar Kaur**                                          ,        Case No. ___**2011-46148**_____
                                    Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family Residence**<br>**18767 North State Route 99**<br>**Acampo, CA 95220**<br>**San Joaquin County**<br>**APN: 013-220-18**<br>**2BD/3BA**<br>**3170 Square Feet** | **Joint tenant** | **-** | **230,000.00** | **783,985.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **230,000.00** | (Total of this page) |
| Total > | **8,121,000.00** |  |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re __**Ashwindar Kaur**_____,   Case No. ___**2011-46148**_____
                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx3067** <br><br> **Ally Financial** <br> **PO Box 380901** <br> **Minneapolis, MN 55438-0901** | | - | | | 05/2010 <br><br> **Motor Vehicle Loan** <br><br> **2010 Cheverolet Malibu** <br> **47,000 Miles Good Condition** | | | | | |
| | | | | | Value $                    12,135.00 | | | | 15,620.00 | 3,485.00 |
| Account No. **xxxxx0015** <br><br> **Bank Of The West** <br> **2527 Camino Ramon** <br> **San Ramon, CA 94583** | | - | | | Opened 11/01/06  Last Active 12/28/07 <br><br> **Single Family Residence 18881 North Highway 99** <br> **Acampo, CA 95220-9426** <br> **APN: 013-220-17** <br> **3BD/2BA 1874 Sq. Ft. on .46 Acres** | X | | | | |
| | | | | | Value $                    144,000.00 | | | | 450,000.00 | 306,000.00 |
| Account No. **9173** <br><br> **Citibank** <br> **One Sansome Street, 19th Floor** <br> **San Francisco, CA 94104** | X | - | | | 5/1/2001 <br> **First Mortgage/Deed of Trust** <br> **50% Ownership Interest in Multi Dwelling** <br> **Juniper Arms Apartment Complex** <br> **Susanville 76 Units** <br> **525 & 635 Hall Street** <br> **Susanville, CA 96130** | | | | | |
| | | | | | Value $                    2,300,000.00 | | | | 3,955,824.00 | 1,655,824.00 |
| Account No. <br><br> **DEUTSCHE BK NATL TRUST CO TR** <br> **13 LIBERTY STREET** <br> **New York, NY 10005** | X | - | | | **Single Family Residence** <br> **18767 North State Route 99** <br> **Acampo, CA 95220** <br> **San Joaquin County** <br> **APN: 013-220-18** <br> **2BD/3BA** <br> **3170 Square Feet** | | | | | |
| | | | | | Value $                    230,000.00 | | | | 783,985.00 | 553,985.00 |

| | | |
|---|---|---|
| Subtotal | 5,205,429.00 | 2,519,294.00 |
| (Total of this page) | | |

__**1**__  continuation sheets attached

B6D (Official Form 6D) (12/07) - Cont.

In re  __Ashwindar Kaur_____,   Case No. __2011-46148_____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. 5959 | | | | 10/27/2006 First Mortgage/ Deed of Trust 50% Ownership Interest in Multi Dwelling Willow Lakes Apartment Complex Corcoran 190 Units 1700 Dairy Avenue Corcoran, CA 93212-2950 | | | | | |
| First Southern National Bank 1 Arizona Circle Phoenix, AZ 85004-2280 | X | - | | | | | | | |
| | | | | Value $       5,200,000.00 | | | | 9,650,000.00 | 4,450,000.00 |
| Account No. 5959 | | | | 10/27/2006 Second Mortgage/Deed of Trust 50% Ownership Interest in Multi Dwelling Willow Lakes Apartment Complex Corcoran 190 Units 1700 Dairy Avenue Corcoran, CA 93212-2950 | | | | | |
| H&A Partners, LP 9820 Willow Creed Road, Suite 490 San Diego, CA 92131 | X | - | | | | | | | |
| | | | | Value $       5,200,000.00 | | | | 750,000.00 | 750,000.00 |
| Account No. 5959 | | | | 12/1/2006 First Deed of Trust Single Family Residence  230 Russell Avenue Susanville, CA 96130-4218 APN: 105-180-07 3BD/2BA 1200 Sq. Ft. | | | | | |
| Thomas Ross 146 Rivergate Place Lodi, CA 95240 | | - | | | | | | | |
| | | | | Value $        86,000.00 | | | | 130,000.00 | 44,000.00 |
| Account No. xxxxxxxx8581 | | | | Opened  9/01/09  Last Active  8/15/11 Single Family Residence  1343 Robinson Lane Lodi, CA 95242-3929 APN: 031-270-50 3BD/3BA 1481 Sq. Ft. on 0.08 Acres | | | | | |
| Wells Fargo Home Mortgage 8480 Stagecoach Cir Frederick, MD 21701 | | - | | | | | | | |
| | | | | Value $       147,000.00 | | | | 189,498.00 | 42,498.00 |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 10,719,498.00 | 5,286,498.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 15,924,927.00 | 7,805,792.00 |

B6H (Official Form 6H) (12/07)

In re   **Ashwindar Kaur**                                    ,          Case No.   **2011-46148**
                                              Debtor

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **Citibank**<br>**One Sansome Street, 19th Floor**<br>**San Francisco, CA 94104** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **First Southern National Bank**<br>**1 Arizona Circle**<br>**Phoenix, AZ 85004-2280** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **H&A Partners, LP**<br>**9820 Willow Creed Road, Suite 490**<br>**San Diego, CA 92131** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **Alpine Fire Services, Inc.**<br>**249 Otter Way**<br>**Portola, CA 96122** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **Apartments For Rent**<br>**75 Remittance Drive, #1705**<br>**Chicago, IL 60675-1705** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **Corcoran Hardware**<br>**1140 Chittenden Avenue**<br>**Corcoran, CA 93212** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **Classic Pest Control, Inc.**<br>**1933 W. Caldwell, Suite 8**<br>**Visalia, CA 93277** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **Community Controls**<br>**2500 South 3850 West Suite A**<br>**Salt Lake City, UT 84120-7225** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **Day or Night Plumbing**<br>**PO Box 3512**<br>**Visalia, CA 93278** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **My New place**<br>**343 Sansome Street, Suite 700**<br>**San Francisco, CA 94104** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **Nolan's Plumbing Repair**<br>**PO Box 111**<br>**Corcoran, CA 93212** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **Quality Pool Service**<br>**PO Box 1122**<br>**Corcoran, CA 93212** |

1

_____ continuation sheets attached to Schedule of Codebtors

In re    **Ashwindar Kaur**                       ,      Case No.    **2011-46148**

Debtor

# SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **Rent.Com**<br>**2425 Olympic Boulevard, 400E**<br>**Santa Monica, CA 90404** |
| **Indar Kaur**<br>**18767 N. Highway 99**<br>**Acampo, CA 95220** | **DEUTSCHE BK NATL TRUST CO TR**<br>**13 LIBERTY STREET**<br>**New York, NY 10005** |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re  **Ashwindar Kaur** _____  Case No.  **2011-46148** _____
                                    Debtor(s)            Chapter  **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**23**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **November 14, 2011** _____    Signature    **/s/ Ashwindar Kaur** _____
                                                          **Ashwindar Kaur**
                                                          Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re          )

 **Ashwindar Kaur**     )

           )

           )  Case No. **2011-46148**

           )

           )

      Debtor(s).   )

### VERIFICATION OF MASTER ADDRESS LIST - AMENDED

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ]  on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of __ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

           ***OR***

[ ]  typed in scannable format on paper, consisting of _____ pages and listing a total of _____ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

           ***OR***

[ **X** ]  electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of __46__ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: **November 14, 2011**     **/s/ Ashwindar Kaur**

                   Debtor's Signature

EDC 2-100   (Rev. 10/2007)

Ally Financial
PO Box 380901
Minneapolis, MN 55438-0901


Alpine Fire Services, Inc.
249 Otter Way
Portola, CA 96122


Apartments For Rent
75 Remittance Drive, #1705
Chicago, IL 60675-1705


Bank Of The West
2527 Camino Ramon
San Ramon, CA 94583


C B Of Merchant Services
217 N San Joaquin St
Stockton, CA 95202


Capital One Bank USA
Po Box 30281
Salt Lake City, UT 84130-0281


Cisco's Maintenance
1700 Dairy Avenue, #187
Corcoran, CA 93212


Citibank
One Sansome Street, 19th Floor
San Francisco, CA 94104


Citibank USA The Home Depot
Citicorp Credit Services/Attn: Centraliz
Po Box 20363
Kansas City, MO 64195


Classic Pest Control, Inc.
1933 W. Caldwell, Suite 8
Visalia, CA 93277


Community Controls
2500 South 3850 West Suite A
Salt Lake City, UT 84120-7225

Corcoran Hardware
1140 Chittenden Avenue
Corcoran, CA 93212


Credit Bureau of SJ County
217 N. San Joaquin Street
Stockton, CA 95202-2408


Day or Night Plumbing
PO Box 3512
Visalia, CA 93278


Debbie's Management
480 Vista Street
Tulare, CA 93274


DEUTSCHE BK NATL TRUST CO TR
13 LIBERTY STREET
New York, NY 10005


DSNB Macys
9111 Duke Blvd
Mason, OH 45040


DSRM NationalBank/Valero
PO Box 631
Amarillo, TX 79105-0631


Equifax
PO Box 740241
Atlanta, GA 30374


Eric Pezold
SNELL & WILMER
600 Anton Blvd. Suite 1400
Costa Mesa, CA 92626-7689


Experian
PO Box 2002
Allen, TX 75013


Faye's Management
635 Hall Street, #61
Susanville, CA 96130

First Southern National Bank
1 Arizona Circle
Phoenix, AZ 85004-2280


Gina's Leasing
1700 Dairy Avenue, #160
Corcoran, CA 93212


H&A Partners, LP
9820 Willow Creed Road, Suite 490
San Diego, CA 92131


HSBC Bank
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197


HSBC Bank
PO Box 5253
Carol Stream, IL 60197


HSBC NV
Attention: Bankruptcy
Po Box 5213
Carol Stream, IL 60197


Hydra Cleaning
PO Box 108
Susanville, CA 96130


Indar Kaur
18767 N. Highway 99
Acampo, CA 95220


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Macy's/DSNB
PO Box 8218
Mason, OH 45040-8218


My New place
343 Sansome Street, Suite 700
San Francisco, CA 94104

Nolan's Plumbing Repair
PO Box 111
Corcoran, CA 93212


Office of the United States Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814


Quality Pool Service
PO Box 1122
Corcoran, CA 93212


Rahul Maintenance
525 Hall Street, #161
Susanville, CA 96130


Rent.Com
2425 Olympic Boulevard, 400E
Santa Monica, CA 90404


Rodger's Maintenance
1700 Dairy Avenue, Apt. 175
Corcoran, CA 93212


Sal Guitierrez Landscaping
1700 Dairy Avenue, #160
Corcoran, CA 93212


Steve's Maintenance
480 Vista Street
Tulare, CA 93274


Thomas Hall Brehme, IV
PURDY & BREHME
9820 Willow Creek Road, Suite 490
San Diego, CA 92131


Thomas Ross
146 Rivergate Place
Lodi, CA 95240


Transunion
PO Box 2000
Chester, PA 19022-2000

United States Attorney
(For Internal Revenue Service)
2500 Tulare St Ste 4401
Fresno, CA 93721


Wells Fargo Home Mortgage
8480 Stagecoach Cir
Frederick, MD 21701

# EXHIBIT I

FILED
February 14, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D183

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Ashwindar Kaur | **Case No :** | 11−46148 − E − 11 |
| | | **Date :** | 2/9/12 |
| | | **Time :** | 10:30 |

**Matter :**  [155] − Motion/Application to Convert Case From Chapter 11 to Chapter 7 [UST−1] Filed by U.S. Trustee August B. Landis (Fee Paid $0.00) (abas)
[155] − Motion/Application to Dismiss Case/Proceeding [UST−1] Filed by U.S. Trustee August B. Landis (abas)

**Judge :**  Ronald H. Sargis
**Courtroom Deputy :**  Janet Larson
**Reporter :**  NOT RECORDED
**Department :**  E

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

### CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion to Dismiss or Convert the Chapter 11 case filed by the United States Trustee having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the Motion to Dismiss or Convert is granted and the case is converted to one under Chapter 7.

Dated: February 14, 2012

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

# EXHIBIT J

FILED

DEC 13 2012

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re                                    ) Case No. 11-46148-E-7
                                         )
ASHWINDAR KAUR,                          )
                                         )
                Debtor(s).               )
_____)
                                         )
AUGUST B. LANDIS, Acting                 ) Adv. Pro. No. 12-02543
United States Trustee,                   )
                                         )
                Plaintiff,               )
                                         )
v.                                       )
                                         )
ASHWINDAR KAUR,                          )
                                         )
                Defendant(s).            )
_____)

### JUDGMENT

The court having granted the Motion for Entry of Default Judgment filed by Plaintiff August B. Landis, Acting United States Trustee, (Order and Findings of Fact and Conclusions of Law, Dckts. 19, 17); and good cause appearing,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff August B. Landis, Acting United States Trustee, and Ashwindar Kaur, the Defendant Debtor, is denied her discharge pursuant to 11 U.S.C. § 727(a)(2)(B) and 11 U.S.C. § 727(a)(4)(A) in Eastern District of California Bankruptcy Case

No. 11-46148.

Plaintiff shall file a costs bill and motion for allowance of attorneys' fees and costs, if any, on or before December 31, 2012, and all costs, and expenses shall be enforced as part of this judgement.

Dated: December *13*, 2012

RONALD H. SARGIS, Judge
United States Bankruptcy Court

2

1                  **CERTIFICATE OF MAILING**

2     The undersigned deputy clerk in the office of the United

3 States Bankruptcy Court for the Eastern District of California

4 hereby certifies that the attached document(s) was served by mail

5 to the following entities listed at the address(es) shown below:

6 Service List:

7 Jason Blumberg
501 I St #7-500
8 Sacramento, CA 95814

9 Carl Collins
PO Box 3291
10 Modesto, CA 95353-3291

11 Irma Edmonds
PO Box 3608
12 Pinedale, CA 93650

13 Ashwindar Kaur
PO Box 581
14 Acampo, CA 95220

15 Timothy McCandless
820 Main Street suite 1
16 Martinez, CA 94553

17 Office of the U.S. Trustee
Robert T Matsui United States Courthouse
18 501 I Street, Room 7-500
Sacramento, CA 95814

19

20

21 DATE: 12|14|12                  _____
                                     Deputy Clerk

22

23

24

25

26

27

28