Joshua J. Bettencourt #240221
David W. Kahn #258700
KAHN, SOARES & CONWAY, LLP
Attorneys at Law
219 North Douty Street
Hanford, California 93230
Telephone: (559) 584-3337
Facsimile:  (559) 584-3348

Attorneys for Plaintiffs: INDAR JEET KAUR; ASHWINDAR KAUR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| INDAR JEET KAUR, an individual; ASHWINDAR KAUR, an individual, <br><br>Plaintiffs, <br><br>vs. <br><br>CITIBANK, N.A., a national banking association; MICHAEL OSUNA, an individual; and DOES 1 through 100, inclusive, <br><br>Defendants. | Case No.  1:13-cv-1610 <br><br>**DECLARATION OF INDAR JEET KAUR IN SUPPORT OF OPPOSITION TO MOTION FOR JUDGMENT ON PLEADINGS** <br><br>DATE: May 12, 2014 <br>TIME:  1:30 p.m. <br>COURTROOM: 2 <br>JUDGE: ANTHONY W. ISHII |

I, Indar Jeet Kaur, declare:

1.   I am a plaintiff in the above-captioned litigation.

2.   English is my second language, and I have difficulty understanding documents written in English, unless they are thoroughly explained to me.

3.   I do not have a high school education.

1

DECLARATION OF INDAR JEET KAUR IN SUPPORT OF OPPOSITION TO MOTION FOR JUDGMENT ON PLEADINGS

4. I, along with my co-plaintiff and daughter, Ashwindar Kaur, obtained a loan (the "**Loan**") from Defendant, Citibank, N.A. ("**Defendant Citibank**") secured by certain real property, including an apartment complex in Corcoran, California (the "**Property**").

5. On or about June 2, 2011, I filed a Chapter 11 Bankruptcy (the "**Bankruptcy**").

6. I was dismissed as debtor on or about September 20, 2011.

7. My Bankruptcy case was terminated on or about October 17, 2011.

8. During my Bankruptcy case, my daughter and I were continuing to negotiate with the successor in interest to Defendant Citibank, First Southern National Bank, in an effort to maintain ownership over the Property.

9. After my Bankruptcy was terminated, First Southern National Bank foreclosed on the Property.

10. At the time that First Southern National Bank foreclosed on the Property, I understood that I was harmed financially.

11. I did not identify on my Bankruptcy schedules any claims against Defendant Citibank because at the time of my Bankruptcy proceedings and through the time of the termination of my Bankruptcy, I did not believe I had a claim against Defendant Citibank as the First Southern National Bank had not foreclosed on the Property.

12. I did not make any decisions related to filing a lawsuit against Defendant Citibank until I lost the Property through the First Southern National Bank foreclosure on the Property.

13. I have, except for those matters alleged on information and belief, personal knowledge of the foregoing facts and can testify competently thereto if called as a witness.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California.

Executed at Acampo, Ca on April 25th, 2014

_____
Indar Jeet Kaur, Declarant

F:\WORD\14\14203.09\Pleadings\Decl. of Indar Kaur 042414.doc

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2014, a copy of the foregoing **DECLARATION OF INDAR JEET KAUR IN SUPPORT OF OPPOSITION TO MOTION FOR JUDGMENT ON PLEADINGS** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

        /s/ David W. Kahn
David W. Kahn