UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INDAR JEET KAUR, ASHWINDAR KAUR,**<br><br>            **Plaintiffs,**<br><br>      **v.**<br><br>**CITIBANK, N.A., et al.,**<br><br>            **Defendants** | CASE NO. 1:13-CV-1610 AWI SKO<br><br>**ORDER VACATING MAY 12, 2014 HEARING DATE** |

   Defendant Citibank has filed a Rule 12(c) motion for judgment on the pleadings.  Hearing on the motion is set for May 12, 2014.  The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 12, 2014, is VACATED, and the parties shall not appear at that time.  As of May 12, 2014, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 7, 2014

SENIOR  DISTRICT  JUDGE