# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDAR JEET KAUR, an individual; ASHWINDAR KAUR, an individual,<br><br>**Plaintiffs**<br><br>v.<br><br>CITIBANK, N.A., a national banking association; MICHAEL OSUNA, an individual; and DOES 1 through 100, inclusive<br><br>**Defendants** | CASE NO. 1:13-CV-01610<br><br>ORDER TO SHOW CAUSE |

On June 19, 2014, the court ordered:

1. Plaintiff to provide the Court with a more specific date regarding when Plaintiffs knew they were unable to pay the amount demanded by First Southern National Bank; and,

2. Defendant to provide the Court with the date First Southern National Bank foreclosed upon and possessed the Property.

Both orders were to be submitted by June 24, 2014. That date has passed and neither party has complied.

Accordingly, the parties are ordered to show cause, in writing, by July 3, 2014, why sanctions should not be imposed.

IT IS SO ORDERED.

Dated:  July 1, 2014                           _____

SENIOR DISTRICT JUDGE