STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
JASON S. YOO (State Bar No. 261114)
2029 Century Park East, Suite 1600
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

Attorneys for Defendant
  CITIBANK, N.A

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| INDAR JEET KAUR, an individual; ASHWINDAR KAUR, an individual,<br><br>              Plaintiffs,<br><br>     vs.<br><br>CITIBANK, N.A., a national banking association; MICHAEL OSUNA, an individual; and DOES 1 through 100, inclusive;<br><br>              Defendants. | Case No. 1:13-CV-01610-AWI-SKO<br><br>**SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT CITIBANK, N.A.'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>[Supplemental Request for Judicial Notice Filed Concurrently] |

SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT
CITIBANK, N.A.'S MOTION FOR JUDGMENT ON THE PLEADINGS
Case No. 13-cv-01610-AWI-SKO

LA 51776008

Defendant Citibank, N.A. ("Citibank") hereby submits this Supplemental Brief in Support of Citibank's Motion for Judgment on the Pleadings, as directed by the Court in its Order dated June 19, 2014 (Dkt. No. 16).

1. On June 2, 2011, Paul Mashni ("Mashni") was nominated by First Southern National Bank ("First Southern") and appointed as a receiver over the property which is the subject of the Complaint, located at 1700 Dairy Avenue, Corcoran, California 93212 (the "Property"). This is the same day plaintiff Indar Jeet Kaur ("Indar Jeet") filed for bankruptcy (and several weeks before she filed her schedules), and three months before plaintiff Ashwindar Kaur ("Ashwindar") filed her first bankruptcy petition. See Supplemental Request for Judicial Notice ("Supp. RJN"), Ex. A, ¶¶ 2, 4; Citibank's Motion for Judgment on the Pleadings (Dkt. No. 9) at 6.

2. With respect to Indar Jeet's petition, First Southern filed a motion for relief from stay with the Bankruptcy Court, which was granted on September 15, 2011. See Supp. RJN, Ex. A, ¶ 6.

3. Following entry of the order granting relief from stay, Mashni attempted to take possession of the Property, but Plaintiffs refused access. After being advised that any further interference with the receiver would result in obtaining appropriate relief from the Court, Plaintiffs relented on September 20, 2011. See Supp. RJN, Ex. A, ¶ 8.

4. On September 23, 2011, Ashwindar filed her first bankruptcy petition. See Supp. RJN, Ex. A, ¶ 11.

5. While that petition was pending, Plaintiffs, through a relative, attempted to obstruct Mashni's administration of the receivership estate by purporting to fire and threatening employees working on the Property. See Supp. RJN, Ex. A, ¶ 14.

6. Ashwindar filed her second bankruptcy petition on November 2, 2011, and First Southern filed another motion for relief from stay, which was granted on December 15, 2011. See Supp. RJN, Ex. A, ¶ 15. Notably, in the order granting relief from stay, the Bankruptcy Court found that the filing of Ashwindar's second petition "was done as part of a scheme to delay, hinder,

- 1 -
SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT
CITIBANK, N.A.'S MOTION FOR JUDGMENT ON THE PLEADINGS
Case No. 13-cv-01610-AWI-SKO

LA 51776008

and defraud creditors that involved multiple bankruptcy filings affecting [the] [P]roperty." See Supp. RJN, Ex. A, ¶ 15; Ex. B.

7. On December 21, 2011, the Property was sold at a Trustee's sale. See Supp. RJN, Ex. A, ¶ 17.

Dated: July 2, 2014

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
JASON S. YOO

By: */s/ Julia B. Strickland*
Julia B. Strickland

Attorneys for Defendant
 CITIBANK, N.A.

- 2 -
SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT
CITIBANK, N.A.'S MOTION FOR JUDGMENT ON THE PLEADINGS
Case No. 13-cv-01610-AWI-SKO

LA 51776008

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2014, a copy of the foregoing **SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT CITIBANK, N.A.'S MOTION FOR JUDGMENT ON THE PLEADINGS** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

*/s/ Julia B. Strickland*
Julia B. Strickland

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT
CITIBANK, N.A.'S MOTION FOR JUDGMENT ON THE PLEADINGS
Case No. 13-cv-01610-AWI-SKO

LA 51776008