STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
JASON S. YOO (State Bar No. 261114)
2029 Century Park East, Suite 1600
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

Attorneys for Defendant
  CITIBANK, N.A

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| INDAR JEET KAUR, an individual; ASHWINDAR KAUR, an individual,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITIBANK, N.A., a national banking association; MICHAEL OSUNA, an individual; and DOES 1 through 100, inclusive;<br><br>　　　　Defendants. | Case No. 1:13-CV-01610-AWI-SKO<br><br>**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CITIBANK, N.A.'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>[Supplemental Brief Filed Concurrently] |

Defendant Citibank, N.A. ("Citibank") hereby requests that the Court take judicial notice of the following documents pursuant to Federal Rule of Evidence 201 in connection with Citibank's concurrently filed Supplemental Brief in Support of Citibank N.A.'s Motion for Judgment on the Pleadings:

1. The Declaration of Paul Mashni in Support of Motion to Approve Final Account and Report and Discharge of Receiver, filed on February 27, 2012 in the matter entitled First Southern National Bank v. Indar Jeet Kaur, et al., Superior Court of California, County of Kings, Case No. 11C0142, a true and correct copy of which is attached hereto as Exhibit A.

2. The Civil Minute Order re Motion for Relief from Automatic Stay and Motion to Excuse Turnover, entered on December 19, 2011 in the matter entitled In re Ashwindar Kaur, U.S.B.C., Eastern District of California, Case No. 11-46148, a true and correct copy of which is attached hereto as Exhibit B.

The above exhibits are properly the subject of judicial notice and do not convert the instant motion to a motion for summary judgment as they are a "matter[] of public record." Lee v. City of Los Angeles, 250 F.3d 668, 689 (9th Cir. 2001) (quoting Mack v. South Bay Beer Distrib., 798 F.2d 1279, 1282 (9th Cir. 1986)); see also Zarate v. Amtrust Bank, No. 2:13-cv-0659 KJM KJN PS, 2013 WL 5934316, at *3 (E.D. Cal. Nov. 1, 2013) (granting request for judicial notice filed in conjunction with motion for judgment on the pleadings because the exhibits consisted of public court records and, as such, constituted "[a] source[] whose accuracy cannot reasonably be questioned.").

Dated: July 2, 2014

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
JASON S. YOO

By: */s/ Julia B. Strickland*
Julia B. Strickland

Attorneys for Defendant
CITIBANK, N.A.

- 1 -
SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE
Case No. 13-cv-01610-AWI-SKO

LA 51776024

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2014, a copy of the foregoing **SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CITIBANK, N.A.'S MOTION FOR JUDGMENT ON THE PLEADINGS** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

*/s/ Julia B. Strickland*
Julia B. Strickland