# EXHIBIT B

Case 11-46148　　Filed 12/19/11　　Doc 153
Case 1:13-cv-01610-AWI-SKO　　Document 20-2　　Filed 07/02/14　　Page 2 of 2
FILED
December 19, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D153

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | |
|---|---|
| Case Title : | Ashwindar Kaur |
| Case No : | 11−46148 − E − 11 |
| Date : | 12/15/11 |
| Time : | 09:30 |

Matter : [41] − Motion for Relief from Automatic Stay [ESP−2] Filed by Creditor First Southern National Bank (Fee Paid $176) (abas)
[41] − Motion/Application to Excuse Turnover [ESP−2] Filed by Creditor First Southern National Bank (abas)

Judge : Ronald H. Sargis
Courtroom Deputy : Janet Larson
Reporter : Diamond Reporters
Department : E

**APPEARANCES for :**
**Movant(s) :**
　　Creditor's Attorney − Eric Pezold
**Respondent(s) :**
　　Debtor(s) Attorney − Timothy McCandless

CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Relief From the Automatic Stay filed by the creditor having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the automatic stay provisions of 11 U.S.C. § 362(a) are immediately vacated to allow First Southern National Bank, its agents, representatives, and successors, and trustee under the trust deed, and any other beneficiary or trustee, and their respective agents and successors under any trust deed which is recorded against the property to secure an obligation to exercise any and all rights arising under the promissory note, trust deed, and applicable nonbankruptcy law to conduct a nonjudicial foreclosure sale, a judicial sale, or a sale by a state court appointed receiver as permitted by applicable non−bankruptcy law, and for the purchaser at any such sale obtain possession of the real property commonly known as 1700 Dairy Road, Corcoran California.

IT IS FURTHER ORDERED that the court finds that the filing of the petition in bankruptcy by the Debtor was done as part of a scheme to delay, hinder, and defraud creditors that involved multiple bankruptcy filings affecting this property and that this order shall be binding in any other case under the Bankruptcy Code (Title 11, United States Code) purporting to affect this real property filed not later than two (2) years after the date of the entry of this order as provided in 11 U.S.C. § 362(d)(4).

IT IS FURTHER ORDERED that the fourteen (14) day stay of enforcement pursuant to Fed. R. Bank. P. 4001(a)(3) is waived.

IT IS FURTHER ORDERED that the Receiver is excused from turnover pursuant to 11 U.S.C. § 543(d)(1) and is authorized to remain in control and possession of the property and other collateral securing the Creditors claim.

No other or additional relief is granted.

Dated: December 19, 2011

By the Court

*Ronald H. Sargis*
Ronald H. Sargis, Judge
United States Bankruptcy Court