UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDAR JEET KAUR, an individual;<br>ASHWINDAR KAUR, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITIBANK, N.A., a national banking association;<br>MICHAEL OSUNA, an individual; and DOES 1<br>through 100, inclusive,<br><br>    Defendants. | Case No.  1:13-cv-1610<br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE** |

Plaintiffs and Defendants jointly request that the Scheduling Conference, currently on calendar for July 29, 2014, be continued.

1.  As the Court's records will reflect, this action was filed on August 16, 2013 related to alleged fraud and breach of contract by Defendants. Service on Defendants was effectuated on August 16, 2013.

2.  Defendants filed an Answer on October 4, 2013.

3.  Defendants filed a Motion for Judgment on the Pleadings on March 13, 2014.

4.  Plaintiffs filed their opposition to Defendant's Motion on April 25, 2014.

5.  Defendant filed its Reply to Plaintiff's Opposition on May 2, 2014.

6. The Court ordered supplemental briefing by Plaintiffs and Defendant on June 19, 2014.

7. Defendant filed its supplemental brief, and related documents, on July 2, 2014.

8. Plaintiffs filed their supplemental brief, and related documents, on July 3, 2014.

9. The Court has not yet ruled on Defendant's motion.

10. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs and Defendant respectfully request that the Scheduling Conference, currently scheduled for July 29, 2014, be continued until the Court has had an opportunity to rule on Defendant's motion.


Dated: July 17, 2014          KAHN, SOARES & CONWAY, LLP


                              By:      /s/ David W. Kahn
                                  Joshua J. Bettencourt #240221 /
                                  David W. Kahn #258700,
                                  Attorneys for Plaintiffs,
                                  Ashwindar Kaur and Indar Jeet Kaur,
                                  219 N. Douty Street, Hanford, CA 93230
                                  Telephone: (559) 584-3337
                                  Facsimile: (559) 584-3348
                                  Email: jbettencourt@kschanford.com
                                         dkahn@kschanford.com


Dated: July 17, 2014          STROOCK & STROOCK & LAVAN LLP


                              By:    /s/ Julia B. Strickland
                                  Julia B. Strickland #83013
                                  Jason S. Yoo #261114
                                  Attorneys for Defendant,
                                  Citibank, N.A.,
                                  2029 Century Park East, Suite 1600
                                  Telephone: (310) 556-5970
                                  Facsimile: (310) 556-5959
                                  Email: lacalendar@stroock.com

//

//

**ORDER**

Pursuant to the parties' Stipulation, the Scheduling Conference in this matter is HEREBY CONTINUED to October 23, 2014, at 10:15 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated:   **July 18, 2014**                              **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE